# Gasior Declaration

# Exhibit 13

Page 1

1

2            UNITED STATES DISTRICT COURT

3            SOUTHERN DISTRICT OF NEW YORK

4    ----------------------------X

     ANGIE CRUZ, I.H., AR'ES

5    KPAKA, and RIYA CHRISTIE, on

     behalf of themselves and all

6    others similarly situated,

7

                    Plaintiffs,

8

9            vs.          No. 14-CV-4456(JSR)(GWG)

10   HOWARD ZUCKER, as Commissioner

     of the New York State

11   Department of Health,

12                Defendant.

     ----------------------------X

13

14

15

16      DEPOSITION OF JACK DRESCHER, M.D.

17            New York, New York

18          Tuesday, August 11, 2015

19

20

21

22

23

     Reported by:

24   Diane Buchanan

25

Page 2

```
 1
 2
 3                  August 11, 2015
 4                  9:37 a.m.
 5
 6          Deposition of JACK DRESCHER,
 7  M.D., held at the offices of State of
 8  New York Office of the Attorney
 9  General, 120 Broadway, New York, New
10  York, pursuant to Notice, before Diane
11  Buchanan, a Notary Public of the State
12  of New York.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1
 2
 3  A P P E A R A N C E S:
 4
 5    STATE OF NEW YORK OFFICE OF THE ATTORNEY
 6    GENERAL ERIC T. SCHNEIDERMAN
 7    Attorneys for Defendant
 8        120 Broadway
 9        New York, New York 10271
10    BY:  JOHN GASIOR, ESQ.
11        ZOEY S. CHENITZ, ESQ.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2  A P P E A R A N C E S:
 3
 4  THE LEGAL AID SOCIETY
 5  Attorneys for Plaintiffs and Jack
 6  Drescher, M.D.
 7        199 Water Street
 8        New York, New York 10038
 9  BY:  BELKYS GARCIA, ESQ.
10
11  WILLKIE, FARR & GALLAGHER, LLP
12  Attorneys for Plaintiffs
13        787 Seventh Avenue
14        New York, New York 10019
15  BY:  CHRISTOPHER J. McNAMARA, ESQ.
16
17  SYLVIA RIVERA LAW PROJECT
18  Attorneys for Plaintiffs
19        147 West 24th Street
20        New York, New York 10011
21  BY:  MIK KINKEAD, ESQ.
22
23
24
25
```

Page 5

```
 1
 2
 3          IT IS HEREBY STIPULATED AND AGREED,
 4  by and between the attorneys for the
 5  respective parties herein, that filing and
 6  sealing be and the same are hereby waived.
 7          IT IS FURTHER STIPULATED AND AGREED
 8  that all objections, except as to the form
 9  of the question, shall be reserved to the
10  time of the trial.
11          IT IS FURTHER STIPULATED AND AGREED
12  that the within deposition may be sworn to
13  and signed before any officer authorized to
14  administer an oath, with the same force and
15  effect as if signed and sworn to before the
16  Court.
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 - 5)

Page 6

1        J. Drescher, M.D.
2 J A C K   D R E S C H E R, M.D., called as a
3 witness, having been duly sworn by a Notary
4 Public, was examined and testified as
5 follows:
6 EXAMINATION BY
7 MR. GASIOR:
8        Q.   Would you state your name and
9 address.
10       A.   Jack Drescher, M.D., 440 West 24th
11 Street, New York, New York 10011.
12       Q.   Good morning.  I'm John Gasior.
13 I'm an Assistant Attorney General for the
14 State of New York, counsel for Defendant in
15 this action.
16       Will you state your name for the
17 record.
18       A.   Jack Drescher.
19       Q.   Good morning.  Is it Dr. Drescher?
20       A.   Yes, Dr. Drescher.
21       Q.   Good morning.  I'm going to be
22 asking you a series of questions today
23 regarding an expert opinion that you offered
24 in this proceeding.  This proceeding is a
25 case pending in the Southern District of

Page 7

1        J. Drescher, M.D.
2 New York, a federal court case.  If at any
3 time you don't understand one of my questions
4 today, please let me know that you don't
5 understand it and I will try to rephrase it
6 or, perhaps, we can have the court reporter
7 read it back.
8        If I at some point start dropping
9 my voice today, we have quite a distance
10 between us here today, if you don't hear me,
11 let me know.  I will try to pick my voice
12 back up.  I would ask you to keep your voice
13 level up because the court reporter is taking
14 a transcript of what you say and so she needs
15 to be able to hear you, number one.  But she
16 also needs to hear you, so she can't hear
17 like a nod of the head or shake of the head.
18 So if you give any answers, please make sure
19 to make them verbally and not with a gesture
20 of your head.
21       Can we do that today?
22       A.   Yes.
23       Q.   Please in that respect, please wait
24 until I finish asking my question.  If you
25 start talking at the same time -- you may

Page 8

1        J. Drescher, M.D.
2 understand where I'm going with the question
3 or think you do at some point and if we start
4 talking over each other, it makes it more
5 difficult for our court reporter, Diane, to
6 take down what we are saying.  I will try to
7 do the same for you.  I will try not to talk
8 over you, and if you do the same for me, that
9 would make our court reporter's task much
10 easier.
11       Can we both do that?
12       A.   Yes.
13       Q.   Your testimony today is under oath,
14 it's as if you were in a court of law; do you
15 understand that?
16       A.   Yes.
17       Q.   Is there any medical reason why you
18 can't proceed today to give testimony that's
19 sworn under oath?
20       A.   No.
21       Q.   Are you taking medication that
22 might impair your memory or ability to
23 testify truthfully?
24       A.   No.
25       Q.   Have you ever been deposed before?

Page 9

1        J. Drescher, M.D.
2       A.   Yes.
3       Q.   How many times have you been
4 deposed?
5       A.   Just once.
6       Q.   And what was the case in which you
7 were deposed?
8       A.   It was a class action lawsuit in
9 California against eHarmony.com and I was an
10 expert witness for the plaintiff.
11       Q.   EHarmony.  What was the nature of
12 the case?
13       A.   Yes.
14       Q.   What was the nature of that case?
15       A.   They were not permitting gay people
16 to meet each other on the dating website and
17 in California the argument was that was
18 discriminatory.  And so the plaintiffs were
19 suing for the right to use eHarmony services
20 and find eHarmony in violation.
21       Q.   What year was that?
22       A.   I think it was 2009.
23       Q.   What was the nature of your
24 involvement there; why were you giving
25 testimony?

3 (Pages 6 - 9)

Page 10

1        J. Drescher, M.D.
2     A.  I was called to give testimony by
3   the attorneys for the plaintiff.  There had
4   been several suits against eHarmony and
5   several years earlier I had been interviewed
6   by USA Today about what I thought of their
7   policies.  That's how the attorneys found me.
8   They thought I might have expertise in
9   helping them make their arguments.
10     Q.  Other than the eHarmony litigation,
11  have you given testimony before in an
12  administrative body of any kind?
13     A.  No.
14     Q.  How about testimony before a
15  legislative body?
16     A.  I have been invited to give
17  testimony in New Jersey about a law that they
18  were planning to pass.  I think it was an
19  assembly.  The assembly in New Jersey passed
20  a law banning conversion therapy.  This was
21  before the passing of the law and I was asked
22  to give testimony before that assembly.
23     Q.  Do you recall what year that was?
24     A.  Roughly two or three years ago.
25     Q.  Any other sworn testimony in either

Page 11

1        J. Drescher, M.D.
2   a court of law, administrative hearing?
3     A.  No.
4     Q.  Did you meet with any attorneys to
5   prepare for your deposition today?
6     A.  Yes.
7     Q.  With whom did you meet?
8     A.  I met with the two attorneys here
9   in the room, Mr. McNamara, Ms. Garcia, and I
10  met with one of the partners from Willkie
11  Farr, Mary I think her name is, the attorney
12  from Sylvia Rivera whose name alludes me, and
13  a couple of other associates from Willkie
14  Farr.
15     Q.  Approximately how long did you meet
16  with these attorneys?
17     A.  I met approximately for four hours
18  last month and four or five hours last
19  Friday.
20     Q.  Did they give you any guidance on
21  how to prepare for your deposition?
22     A.  Yes.
23     Q.  All right.  Good.  I'm sure they
24  did a great job.
25        I will be using a few brief terms

Page 12

1        J. Drescher, M.D.
2   during the deposition.  I thought we would
3   get those out on the table before so we will
4   have, say, shorthand between us.
5        The Cruz litigation, Cruz v.
6   Zucker, is the litigation that brought us
7   here today.  If I refer at any point in time
8   during the deposition today to the Cruz
9   litigation, will you understand that I'm
10  talking about the litigation that we are here
11  for today?
12     A.  Um-hum.  I understand that.
13     Q.  At some point I may -- we are going
14  to be talking today probably at length about
15  gender dysphoria.  So at various points in
16  time I may slip into using the term "GD" and
17  when I do that, I'm referring to gender
18  dysphoria.
19        Can we both agree if I start using
20  GD, you will understand that means gender
21  dysphoria?
22     A.  I understand.
23     Q.  I may at times refer to some
24  questions that in the past before the
25  diagnosis of gender dysphoria had be widely

Page 13

1        J. Drescher, M.D.
2   used today is my understanding, there may
3   have been other terms that were used for a
4   similar diagnosis to gender dysphoria.  If I
5   use the term "GD" or "gender dysphoria" and
6   your answer would require you to refer to a
7   prior nomenclature, a term that preceded
8   gender dysphoria, will you let me know I need
9   to clarify my question?
10     A.  I didn't quite understand.
11     Q.  You understand gender identity
12  disorder?
13     A.  Yes.
14     Q.  What is that?
15     A.  What gender dysphoria used to be
16  called.
17     Q.  If within my question I refer to
18  gender dysphoria and you think the answer to
19  would tend to refer to gender identity
20  disorder, will you understand?
21     A.  Yes.
22     Q.  If I use GD, you understand?
23     A.  Yes.
24     Q.  At some point, I may start talking
25  about the diagnostic mental disorders that's

4 (Pages 10 - 13)

J. Drescher, M.D.

1        J. Drescher, M.D.
2  published by the American Psychiatric
3  Association.  Are you familiar with that
4  volume, that document?
5     A.  Yes, I participated in the latest
6  iteration.
7     Q.  And so can you tell me briefly, so
8  we have that on the record, what your
9  understanding is of the diagnostic and
10  statistical manual of mental disorders?
11     A.  It is a compendium of diagnoses,
12  psychiatric diagnosis of disorders published
13  by the American Psychiatric Association.
14     Q.  If at some point during the course
15  of the deposition I refer to the DSM, do you
16  understand diagnostic and statistical value
17  of mental disorders?
18     A.  Yes.
19     Q.  Is there a current version of the
20  DSM?
21     A.  Yes, DSM-V.
22     Q.  Unless I tell you otherwise, if I
23  refer to the DSM I will be referring to the
24  DSM-V or an earlier version; can we agree on
25  that?

1        J. Drescher, M.D.
2     A.  Yes.
3        MR. GASIOR:  Can we mark this as
4  Drescher A.
5        (Subpoena marked Drescher Exhibit A
6     for identification, as of this date.)
7     Q.  Dr. Drescher, the court reporter
8  handed you a document marked Drescher
9  Exhibit A.
10        Do you have that document?
11     A.  Yes.
12     Q.  The first page of Drescher
13  Exhibit A says at the top issued by the
14  United States District Court, subpoena in a
15  civil case, Cruz, plaintiff v. Zucker,
16  defendant, Case Number ESNY 4456.  It's
17  addressed to Jack Drescher, M.D., P.C.
18        Do you see that document, Dr.
19  Drescher?
20     A.  Yes.
21     Q.  Have you received this subpoena
22  prior to today?
23     A.  Yes.
24     Q.  And are you appearing here today
25  pursuant to the subpoena to give testimony?

1        J. Drescher, M.D.
2     A.  Yes, I am.
3        MR. GASIOR:  Let's mark this as
4  Drescher Exhibit B.
5        (18-page report of Jack Drescher,
6     M.D. marked Drescher Exhibit B for
7     identification, as of this date.)
8     Q.  Dr. Drescher, the court reporter
9  has handed you an exhibit that has been
10  marked Drescher Exhibit B.  At the top of the
11  page it has what appears to be a letterhead,
12  I will characterize it as that, "Jack
13  Drescher, M.D., P.C." and it is dated May 1,
14  2015 and it is comprised of 18 pages.
15        Do you see this document?
16     A.  Yes.
17     Q.  Can you tell me what this document
18  is?
19     A.  This is my expert witness report.
20     Q.  And did you personally prepare the
21  expert report?
22     A.  Yes.
23     Q.  Did you prepare the document that's
24  been marked as Drescher Exhibit B?
25     A.  Yes.

1        J. Drescher, M.D.
2     Q.  Why did you prepare this report?
3     A.  I was contacted by Legal Aid and
4  asked if I would prepare a report.
5        MR. GASIOR:  It's 9:52.  This might
6     be a good time for us to stop.  We will
7     take a brief recess to have a conference
8     call with the court and we will come
9     back and keep things moving.
10        (Recess taken.)
11     Q.  Dr. Drescher, we are back on the
12  record.  Thanks for your patience.  I know we
13  had just marked Drescher Exhibit B and I
14  believe that we were asking about your
15  preparation of that report or maybe --
16     A.  You asked me who had asked me to
17  prepare the report.
18     Q.  I think you answered that question.
19     A.  I did.
20     Q.  How long did it take you to prepare
21  the report?
22     A.  I don't remember.  I don't
23  remember.  Maybe eight hours preparation and
24  writing the report.  Together maybe about
25  eight hours or so.

5 (Pages 14 - 17)

Page 18

1         J. Drescher, M.D.
2     Q.   Are you being compensated by
3 plaintiffs to give expert testimony here
4 today?
5     A.   Yes.
6     Q.   Were you compensated or will you be
7 compensated for preparing the report marked
8 Drescher Exhibit B?
9     A.   I was compensated.
10    Q.   And how are you being compensated?
11    A.   I'm compensated at a rate of $400
12 an hour.
13    Q.   There is a curriculum vitae
14 starting on -- well, it's attached as
15 Exhibit A to your report.  Do you see that?
16    A.   Yes.
17    Q.   Is the curriculum vitae attached to
18 your report, the information contained there,
19 accurate?
20    A.   Yes.
21    Q.   Is there anything that has been
22 added or you would add to that curriculum
23 that was not there at the time you prepared
24 the report?
25    A.   Yes, this is -- I guess this was

Page 19

1         J. Drescher, M.D.
2 October.  There are probably things added to
3 that, some papers or some lectures.
4     Q.   Do you recall the nature of the
5 materials that you would include on the
6 curriculum vitae if you were to add them now?
7     A.   Yes.  I just have -- I just
8 published an article that I got -- went
9 published online this week on an update on
10 the gender diagnosis on the DSM and ICD.
11    Q.   Anything else?
12    A.   Nothing comes to mind.
13    Q.   If you turn to page 4 of Exhibit B
14 under the title "Assignment," do you see
15 that?
16    A.   Yes.
17    Q.   I'm going to read that, "I have
18 been asked to assess and give an independent
19 expert opinion on certain exclusions of
20 coverage for gender reassignment treatments
21 for adults with gender dysphoria in the New
22 York State Department of Health's Medicaid
23 regulation called Gender Dysphoria
24 Treatment."
25         Does that statement accurately

Page 20

1         J. Drescher, M.D.
2 describe the topic on which plaintiffs'
3 counsel asked you to give an opinion?
4     A.   Yes.
5     Q.   What specifically are you referring
6 to in that paragraph when you refer to,
7 "Exclusions of coverage for gender
8 reassignment treatments for adults with
9 gender dysphoria"?
10    A.   I'm specifically referring to the
11 regulation's list of excluded treatments
12 which are deemed to be cosmetic.
13        MR. GASIOR:  And, I'm sorry, could
14    you read that answer back.
15    Q.   We will get into that a little bit
16 later on.  But if you look at last part of
17 page 3, the last part of page 3 and running
18 over to page 4 of your report, does that
19 paragraph accurately describe the materials
20 that you reviewed in preparing your report?
21    A.   Yes.
22    Q.   So among the materials that you
23 considered were the amended class action
24 complaints; is that correct?
25    A.   Yes.

Page 21

1         J. Drescher, M.D.
2     Q.   And the proposed rulemaking of
3 Regulation 18 NYCRR, Section 505.2(l)
4 published in the New York State register of
5 December 17, 2014; is that something you
6 considered?
7     A.   Yes.
8     Q.   Is that something you considered?
9     A.   Yes.
10    Q.   And then the rest of the materials
11 that are cited there, 3, 4 -- it looks like
12 there are two number 4s.  4 is "Policy and
13 billing guidance for regulation 18 NYCRR" and
14 then it looks like another 4.
15        "The World Professional Association
16 for Transgender Health, that should probably
17 be a 5?
18    A.   Yes.
19    Q.   And so is that the universe of
20 documents that you considered in writing the
21 report that's been marked as Drescher
22 Exhibit B?
23    A.   Yes.
24    Q.   When you were referring at -- on
25 page 2, rather -- let me make sure I get this

6 (Pages 18 - 21)

1        J. Drescher, M.D.
2 right.
3        On page 3 among the materials that
4 you considered, Item Number 2 is the proposed
5 rulemaking of regulations.  Is that where you
6 found the exclusions of coverage for gender
7 reassignment treatments that we spoke about
8 earlier?
9        A.  Yes, I believe so.
10        Q.  If you flip over to page 12 of your
11 expert report, Drescher Exhibit B, under the
12 heading "Conclusion," do you see that?
13        A.  Yes.
14        Q.  I will start reading the second
15 sentence down, the one that begins "However
16 while some."  Do you see that?
17        A.  Yes.
18        Q.  Let me read that, "While some
19 gender assignment treatments are covered,
20 Section 5052(l) now excludes payment for some
21 procedures that it deems cosmetic."  Do you
22 see that?
23        A.  Yes.
24        Q.  When you refer to 505.2(l), what do
25 you mean?

1        J. Drescher, M.D.
2        A.  I believe I'm referring to the
3 regulation.
4        Q.  So if during the course of the
5 deposition today either you or I refer to
6 Section 505.2(l), we will be referring to the
7 Department of Health regulation concerning
8 coverage, Medicaid coverage, for transgender
9 care and services?
10        A.  Yes.
11        Q.  Can we understand that's the
12 shorthand we will be using?
13        A.  Yes.
14        Q.  It may be I will use the term "the
15 regulation" or Department of Health's
16 regulation or Section 505.2(l).  You will
17 understand we are talking about the
18 regulation that is the subject of your expert
19 report?
20        A.  Yes.
21        MR. GASIOR:  Can we mark this as
22 Drescher Exhibit C, please.
23        (Four-page document entitled
24 "Rulemaking Activities" marked Drescher
25 Exhibit C for identification, as of this

1        J. Drescher, M.D.
2 date.)
3        Q.  Dr. Drescher, the court reporter
4 has handed you a document that has been
5 marked as Drescher Exhibit C.
6        The first page of the document is
7 titled "Rulemaking Activities" and it is a
8 four-page document.  On page 2 at the top the
9 header says, "Rulemaking Activities, New York
10 NYS Register/December 17, 2014."  Do you have
11 that document?
12        A.  Yes.
13        Q.  Is this one of the documents that
14 you considered in writing your expert report?
15        A.  Yes.
16        Q.  Can you tell me what portion of
17 this document you considered in writing your
18 expert report?
19        A.  I was asked to focus on the section
20 having to do with -- on the second page where
21 it says "Cosmetic," Roman numeral V "Cosmetic
22 surgery and procedures including, but not
23 limited to" and a listing of 13 procedures.
24        Q.  That's on page 2 of the exhibit?
25        A.  Page 2, yes.

1        J. Drescher, M.D.
2        Q.  Do you have any understanding of
3 what this document is?
4        A.  I may have general sense
5 understanding.  This is a regulation issued
6 by the New York State Department of Health
7 saying what the -- what services the state
8 will and will not provide for treatment of
9 gender dysphoria.
10        Q.  Now, this is the document
11 refers -- on the first page says, "This is a
12 rulemaking activity."  Do you understand that
13 the text on page 2 that relates to
14 transgender-related care and services has
15 become an effective regulation in New York
16 State at this point?
17        A.  Yes.
18        Q.  And am I correct that this is the
19 document that you reviewed in order to make
20 the statement that both Section 505.2(l) now
21 excludes payment for new procedures it deems
22 cosmetic?
23        A.  Yes.
24        Q.  And if you look in the column, the
25 bottom of column 1 on page 2 wrapping around

7 (Pages 22 - 25)

J. Drescher, M.D.

1
2  to column 2 on page 2, do you see the section
3  parenthesis number 4, "Payments will not be
4  made for the following services and
5  procedures"?  Do you see that?
6     A.  Yes.
7     Q.  And then wrapping around, I think
8  you said that it's under -- I'm not sure if
9  you identified paragraph 4, but you did refer
10 to Roman V which is titled "Cosmetic Surgery
11 Services and Procedures Including, But Not
12 Limited to."  Do you see that?
13    A.  Yes.
14    Q.  Am I correct that paragraph 4
15 starts by stating, "Payment will not be made
16 for the following services and procedures:"?
17 Is that correct?
18    A.  Yes.
19    Q.  And am I correct then that
20 paragraph 4, Roman V, is what you looked at
21 to conclude there is an exclusion of coverage
22 for cosmetic procedures?
23    A.  Yes.
24    Q.  Sometimes it takes us a long time
25 to get to a simple point.

J. Drescher, M.D.

1
2        So from this point forward then, if
3  I make a reference to Section 505.2(l) and
4  any particular subsection paragraph (4) or
5  some other, you will understand I'm talking
6  about the regulation that is now effective as
7  we just looked at in Drescher Exhibit C?  Can
8  we agree on that?
9     A.  Yes.
10    Q.  Dr. Drescher, maybe a little bit of
11 background now.  What are your areas of
12 professional expertise?
13    A.  I'm a psychiatrist, a medical
14 doctor, and psychoanalyst.  And I have
15 expertise in treating issues related to
16 gender and sexuality.
17    Q.  You say that you have expertise
18 related to gender and sexuality.  Can you
19 please elaborate when you say you treat
20 issues related to gender, what that means?
21    A.  I have published books, chapters
22 and articles and edited books dealing with
23 the mental health and health of lesbian, gay,
24 bisexual or LBG populations, publishings over
25 20 years.

J. Drescher, M.D.

1
2     Q.  Okay.  And then you also mentioned
3  that you have expertise related to sexuality.
4  How does that differ then or how is it
5  related to gender?
6     A.  Sexuality is one area of expertise,
7  gender is another area of expertise.
8  Sometimes they intersected, but often they
9  are separate categories of expertise.
10    Q.  When you talk about an expertise
11 related to treatment for sexuality, what does
12 that mean?
13    A.  That means that I write about areas
14 of human sexuality, expressions of human
15 sexuality, how sexuality affects people's
16 lives, their health and mental health.
17    Q.  Do you have a practice in treating
18 those persons you have been speaking about
19 writing about that?  Do you also have a
20 practice related to the treatment for issues
21 related to gender?
22    A.  Yes, I have a private practice in
23 Chelsea in Manhattan and I treat patients who
24 come in.  Many of them come in with issues
25 related to gender or their sexuality.

J. Drescher, M.D.

1
2     Q.  How long have you been treating
3  individuals for gender or sexuality-related
4  issues?
5     A.  About 30 years.
6     Q.  Do you hold any licensures in New
7  York State?
8     A.  I'm licensed to practice medicine
9  in New York State.
10    Q.  Is there a separate licensure for
11 psychiatric services?
12    A.  No.
13    Q.  I'm revealing my ignorance.
14    A.  Okay.
15    Q.  Have you ever had any dealings with
16 the New York State Department of Health?
17    A.  Not that I recall.
18    Q.  At one point you were employed I
19 believe by SUNY Downstate; is that correct?
20    A.  Correct.
21    Q.  In your employment with SUNY
22 Downstate, were you ever represented in any
23 manner by the New York State Attorney
24 General's Office?
25    A.  No, I don't think so.

Page 30

J. Drescher, M.D.

1           J. Drescher, M.D.
2     Q.  I asked you this, but you presently
3  do actively practice any psychotherapy?
4     A.  Mostly psychotherapy, yes.
5     Q.  Any other areas of practice that
6  you are engaged in?
7     A.  I also treat people with
8  medications.  I see people just for
9  psychopharmacological treatments.
10    Q.  Do all of your clientele come to
11 see you, who come to see you, for issues
12 related to gender or sexuality solely?
13       MR. GARCIA:  Objection.
14    A.  No.
15    Q.  Do you see individuals for other
16 diagnoses?
17    A.  Yes.
18    Q.  What kind of diagnoses do you
19 treat?
20    A.  I treat depression, I treat bipolar
21 disorder, I treat anxiety disorder, I
22 treatment obsessive compulsive, assessment
23 disorders, I treat some patients with
24 substance abuse disorders.
25    Q.  What percentage of your patients

Page 31

J. Drescher, M.D.

1           J. Drescher, M.D.
2  would you say have issues related to gender
3  identity?
4     A.  Presently maybe 15 percent, 10 to
5  15 percent.
6     Q.  Maybe I should back up.  When I use
7  the term "gender identity," you said you have
8  15 percent of your clientele have gender
9  issues.  What does it mean to you, gender
10 identity issue?
11    A.  These are patients that do not have
12 conventional presentation of gender.  They
13 may be born with the body of one sex, but
14 their subjective experience that they don't
15 fit with the body that they were born with.
16    Q.  Is that in any way related to
17 gender dysphoria?
18    A.  That is one of the criteria of
19 making a diagnosis of gender dysphoria.
20    Q.  Can you tell me in your expert
21 opinion what gender dysphoria is?
22    A.  Currently gender dysphoria
23 is -- well, there are two meanings of gender
24 dysphoria.  It's a technical term that's been
25 in literature for a long time basically

Page 32

J. Drescher, M.D.

1           J. Drescher, M.D.
2  describing the discomfort people feel with
3  the body to which they were born.  That's the
4  general term.  The term was adopted as the
5  name of the diagnosis in the DSM-V which used
6  to be called gender identity disorder.  The
7  name changed to gender dysphoria.  That is
8  the name of the DSM-V diagnosis.
9     Q.  Did you have any role in the
10 changing of gender identity disorder to
11 gender dysphoria?
12    A.  Yes.  I served on the DSM-V work
13 group on gender which was tasked with the
14 revision of the sexual revisions of the
15 DSM-IV.
16    Q.  Did you say you were on a
17 committee?
18    A.  It was a committee called the
19 working, the work group.
20    Q.  Do you recall who else was on the
21 committee with you?
22    A.  Yes.
23    Q.  Can you please tell me who was on
24 the committee with you?
25    A.  The chair of the committee was

Page 33

J. Drescher, M.D.

1           J. Drescher, M.D.
2  Kenneth J. Zucker, psychologist in Toronto.
3  Peggy Cohen-Kettinis, a psychologist from
4  Amsterdam.  Freda Mongforelin, a psychiatrist
5  ULM Germany.  Hinamiya Balberg, a
6  psychologist here in New York.
7        I should say there was a sub-work
8  group on gender identity disorder and a
9  larger committee working on other parts,
10 working on the sexual dysfunction and the
11 paraphilias, but working on gender identity,
12 the sub-work group was six people.  And
13 William Wohlmark, psychiatrist from
14 Washington State I believe.  Six of us on the
15 sub-work group working on gender identity
16 disorder.
17    Q.  Did you know Kenneth J. Zucker
18 before you both served on that committee?
19    A.  Yes, we had edited a book together.
20    Q.  What book was that?
21    A.  A book called Ex-Gay Research:
22 Analyzing the Spitzer Study.  It was a
23 collection of articles that he previously
24 published in the journal he edited and
25 articles I published in a journal I was

9 (Pages 30 - 33)

J. Drescher, M.D.

1        J. Drescher, M.D.
2  editing at the time.
3       Q.   In what field is Dr. Zucker?
4       A.   Yes.
5       Q.   Do you know what field Dr. Zucker
6  is in?
7       A.   Child psychologist.
8       Q.   Does he have a particular area of
9  practice?
10      A.   Yes.  He's in charge of a clinic in
11 Toronto where they provide services on issues
12 related to gender and sexuality.
13      Q.   Did I hear you correctly that Dr.
14 Zucker was the chair of the committee
15 that --
16      A.   He was the chair of the
17 larger -- the entire work group of sexual and
18 gender disorder with Cohen-Kettinis.
19      Q.   Do you know how Dr. Zucker came to
20 be named as chair of that committee?
21      A.   I believe he was the second choice
22 of the APA or committee.  As part of the
23 larger DSM process, anyone who earned more
24 than $10,000 a year from a pharmaceutical
25 company was excluded from being able to serve

J. Drescher, M.D.

1        J. Drescher, M.D.
2  on the DSM-V committee.
3        And I believe the first choice
4  was -- who was a psychiatrist, they wanted a
5  psychiatrist first, apparently did have some
6  funding from pharmaceutical companies so he
7  was not allowed to do that.  So he chose Dr.
8  Zucker who served on the committee for
9  DSM-IV, a member of that committee.
10      Q.   So do you have any knowledge about
11 Dr. Zucker's reputation within the community
12 of people who treat gender dysphoria issues?
13      A.   Yes.
14      Q.   Can you tell me what your opinion
15 is?
16      A.   Of his reputation?
17      Q.   Well, I actually think I misstated
18 that.
19        I think you understood what his
20 reputation was in the community.  Can you
21 tell me what his reputation is in the medical
22 community?
23      A.   I think he is a respected
24 researcher in the trans-community.  People
25 don't like some of his purpose treating

J. Drescher, M.D.

1        J. Drescher, M.D.
2  children, prepubescent children.
3       Q.   Why is that?
4       A.   His clinic -- the approach of his
5  clinic is to try and prevent adult
6  transsexualism.  And transsexualism is
7  another term for gender dysphoria, a term
8  used as a synonym for gender dysphoria.  His
9  approach is to try to prevent adult
10 transsexualism in children that appear with
11 gender dysphoria.
12      Q.   Do you have an expert opinion
13 yourself about the methods employed by Dr.
14 Zucker?
15      A.   Yes, I do.  I don't believe Dr.
16 Zucker has proven that his method does
17 prevent gender transsexualism.  And I have
18 published those opinions.
19      Q.   Okay.  Let me just see if I -- Dr.
20 Zucker has not proven --
21      A.   -- that he can prevent
22 transsexualism in gender dysphoria of
23 children.
24      Q.   We will come back to that later.
25 For right now, I would like to finish with

J. Drescher, M.D.

1        J. Drescher, M.D.
2  your expertise.
3        I think we mentioned where you had
4  described what gender dysphoria is.  Have you
5  treated adults with gender dysphoria?
6       A.   Yes.
7       Q.   Approximately how many?
8       A.   Somewhere between 60 and 70.
9       Q.   Did any of the adults with gender
10 dysphoria you treated have gender dysphoria
11 as a child or as an adolescent?
12      A.   Yes.
13      Q.   Do you know approximately how many
14 of those?
15      A.   I don't know.
16      Q.   Was the type of treatment -- let me
17 back up and say: Did you prescribe treatment
18 for any of those individuals, the adults who
19 had been, had gender dysphoria as a child?
20        MR. GARCIA:  Objection.
21      Q.   Do you understand my question?
22      A.   No.
23      Q.   Of those individuals who are adults
24 with gender dysphoria who you treated who had
25 had gender dysphoria as a child, talking

J. Drescher, M.D.

1       J. Drescher, M.D.
2   about that group of people, was the type of
3   treatment that you provided to that adult
4   informed by the treatment that they received
5   as a child?
6       A.  No.
7       MR. GARCIA:  Object to form.
8       Q.  So that had no impact how you would
9   treat them, the kinds of treatments they
10  received as a child had no impact how you
11  treated them as an adult?
12      A.  No.
13      Q.  Why not?
14      A.  Because the child, the childhood
15  presentation, is not necessarily relevant how
16  you would treat an adolescent or adult
17  patient.
18      Q.  Why not?
19      A.  Because it's not.
20      Q.  Is it relevant at all to know what
21  kinds of treatments a child received for
22  gender dysphoria than to know how an adult is
23  presenting with gender dysphoria?
24      MR. GARCIA:  Object to form.
25      A.  I don't understand the question.

1       J. Drescher, M.D.
2       Q.  That's probably a very bad
3   question.  Maybe this is asking the same
4   question again then.
5       So is your opinions about the
6   treatments of adults with gender dysphoria
7   shaped by the kinds of treatments that are
8   available to adolescents with gender
9   dysphoria?
10      A.  I don't understand the question.
11      (Record read.)
12      MR. GARCIA:  Same objection.
13      A.  It doesn't make sense, the question
14  doesn't make sense to me.
15      Q.  Probably doesn't make sense then.
16  Let me see if I can think of a way that asks
17  it in a way that makes sense.
18      Are the kinds of treatments --
19  strike that, let me start again.
20      Are treatments that a child with
21  gender dysphoria receives likely to have an
22  impact on the kinds of treatments they will
23  need as an adult if they have gender
24  dysphoria?
25      MR. GARCIA:  Object to form.

J. Drescher, M.D.

1       J. Drescher, M.D.
2       A.  Could you say the question again.
3       (Record read.)
4       A.  Yes, that's possible.
5       Q.  And under what circumstance would
6   that be possible?
7       A.  So if a child receives, for
8   example, puberty suppression, that child may
9   have a very different clinical presentation
10  as an adolescent or adult of gender dysphoria
11  as a child who did not receive puberty
12  suppression.
13      It's likely the child that did not
14  receive puberty suppression will have more
15  gender dysphoria because their body would
16  have gone through pubertal changes that will
17  make them more dysphoric.  Someone born a boy
18  will develop an Adam's apple, a beard and
19  growth of their penis and their dysphoria
20  would be greater than a child whose puberty
21  was suppressed and be more comfortable with
22  their body.  And of course that would have
23  implications of treating them if you met them
24  as an adolescent or adult.
25      Q.  I believe I asked you if you've

1       J. Drescher, M.D.
2   treated adults with gender dysphoria in
3   your -- is it a private practice?
4       A.  Yes, private practice.
5       Q.  In your private practice, have you
6   treated adolescents with gender dysphoria?
7       A.  I treated adolescents as young as
8   19 years old who are still considered
9   adolescents, but 19 is probably the youngest
10  I've treated.
11      Q.  I was going to make a distinction
12  between treating children.  So I do
13  understand the youngest patient you have had
14  where you treated them for gender dysphoria
15  is 19 years old?
16      A.  Correct, and I'm not a child
17  psychiatrist.
18      Q.  What types of treatments did you
19  provide to people of the age of 19?
20      A.  Treatment has included medication.
21  Treatment for depression and anxiety,
22  treatment has included psychotherapeutic
23  support for patients who might, who have been
24  suicidal.  Treatment has been exploration of
25  the gender dysphoria, treatment has included

11 (Pages 38 - 41)

Page 42

J. Drescher, M.D.

1
2 exploration of feelings about transsexual.
3 Generally I think that covers it.
4     Q.  While you have not treated in your
5 private practice individuals under the age of
6 19 with gender dysphoria, have you engaged in
7 any research of gender dysphoria persons who
8 are either adolescent or children?
9     A.  I have studied the issue of
10 treatment of gender dysphoric children in
11 younger adolescents.
12     Q.  And by "study," what do you mean?
13     A.  I have edited a book on treating
14 transgender children in adolescence in which
15 people who actually treat the children were
16 invited to present what they do and explain
17 it to, you know, a general professional
18 audience.  And invited experts in the area of
19 gender sexuality, but not in this area to
20 participate in this book to offer comments
21 about their thoughts about the various
22 treatment approaches to children's
23 adolescence.  I've written articles about the
24 controversies surrounding the treatment of
25 prepubescent children and I have written

Page 43

J. Drescher, M.D.

1
2 articles about the ethical issues that the
3 treatment approaches may raise.
4     Q.  I may have asked you this, but when
5 did you begin treating patients with issues
6 related to gender identity?
7     A.  In the 1990s.
8     Q.  And what was the nature of the
9 treatment that you provided in the 1990s?
10 And let me maybe give that some context.  Is
11 it any different than the kind of treatments
12 you are offering today?
13     A.  Well, I'm better at it now.
14     Q.  One would hope.
15     A.  No, I mean, patients -- patients
16 who come in with, have always come in with
17 treatments not only related to gender
18 dysphoria, but also related to depression,
19 anxiety and other issues they are dealing
20 with.  And I think that's still the case.
21 It's never about gender dysphoria.  There are
22 often other things going on.
23     Q.  Is there a term you use
24 "co-occurring conditions," would that be the
25 term you would use for someone who has gender

Page 44

J. Drescher, M.D.

1
2 dysphoria, but then there are --
3     A.  Comorbidity.
4     Q.  I will try to use that term later
5 on.
6         In your practice for the treatment
7 of gender dysphoria, do you make a
8 recommendation or does part of your
9 prescription for the treatment of gender
10 dysphoria ever include a recommendation for
11 surgical procedures?
12     A.  I have not written a letter to do
13 surgery.
14     Q.  By "written a letter," I think you
15 said for surgery?
16     A.  For surgery.
17     Q.  What do you mean?
18     A.  In order for people who wish to
19 transition surgically, to have the procedure
20 you usually need at least one letter from a
21 mental health professional recommending it.
22 That has not come up in my practice.
23     Q.  So you have never been asked by
24 anybody nor have you ever written such a
25 letter that would say, I believe this person

Page 45

J. Drescher, M.D.

1
2 is --
3     A.  Candidate.
4     Q.  -- a candidate for surgical
5 procedure to treat gender dysphoria?
6     A.  I have not written such a letter.
7     Q.  How about any kind of
8 recommendation for treatment involving
9 hormones; have you done that?
10     A.  No, I have not had to write a
11 letter for that either.  Mostly because the
12 people that I have referred, the doctors
13 haven't asked for letters for hormone
14 treatment.
15     Q.  Any of the individuals that you
16 have treated for gender dysphoria at the time
17 you were treating, were they presently taking
18 hormones to treat gender dysphoria?
19     A.  Yes.
20         MR. GARCIA:  I would like remind
21 you to allow Mr. Gasior to finish the
22 question.
23     Q.  It will make your attorney happy if
24 you allow me to finish the question.
25         If I understand your testimony, you

12 (Pages 42 - 45)

1          J. Drescher, M.D.
2 were not the doctor who prescribed hormones
3 for them?
4     A.   I don't prescribe hormones.  That's
5 usually an endocrinologist or internist that
6 does that.
7     Q.   Let me ask you some general
8 questions at this point.  What is gender
9 identity?
10    A.   Gender identity is a term formed in
11 the 1960s by a psychiatrist Stoller,
12 S-T-O-L-L-E-R, Robert Stoller, which is an
13 individual's inner sense of being male,
14 female or some other gender.
15    Q.   Is gender identity a term that's
16 currently used today?
17    A.   Yes.
18    Q.   Is there any medical consensus
19 about what factors may contribute to form
20 gender identity?
21    A.   Nobody knows what causes a
22 transgender identity or SIS, S-I-S, gender
23 identity refers to -- it's a term from the
24 transgender community that refers to people
25 who are not transgender.

1          J. Drescher, M.D.
2     Q.   So does the term "SIS gender" cover
3 everybody that is not transgender?
4     A.   In the terms of the transgender
5 community, yes.
6     Q.   Is that how you use the term?
7     A.   Yes.
8     Q.   Is an individual's gender identity
9 permanent or can it change over time?
10    A.   That may vary.  For most people
11 gender identity is fixed, for some people it
12 is not.
13    Q.   Is there a consensus in the field
14 of psychiatry as to the cause of gender
15 dysphoria?
16    A.   The cause of gender dysphoria is
17 not known.
18    Q.   Do you have a professional opinion
19 about the cause of gender dysphoria?
20    A.   No.
21    Q.   Is it part of your practice to make
22 a diagnosis that someone has gender
23 dysphoria?
24    A.   I make a diagnosis of gender
25 dysphoria if the person meets the diagnostic

1          J. Drescher, M.D.
2 criteria.
3     Q.   Are there any psychiatric
4 conditions that should be ruled out before a
5 psychiatrist can make a confident diagnosis
6 of gender dysphoria?
7     A.   Yes, there are several exclusionary
8 diagnoses listed in the DSM you want.
9 Sometimes psychosis can be confused with
10 gender dysphoria.  Sometimes just having
11 gender atypical feelings or behavior can be
12 confused with gender dysphoria.  Sometimes
13 people have body dysmorphic disorder
14 discomfort with their body that may be
15 confused with gender dysphoria.  Those are
16 some of the things you may want to rule out.
17    Q.   The things you just spoke about,
18 are those what we earlier called or what you
19 earlier described as comorbidity?
20    A.   No, those are exclusionary
21 diagnoses.  Meaning when you make a
22 diagnosis, you want to separate the diagnosis
23 you are making from other possibilities.  By
24 example, if you go to see your doctor for a
25 cough, he might want to rule out a viral

1          J. Drescher, M.D.
2 infection versus bacteria versus pneumonia as
3 cause.  So you are looking at more than one
4 diagnoses, you want to be more precise in
5 making the diagnosis.
6     Q.   So when we are talking about
7 comorbidities with a diagnosis of gender
8 dysphoria, what are we talking about?
9     A.   Comorbidity refers to in addition
10 to gender dysphoria, they have other
11 diagnoses.  So one is a list of things you
12 don't have and one is a list of things you
13 might have in addition to gender dysphoria.
14    Q.   With respect to the list of things
15 you don't have, what kind of -- if you are
16 making a diagnosis where you are thinking
17 maybe this is gender dysphoria, what kinds of
18 things are we talking about that it's not?
19        MR. GARCIA:  Object to form.
20        You may answer.
21    A.   Well, a person for example who has
22 a psychotic delusion about their body, that
23 could be interpreted as gender dysphoria.
24 But then you look for other signs of
25 psychosis.  And if you were to treat the

1        J. Drescher, M.D.
2  psychosis, usually the delusional material
3  would go away.  So that person doesn't have
4  gender dysphoria, they have a psychotic
5  condition.  That's how you make a distinction
6  from one diagnosis to the other.
7      Q.  Anything other than psychosis that
8  might fit that category also?
9      A.  Well there are gender atypical
10 presentations, that some people are not
11 conventional in the way they think their
12 gender is and that doesn't necessarily mean
13 they have gender dysphoria.  A person might,
14 for example, might like to cross-dress, but
15 they don't feel uncomfortable in their
16 bodies.  They just like to cross-dress, that
17 would not be a diagnosis of gender dysphoria.
18     Q.  In terms of gender dysphoria, you
19 spoke about comorbidities.  Are there any
20 particular comorbidities that occur that
21 present along with gender dysphoria?
22     A.  Well, there is research showing
23 that there are some correlations between
24 gender dysphoria and autism spectrum
25 disorders.  Why there's a correlation is

1        J. Drescher, M.D.
2  unknown.  There just seem to be higher
3  percentage of people with gender dysphoria
4  that may have some type of autistic disorder.
5      Q.  What is an autism spectrum
6  disorder?
7      A.  Now we are out of my area of
8  expertise, but autism is a psychiatric
9  condition in which the capacity for
10 interpersonal relativeness is effected and
11 people are somewhat detached from other
12 people in severe cases.  Some cases they may
13 have some social skills, but not have, you
14 know, average social skills perhaps less than
15 average social skills.
16     Q.  Did I understand your testimony
17 there are recent studies which seem to find
18 that --
19     A.  Correlation.
20     Q.  -- a correlation between gender
21 dysphoria and autism spectrum disorders?
22     A.  Yes.
23     Q.  Do you know when those studies --
24 when did those studies start to come out?
25     A.  I'm not certain.  Perhaps in the

1        J. Drescher, M.D.
2  '90s.  Definitely in the '90s.
3      Q.  Do I understand your testimony
4  correctly to say the studies don't show why
5  there's a correlation, just there is a
6  correlation?
7      A.  Yes, that is correct.
8      Q.  We spoke earlier about the DSM-V,
9  do you remember that?
10     A.  Yes.
11     Q.  Am I correct there are criteria for
12 making a diagnosis of gender dysphoria in the
13 DSM-V?
14     A.  Yes.
15     Q.  Are the criteria for diagnosing
16 gender dysphoria in the DSM-V now generally
17 accepted within the field of psychiatry?
18     A.  Yes.
19     Q.  If you would, take a look at your
20 expert report which has been marked as
21 Drescher Exhibit B.  And on page 6, do you
22 see that?
23     A.  Yes.
24     Q.  On page 6 --
25     A.  Yes.

1        J. Drescher, M.D.
2      Q.  -- is what is listed in the first
3  paragraph, and there's text below that,
4  criteria A, criteria B.  Is that the -- what
5  is that, what is listed there?
6      A.  Those are the criteria from the
7  DSM-V directly copied from the DSM-V.
8      Q.  And there is a criterion A and
9  criterion B.  What is criterion A, generally
10 speaking?
11     A.  Criterion A is -- basically
12 describes the form that the dysphoria takes
13 subjectively within the individual.  What are
14 the -- I guess one would say the symptoms,
15 you know, of gender dysphoria.
16     Q.  And then below that is criterion B.
17 What is generally meant by criterion B?
18     A.  Criterion B, in all of, in every
19 DSM diagnosis has a distress and dysfunction
20 criteria.  Which means in order to meet the
21 standard of being a psychiatric disorder, the
22 condition must cause some distress or
23 impairment and function.  So it's a standard
24 criterion for all DSM-V disorders.
25     Q.  In criterion A it says, "A marked

14 (Pages 50 - 53)

J. Drescher, M.D.
1
2 congruence runs between one's experience
3 expressed gender and assigned gender of at
4 least six months duration as manifested by at
5 least two or more of the following:"
6        Is there -- strike that.  Let me
7 start again.
8        Why does criteria A require
9 duration of at least six months of gender
10 incongruence?
11     A.  The idea for duration of time is
12 that it shouldn't be a transient phenomenon.
13 It's around for a while.  So the idea is that
14 somebody shows up, you know, in one week they
15 are feeling some incongruence but it goes
16 away, it probably wouldn't meet criteria.
17     Q.  There is a temporal element that
18 you need to see in order to make a diagnosis
19 of gender dysphoria?
20        MR. GARCIA:  Object to form.
21     A.  Yes.  The idea is that you don't
22 want to treat transient phenomenon as if they
23 were a diagnosis as if they met the
24 diagnostic criteria.
25     Q.  Is that temporal criterion

1        J. Drescher, M.D.
2 something used with respect to other
3 diagnosis besides gender dysphoria?
4     A.  Yes.  It's common, for example, if
5 you are making a diagnosis of depression,
6 there's like nine symptoms to make a
7 diagnosis of major depression.  And it must
8 be present for at least a week or two.
9     Q.  Is there ever a reason why a
10 psychiatrist might want to take longer than
11 six months to make a diagnosis of gender
12 dysphoria?
13        MR. GARCIA:  Object to form.
14        You may answer.
15     A.  Yes.  It's possible, for example,
16 that the patient might not be two of the six
17 criteria, but might meet one very intensely.
18 So you might want to wait to see if another
19 symptom emerges more powerfully and more
20 intensely before you make a diagnosis.
21     Q.  Criterion A I believe you said are
22 -- you would describe as symptoms; is that
23 correct?
24     A.  Yes.
25     Q.  Does the assessment of the symptoms

1        J. Drescher, M.D.
2 that are listed in criterion A depend
3 entirely on self-reporting by the patient, by
4 the individual.
5     A.  In adults and adolescents, yes.
6     Q.  Is there some other group on which
7 that would not be the case?
8     A.  In children they may not portal.
9 Some of the symptom reports come from family
10 or schools.
11     Q.  And looking at criterion B --
12 criteria A you called or generalized as
13 symptoms.
14        Criteria B, is there a -- how would
15 you characterize that?  You called them
16 distress or impairment.  Is there somehow you
17 would categorized what is described here?
18        MR. GARCIA:  Object to form.
19     A.  Criteria, yes, because you would
20 say of that -- any DSM diagnosis you would
21 say do the patients symptoms also meet the
22 distress criteria.
23     Q.  If we call these distress
24 criterion, you understand what I was talking
25 about?

1        J. Drescher, M.D.
2     A.  Um-hum.
3     Q.  The distress criteria listed in
4 criterion B for gender dysphoria, are these
5 unique to gender dysphoria?
6     A.  I don't quite understand the
7 question.
8     Q.  Well, it talks about the condition
9 which I assume means gender dysphoria,
10 correct?
11     A.  Yes.
12     Q.  So the condition of gender
13 dysphoria and I quote from B "is associated
14 with clinically significantly distress or
15 impairment in social, occupational or other
16 important areas of functioning."
17        You saw that text?  Is that unique
18 to gender dysphoria or do other diagnoses
19 share those criteria?
20     A.  The language of criterion B is
21 boilerplate and used in all DSM diagnosis.
22 The form of distress and impairment varies
23 from diagnosis to diagnosis.  So the distress
24 and impairment that one finds in diagnosis of
25 gender dysphoria takes a form unique to that

15 (Pages 54 - 57)

1      J. Drescher, M.D.
2 diagnosis, which might be different than the
3 distress and impairment say from a diagnosis
4 of depression or psychosis.
5    Q.  When you saw the form of distress,
6 are we talking about the symptoms?
7     A.  It could include the symptoms
8 listed in the A criteria, but it could also
9 lead to other kinds of symptoms which might
10 involve anxiety, depression, inability to get
11 to school, inability to get to work which are
12 not specifically the A criteria.
13    Q.  Those things you just described,
14 are those comorbidities?
15    A.  If the depression -- you can be
16 depressed, but then not might meet depressive
17 criteria then you have comorbidity.  You can
18 be depressed, but not depressed enough to
19 meet criteria, then would not be exactly a
20 comorbidity.
21    Q.  I think I got you.
22       Is a gender dysphoria a permanent
23 condition?
24    A.  Gender dysphoria, which appears
25 first in adolescents or adulthood, is usually

1      J. Drescher, M.D.
2 a permanent condition except when it's
3 treated and then the gender dysphoria
4 diminishes.
5    Q.  Is that true in all circumstances?
6    A.  I don't -- nothing is 100 percent,
7 but many people do benefit from treatment and
8 their gender dysphoria gets better.
9       For example we have in the DSM-V,
10 we have added something called a
11 post-transition specifier which means that a
12 person had all of the symptoms and met
13 diagnostic criteria for gender dysphoria.
14 But they received treatment, medication,
15 surgery, it may depend on the individual what
16 treatment they received and they are no
17 longer experiencing the dysphoria because
18 they are now in the gender role.  They feel
19 themself comfortable in being, but they still
20 have a diagnosis with a specifier called
21 post-transition specifier because their
22 ongoing healthcare requires some type of
23 diagnosis.  DSM-V for the first time has, as
24 I said, a post-transition specifier.
25    Q.  Now, in your answer to the question

1      J. Drescher, M.D.
2 that is gender dysphoria a permanent
3 condition, I believe you started off by
4 saying in adults and adolescents.  Is there
5 something different about children?
6    A.  Yes.
7    Q.  What is that difference?
8    A.  Prepubescent children who present
9 with gender dysphoria may not be gender
10 dysphoric later on.  Sometimes it resolves
11 before puberty, sometimes resolves at
12 puberty, sometimes it resolves a little after
13 puberty.
14    Q.  In the context of children who are
15 being evaluated for gender dysphoria, have
16 you heard of the term "persister and
17 desister"?
18    A.  Yes.
19    Q.  What do those terms mean to you?
20    A.  A desister is a child, prepubescent
21 child, whose gender dysphoria stops at some
22 point for reasons unknown.  And persister is
23 a child whose gender dysphoria continues into
24 adolescence, again, for reasons unknown.
25    Q.  When you say that there are some

1      J. Drescher, M.D.
2 children who desist for reasons unknown, what
3 percentage of children desist?
4    A.  In the current research it may vary
5 anywhere from 10 to 50 percent, depending on
6 the study.  I think that's the range.
7    Q.  In your experience, is there any
8 particular time in a person's life when
9 criteria B to the DSM-V gender dysphoria
10 criteria -- is there any particular point in
11 a person's life when criteria B tends to be
12 more prevalent?
13       MR. GARCIA:  Object to form.
14    A.  Yes, I don't -- I don't quite
15 understand the question.
16    Q.  In that person's lifespan if they
17 have experienced gender dysphoria, is there a
18 particular age range when gender dysphoria
19 tends to be more prevalent?
20    A.  I don't think it's related to age.
21 I think what you see, people at different
22 times in their life if they have not received
23 treatment for the gender dysphoria, it may
24 wax and wane.  It may be more severe distress
25 then at one point in their life than it would

1        J. Drescher, M.D.
2  be at another time in their life.  Again,
3  that may be related to various circumstances.
4        A person who is gender dysphoric,
5  did not get treatment for that decides to
6  stay in the -- you know, in the gender to
7  which they have been assigned at birth.  Some
8  family tragedy occurs and their gender
9  dysphoria may get worse.  It may be provoked
10  by external circumstances.
11      Q.  So when you said that the gender
12  dysphoric can wax and wane --
13      A.  In some individuals, yes.
14      Q.  And do I understand your testimony
15  that it can be a variety of circumstances
16  that cause that to happen?
17      A.  Correct.  And directly to your
18  question, I don't think it's necessarily
19  related to a certain age or a particular age.
20  I think it's more varied in terms of how that
21  might happen.
22      Q.  Does the intensity of gender
23  dysphoria -- is it correct to talk about
24  intensity of gender dysphoria, could it be
25  greater and lesser?

1        J. Drescher, M.D.
2      A.  Yes.
3      Q.  Does the intensity waxing and
4  waning have any relationship to the kind of
5  treatment that's being provided?
6      A.  It could.
7      Q.  Under what circumstance?
8      A.  Well, if someone is receiving
9  inadequate treatment, for example, then it
10  would be you would get exacerbation of gender
11  dysphoria.  There are -- this is not from my
12  practice.  This is from things I read in the
13  paper of transgender people who are
14  incarcerated.  And depending on the prison
15  which they find themselves, they may or may
16  not have access to the hormones they were
17  taking before they were incarcerated.  So the
18  stopping of their treatment while they are in
19  prison has certainly worsened the condition.
20  They may become suicidal, for example.
21      Q.  On page 6 of your report, Drescher
22  Exhibit B, at the bottom of the page the
23  paragraph that begins "The changes to the
24  diagnostic criteria."
25      A.  Yes.

1        J. Drescher, M.D.
2      Q.  "The changes to the diagnostic
3  criteria are significant for a number of
4  reasons.  In the DSM-IV the GID criteria for
5  adolescents and adults were somewhat vague
6  and for some even lack a reference to
7  intensity or frequency of the diagnostic
8  criteria."
9        What do you mean by the "intensity
10  or frequency of the diagnostic criteria"?
11      A.  The -- well, by frequency we talk
12  about duration, for example.  And intensity
13  refers to how strong the feelings are.
14      Q.  Has the DSM-V included those types
15  of criteria for considerations?
16      A.  Right.  For example, if you look at
17  6-A all refer to a -- criteria 2 through 5
18  refer to a strong desire.  The idea is to
19  sort of provide clinicians with a sense this
20  is not a casual feeling, but a very strong
21  feeling.
22      Q.  Am I correct that the intensity --
23  when you talk about intensity, are we talking
24  about criterion B or criterion A?
25      A.  Criterion A.

1        J. Drescher, M.D.
2      Q.  The intensity which those criteria
3  are felt is part of criterion A?
4      A.  Right.  And DSM-IV, the criteria
5  were not teased out in this way.  They are
6  all sort of lumped together in a paragraph.
7  So the idea was to sort of -- what are the
8  most likely, you know, predicators for making
9  a diagnosis, could you elaborate them more
10  specifically.  That was how the six criteria
11  were laid out to provide guidance with the
12  numbers in the manual.
13      Q.  Is it part of what a clinician
14  treating dysphoria does to evaluate the
15  intensity?
16      A.  Yes, it should be.  Yes.
17      Q.  How does the clinician do that?
18      A.  Through experience, you meet people
19  who have a wide range of expression of any
20  range of symptoms.  You know, if you are
21  working with an anxious patient, some are
22  mildly anxious and some people are very, very
23  anxious and certain kind of experience that
24  comes, a certain kind of knowledge that comes
25  with clinical experience.

17 (Pages 62 - 65)

J. Drescher, M.D.

1     J. Drescher, M.D.

2   Q.  To what extent does the clinician's
3 evaluation of the intensity depend on what
4 they are told by the person they are
5 treating?
6   A.  Well, much of it is guided by what
7 people say.  I mean, psychiatric diagnosis
8 have a strong degree of patient self-report
9 in making the diagnosis.  Some of the
10 symptoms are reported from the outside.  Some
11 diagnosis with many symptoms are basically
12 based on patient report, self-report.
13   Q.  You used the term "outside"?
14   A.  Right.  You make a diagnosis of
15 depression, for example, just as an analogy,
16 most of the symptoms include things like I'm
17 not sleeping at night, I feel hopeless and
18 helpless, I feel tired during the day.
19 Majority of patients have subjective
20 symptoms.  But one symptom dies, does the
21 patient then restrict psychomotor retardation
22 or psychomotor activation.  Are they all
23 speeded up is visible, that is something you
24 would see the patient do.  But majority of
25 symptoms are patient's self-report.

1     J. Drescher, M.D.
2     MR. GASIOR:  Would it be okay if we
3 took a bathroom break.
4     (Recess taken.)
5   Q.  Dr. Drescher, in your practice, how
6 do you express marked incongruence in a
7 person who you are assessing for gender
8 dysphoria?
9   A.  Again, it's taking a history how
10 long the person had the feelings, you know,
11 how have the feelings changed over time, what
12 is the nature of the incongruence, what
13 exactly do they -- is the person experiencing
14 that's different.  That's what is the person
15 experiencing in terms of is it about their
16 body, is it about the presentation, is it
17 about their wish to be rid of parts of their
18 body, is it about the wish to have a
19 different kind of body.  Because it's not --
20 as you see from the 6-A criteria, you know,
21 there are different presentations.  Some
22 people want to be rid of body parts, some
23 don't.  So it's a way you have to like look
24 at the different possibilities.
25   Q.  This might be related to a question

1     J. Drescher, M.D.
2 I asked earlier:  In assessing a person for a
3 gender dysphoria, how do you assess
4 clinically significant distress or
5 impairment?
6   A.  Well, the way to do that, talk
7 about what is going on in their life; are
8 they working, are they in school, how is the
9 school function, how is the work function,
10 are they married, are they in relationships.
11 You get a sense whether the person's life is
12 going well or not, that would be the
13 impairment functioning in terms of distress.
14 They present with depression or anxiety or
15 suicidal feelings, those are three most
16 common presentations of distress.
17   Q.  When you say three most
18 common --
19   A.  -- clinical presentations --
20   Q.  -- of distress, that is with
21 respect to gender dysphoria?
22   A.  Yes.  Yes, in the sense that's
23 correct.  You know, if I -- you know, if I
24 have to -- if I can't live like a woman, I'm
25 going to kill myself, for example, would be

1     J. Drescher, M.D.
2 an example of the distress and gender
3 dysphoria.
4   Q.  If you would, turn to page 9 of
5 your expert report marked as Drescher
6 Exhibit B.  At the bottom of the page under
7 the heading "Gender Dysphoria Treatment," do
8 you see that?
9   A.  Yes.
10   Q.  You make the statement, "It should
11 be noted that GD is a unique psychiatric
12 diagnosis."  Do you see that?
13   A.  Yes.
14   Q.  What does that mean, what do you
15 mean by that?
16   A.  What I mean is what follows in the
17 sentences after that.
18   Q.  Why don't I read that then.
19 Following what I just read, "Most psychiatric
20 diagnoses are aimed at reducing psychological
21 symptoms by either psychotherapy or
22 behavioral or medication interventions until
23 those symptoms are gone.  For example, a
24 patient with symptoms of depression DSM-V or
25 depressive disorder is given medication that

Page 70

J. Drescher, M.D.

1
2 make the symptom exacerbate.
3      For more than half a century the
4 medical and psychiatric consensus regarding
5 treatment of GD, physically changes the
6 bodies with this condition rather than
7 changing their minds.  Due to the uniqueness
8 of this diagnosis and the accepted treatment
9 guidelines of transforming the affected
10 individual's body who tends to move ICD
11 equivalent diagnosis of transsexualism out of
12 the mental disorder section and into a new
13 chapter, conditions related to sexual
14 health."
15      With respect to the saying that
16 most diagnoses are aimed at reducing
17 psychological symptoms in contrast to medical
18 psychiatric treatment of GD by physically
19 changing the bodies rather than changing
20 their minds, can you tell me why gender
21 dysphoria is different in this way?
22      MR. GARCIA:  Object to form.
23      A.  My understanding is that in the
24 early/middle of the 20th Century when
25 treatment of gender dysphoria became more

Page 71

1      J. Drescher, M.D.
2 common, that consensus of the experts was
3 that they could not change the minds of
4 people who had this condition and that it was
5 futile to try.  And the only thing they could
6 do was to accommodate the ways to change the
7 body.  And since the techniques for those
8 changes were available as in hormones and
9 surgical procedures, that's how the treatment
10 I think began at that time.
11      Q.  So when you make the statement
12 beginning of that paragraph starting on page
13 9 at the bottom that gender dysphoria's
14 unique psychiatric diagnosis, is there, to
15 your knowledge, any other psychiatric
16 diagnosis where the treatment involves
17 surgical procedures?
18      A.  Yes, there is one other.  I forget
19 the name of it, but it is a diagnosis in
20 which people wish to have body part
21 amputated.  It's not in the DSM.  It did not
22 make it into DSM-V.  I think it's in the
23 appendix of future diagnoses.  There is
24 condition of people who seek out amputation,
25 either an arm or a leg, and they have found

Page 72

1      J. Drescher, M.D.
2 surgeons who sometimes will do that for them.
3      Q.  Is that bodily integrity identity
4 disorder?
5      A.  I believe so, yes.
6      Q.  And is it your testimony now that
7 you believe that I will call it BIID is
8 listed in the DSM-V in an appendix, is that
9 what you said?
10      A.  I'm not 100 percent certain it's
11 listed as an actual diagnosis.
12      Q.  I was trying to think of other
13 examples where somebody experienced the kinds
14 of distress or impairment listed in criteria
15 B of gender dysphoria.  Other
16 symptoms -- strike that.  Let me start again.
17      I was trying to think of where
18 there might be distress or impairment
19 experienced by somebody because of some
20 psychological condition.  It might be
21 equivalent to gender dysphoria if somebody
22 were to be demonstrating clinically
23 significant distress or impairment in social,
24 occupational or other important areas of
25 functioning because of a desire to be, for

Page 73

1      J. Drescher, M.D.
2 example, of a different race.
3      Are you aware of any support in the
4 psychiatric community that would be
5 appropriate to provide such a person with
6 treatment that would physically change their
7 skin color?
8      MR. GARCIA:  Object to form.
9      A.  I'm unaware of anybody who would
10 provide such treatment.
11      Q.  So am I correct then that in terms
12 of psychiatric diagnosis treated by a
13 surgical or hormonal treatments that are
14 intended to change the body, that gender
15 dysphoria is unique except for bodily
16 identity integrity disorder, to your
17 knowledge?
18      A.  To my knowledge, yes.
19      Q.  Are you familiar with the term
20 "primary sex characteristics and secondary
21 sex characteristics"?
22      A.  Yes.
23      Q.  Can you tell me what your
24 understanding of primary sex characteristics
25 is?

19 (Pages 70 - 73)

Page 74

1        J. Drescher, M.D.
2     A.  Primary sex characteristics refers
3  to genitals.  Secondary sex characteristics
4  refer to the body features, body parts
5  associated with adult sexual development.
6  Facial hair is secondary characteristic,
7  pubic hair is secondary, breast development
8  is a secondary sex characteristic.  Adam's
9  apple is a secondary sex characteristic.
10     Q.  When we were looking at the
11  Regulation 505.2(l) and you were looking at
12  the exclusions of certain procedures, is it
13  your understanding that those procedures were
14  intended or are intended to treat secondary
15  sex characteristics?
16     A.  Yes.
17     Q.  In your practice in treating gender
18  dysphoric people with gender dysphoria are
19  you, the treating clinician, who would decide
20  whether one of your patients with gender
21  dysphoria requires a particular surgical
22  procedure to address secondary sex
23  characteristics?
24     A.  I am not the person who would
25  decide that.  I might be asked to weigh in

Page 75

1        J. Drescher, M.D.
2  with an opinion, but I'm not the person who
3  decides that.
4     Q.  When you say you are asked to weigh
5  in with an opinion, what do you mean?
6     A.  Well, if the person -- if a person
7  wants treatment, you know, the treating
8  physician might want to say what do I think,
9  but I'm not the person who decides.
10     Q.  You mentioned treating physician?
11     A.  Right.  These treatments are all
12  medical treatments that are provided either
13  by endocrinologist, primary care internists
14  or surgeons.
15     Q.  Am I correct if somebody with
16  gender dysphoria wanted to have a tracheal
17  shave, that it would be the primary physician
18  who would decide whether that was appropriate
19  but not you?
20     A.  Correct.
21     Q.  So among the universe of treatments
22  that could be provided to somebody who has
23  gender dysphoria and that might help them
24  to -- let me back up and start again.
25        In terms of treatments for gender

Page 76

1        J. Drescher, M.D.
2  dysphoria, what is the goal of those
3  treatments?
4        MR. GARCIA:  Object to form.
5     A.  By treatment you mean --
6     Q.  The overall of the treatments that
7  might be provided, what is the overall goal
8  of those treatments?
9     A.  By treatment, do you mean medical
10  or surgical interventions?
11     Q.  Okay, let's start there.
12     A.  The goal of medical and surgical
13  interventions in the treatment of gender
14  dysphoria is to reduce the dysphoria, to
15  reduce the feeling of incongruence between
16  the person's body and the sense of the
17  gender, who they are.
18     Q.  Is it necessary in trying to
19  determine what is going to help reduce
20  incongruence that you just described, to
21  determine whether those procedures that might
22  help do that are medically necessary?
23        MR. GARCIA:  Object to form.
24     A.  I don't understand the question.
25     Q.  Well, with respect to the types of

Page 77

1        J. Drescher, M.D.
2  treatments that could be offered to somebody
3  with gender dysphoria, in order for those
4  treatments to take place is it necessary for
5  the clinician or primary caregiver, the
6  primary treater, to make a determination that
7  those treatments are medically necessary?
8     A.  What do you mean by "medically
9  necessary"?
10     Q.  Do you have any understanding what
11  the term "medical necessity" means in the
12  context of treating somebody with gender
13  dysphoria?
14     A.  My understanding of medical
15  necessity is a term made by insurance
16  companies to decide what they will and will
17  not pay for.  Physicians rarely prescribe
18  treatment that they don't think is medically
19  necessary.  Of course there might be
20  exceptions, but ethically we don't.  We do
21  what we think is medically necessary.
22     Q.  And how does a person treating
23  somebody with gender dysphoria, a caregiver,
24  care provider, make that determination what
25  is medically necessary to treat the gender

20 (Pages 74 - 77)

1        J. Drescher, M.D.
2  dysphoria?
3       A.   There are established protocols of
4  treatment and established protocols of
5  treatment are part of the -- depending on the
6  patient's subjectivity, not all patients
7  require all treatments.  So it's a
8  collaborative effort between the patient and
9  treater to sort out what symptoms the patient
10 has and what interventions would be helpful
11 in reducing the patient's symptoms.
12      Q.   When you use the term "protocols,"
13 what do you mean?
14      A.   The WPATH, all capital P-A-T-H,
15 WPATH standards of care.
16      Q.   And so do I understand you to say
17 that the WPATH standards of care contain
18 protocols for making determinations of what
19 is medically necessary?
20      A.   They have listings of all the kinds
21 of procedures that are involved in the
22 treatment of gender dysphoria to reduce
23 dysphoria.
24      Q.   Do you rely upon the WPATH
25 standards of care in your practice?

1        J. Drescher, M.D.
2       A.   The WPATH standards of care don't
3  really outline what psychological treatments
4  might be necessary.  They allude to them and
5  talk about that sometimes they are necessary
6  and helpful, but they don't really have
7  psychological guidelines for treatment.
8       Q.   So in terms of your practice and
9  what you do for persons with gender
10 dysphoria, is it correct to say that the
11 WPATH standard of care really doesn't address
12 your area of treatment?
13          MR. GARCIA:  Object to form.
14      A.   Well, the WPATH standards of care
15 suggests that clinicians be familiar with
16 gender dysphoria, they have some expertise in
17 the area, that they be sensitive to some of
18 the issues, sensitivities of people, you
19 know, who have gender dysphoria.  But in
20 terms of what medications you use for the
21 depression or anxiety or how, you know, how
22 to discuss one's life and treatment, that's
23 not really in the WPATH standards of care.
24      Q.   And just so I'm correct, in your
25 earlier testimony you are not the individual

1        J. Drescher, M.D.
2  with respect to somebody -- you are treating
3  for gender dysphoria that makes the
4  determination there should be a surgical
5  procedure to treat gender dysphoria?
6       A.   Correct.  That is referred to as
7  the gatekeeper function of mental health
8  function, which is a traditional function of
9  mental health, but not used as much as it
10 used to be.
11      Q.   The term "gatekeeper" --
12      A.   The gatekeeping function is not
13 what it used to be.  In the middle of the
14 20th Century, the role of the mental health
15 professional was to seek out what was then
16 referred to as the true transsexual.  So if
17 you were born in a man's body and you wanted
18 to be a woman, you felt you were a woman and
19 wished to transition, but you were attracted
20 to women, for example, the mental health
21 professional would make the assessment you
22 could not make the transition because the
23 gatekeeping function was to treat
24 heterosexual people at the end of transition.
25 So that was one of the examples of the

1        J. Drescher, M.D.
2  gatekeeping function.
3       So it was -- so what often used to
4  happen is that people in the trans-community
5  who got to know each other before, you know,
6  they would prep each other, you know, on the
7  right thing you had to say to the doctor in
8  order to get through the gatekeeping function
9  of doctors.  They had to adhere to a certain
10 narrative in order for you to get treatment.
11 So that's not really going on because nobody
12 cares anymore about your sexual orientation
13 as part of your transition.  It's not a
14 clinical issue anymore.
15      Q.   Do I understand your testimony this
16 gatekeeping function is not as prevalent
17 anymore as it used to be?
18      A.   Yes.
19      Q.   And so were you testifying that in
20 some sense you serve as a gatekeeper?
21      A.   I don't serve as a gatekeeper.
22      Q.   I have to come back to that later.
23          MR. GASIOR:  If we could, I would
24 like to mark this as Drescher Exhibit D.
25      (Booklet entitled "Standards of

1       J. Drescher, M.D.
2    Care for the Health of Transsexual
3    Transgender and Gender Nonconforming
4    People" marked Drescher Exhibit D for
5    identification, as of this date.)
6    Q.   Dr. Drescher, the court reporter
7 has handed you a document which has been
8 marked as Drescher Exhibit D.  On the front
9 page it says in the upper left-hand corner,
10 "WPATH," W-P-A-T-H all caps, "World
11 Professional Association for Transgender
12 Health" and has the title "Standards of Care
13 for the Health of Transsexual Transgender and
14 Gender Nonconforming People."
15       Do you see that?
16    A.   Yes.
17    Q.   And I will refer to this as the
18 standards of care, is that okay?
19    A.   Yes.
20    Q.   Are you familiar with the standards
21 of care?
22    A.   Yes.
23    Q.   What is the standard of care?
24    A.   The standards of care is a
25 consensus document produced by a

1       J. Drescher, M.D.
2 professional, international professional
3 organization called the World Professional
4 Association for Transgender Health or WPATH.
5    Q.   Is there a document which you
6 utilize in your practice?
7    A.   It's a document I occasionally
8 refer to in my practice.
9    Q.   Is there a document you utilized in
10 preparing your expert report that's marked
11 Drescher Exhibit B?
12    A.   Yes.
13    Q.   Would you turn with me to page 27
14 of Drescher Exhibit D.  Do you have that?
15    A.   Yes.
16    Q.   Do you see the first full paragraph
17 there, the one that begins "The SOC"?
18    A.   Yes.
19    Q.   Let me read that quote, "The SOC do
20 not state criteria for other surgical
21 procedures, such as feminizing or
22 masculinizing a facial surgery; however
23 mental health professionals can play an
24 important role in helping their clients to
25 make fully-informed decisions about the

1       J. Drescher, M.D.
2 timing and implications of such procedures in
3 the context of the overall coming out or
4 transition process."
5       Do you see that?
6    A.   Yes.
7    Q.   Do you have an understanding when
8 it says that the SOC do not state criteria
9 for other surgical procedures, feminizing or
10 masculinizing facial surgery?
11       MR. GARCIA:  Object to form.
12       Can you read that back.
13    Q.   Let me say it again.  That
14 statement the standard, the SOC standards,
15 that SOC refers to standard of care, is that
16 what you understand?
17    A.   Yes.
18    Q.   The SOC do not state criteria for
19 other surgical procedure such as feminizing
20 or masculinizing facial surgery, what is your
21 understanding the SOC do not state criteria
22 for those procedures?
23    A.   In my understanding, in contrast to
24 what follows in terms of the surgery where
25 they list specific criteria, you know, their

1       J. Drescher, M.D.
2 criteria are not as specific for surgery
3 basically for sensory assigning surgery.
4    Q.   When you say not as specific, are
5 there any criteria for -- strike that.
6       When it's talking about other
7 surgical procedure, feminizing or
8 masculinizing facial surgery, are those
9 surgeries which could be called cosmetic?
10       MR. GARCIA:  Object to form.
11    A.   Well, they don't use the term
12 "cosmetic."  They use it feminizing or
13 masculinizing facial surgery, so it's since
14 part of gender dysphoria is one feels
15 feminize or masculine after transition.
16    Q.   When you talk about feminizing or
17 masculinizing, what kind of procedure is
18 being referenced there?
19    A.   I'm not sure of specific procedures
20 to -- sort of feminizing surgery to, for
21 example, shave the Adam's apple down.  Some
22 people they have -- born a man they have
23 prominent chins, they may need chin
24 reduction.  For example, perhaps their nose
25 is more masculine looking than a typical

1        J. Drescher, M.D.
2 female.  So those kind of procedures.
3        Q.  If you were to look at what has
4 been marked as Drescher Exhibit C on page 2
5 and that was the list of procedures under
6 paragraph 4, Roman V that we looked at
7 earlier, do you see that?
8        A.  Yes.
9        Q.  We are talking about breast, brow
10 or face or forehead lifts.  Are those the
11 types of procedures you were just describing
12 on page 27 of the standards of care?
13        A.  Yes.
14        Q.  And so the procedures that were
15 just described in the standards of care on
16 page 27 would correspond to the types of
17 procedures that are listed in paragraph 4,
18 Roman V of the regulation; is that correct?
19        A.  Yes.
20        Q.  And they may have been calling them
21 cosmetic procedures in the regulations, but
22 what we are talking about are the same
23 procedures just being described on page 27 of
24 the standards of care; is that correct?
25        A.  I believe so.

1        J. Drescher, M.D.
2        Q.  We were sort of talking over each
3 other, okay.
4        Do you have any understanding of
5 why the standards of care published by WPATH
6 don't state criteria for the surgical
7 procedures that we just looked at on page 27?
8        A.  Although I'm not part of the WPATH
9 standards of care development process, I'm
10 not privy to how they -- how they came to
11 this decision.  I have no idea.
12        Q.  Are you aware of any situation or
13 circumstance as part of your experience as a
14 treating clinician for people with gender
15 dysphoria with Adam's apple, aware of any
16 circumstance where you would ever conclude
17 that treatment like those that are described
18 in paragraph 27 -- let me stop.
19        If we can use for shorthand
20 purposes, whether you agree with -- just for
21 shorthand purposes that when we are talking
22 about the treatments that are described on
23 page 27 of the standards of care which we
24 said corresponded to those listed at
25 paragraph 4, Roman V of the new regulation,

1        J. Drescher, M.D.
2 if I say "cosmetic procedures" will you
3 understand I'm talking about those procedures
4 limited in paragraph 4-V of the regulation?
5 I'm trying to get some shorthand.
6        A.  I would understand.  But I would
7 prefer to talk as standard of care does,
8 feminizing or masculinizing facial surgery.
9        Q.  Let me maybe back up.  In that
10 paragraph where it talks about feminizing or
11 masculinizing facial surgery, is it your
12 understanding that that's the universe of
13 procedures that the standards of care does
14 not describe or are those examples of other
15 procedures?
16        A.  I don't know the answer to that
17 question.
18        Q.  Do you know of any other place in
19 the standards of care where it talks about
20 surgical procedures that are -- strike that.
21        I believe your testimony was the
22 standards of care describe procedures that
23 are recommended for basically genital
24 reassignment surgeries; is that correct?
25        A.  Correct.

1        J. Drescher, M.D.
2        Q.  And that procedures such as
3 feminizing or masculinizing facial surgeries
4 are in distinction to that; is that correct?
5        A.  I'm looking at my copy of the
6 standards of care remembering somewhere a
7 list of procedures.  I may be remembering
8 something else.
9        MR. GARCIA:  I think he pointed out
10        something on page 57.  I will ask if
11        that's what he was referring to.
12        THE WITNESS:  Yes, page 57.  This
13        lists all of the surgical procedures.
14        Thank you.
15        Q.  So we are looking at page 57, an
16 overview of surgical procedures for patients
17 with gender dysphoria.  What particular
18 portion of this page are you looking at?
19        A.  I'm looking at -- they list all of
20 the possible surgical procedures first for
21 male-to-female patients and then
22 female-to-male patients.  And so they divided
23 up into breast, genital and nongenital,
24 non-breast surgical interventions.  Those are
25 the three categories used in the standards of

23 (Pages 86 - 89)

1        J. Drescher, M.D.
2  care.
3        Q.   With respect to those in item 3?
4        A.   Yes.
5        Q.   Are those surgical procedures
6  related to secondary sex characteristics or
7  primary?
8        A.   Secondary sex characteristics.
9        Q.   I will come back to this topic in a
10 little bit.  Let's just move on to something
11 else.
12       In your report on page 9 where we
13 had discussion on there, you said gender
14 dysphoria is a unique psychiatric diagnosis.
15 Can you please list for me in the ways that
16 it is unique?
17       MR. GARCIA:  Object to form.
18       A.   I believe I answered that question.
19       Q.   If you could, give me a general --
20       A.   It's unique in that the treatment
21 of the subjective symptoms is not to change
22 the person's mind, but to change the person's
23 body.
24       Q.   And I believe that your testimony
25 was that except perhaps for bodily identity

1        J. Drescher, M.D.
2  integrity disorder, you are not aware of any
3  other psychiatric diagnosis where the
4  treatment regimen that's employed by the
5  medical community is to perform surgery or to
6  use hormones to change the body; is that
7  correct?
8        A.   That is my understanding.
9        Q.   On page 9 of your report you make
10 note that adults with gender dysphoria have
11 significant patterns of comorbidity,
12 including --
13       MR. GARCIA:  Can you point me to
14       where you are talking about?
15       MR. GASIOR:  In the fourth line
16       from the top.
17       A.   I see that.
18       MR. GASIOR:  Where it says,
19       "Studies have shown significant
20       comorbidity for adults with GD."
21       Q.   Do you see that?
22       A.   Yes.
23       Q.   What kind of comorbidities are we
24 talking about?
25       A.   Depression, depressive disorders,

1        J. Drescher, M.D.
2  or mood disorders, anxiety disorders,
3  substance abuse disorders.
4        Q.   Now, to your knowledge, those
5  comorbidities conditions, are those with
6  respect to gender dysphoria, are they
7  causative or are they co-relative?
8        A.   I don't think the answer to that
9  question is no.  I mean, there are people
10 that believe minority stress is the cause of
11 depressive anxiety and substance abuse
12 disorders, but the research there is sketchy
13 in the sense almost all studies have been
14 done with convenient samples in studies of
15 small number of patients.
16       Q.   How do persons with gender
17 dysphoria tend to fair with respect to their
18 comorbid conditions after they have gone
19 gender transition?
20       MR. GARCIA:  Object to form.
21       A.   Well, the data that does exist
22 suggests that transition which has been
23 common in a way, that's consistent with
24 standards of care tends to reduce
25 psychological and psychiatric symptoms and

1        J. Drescher, M.D.
2  leads to both increased patient satisfaction
3  and better psychological adjustment.
4        Q.   Are there any long-term studies
5  that demonstrate that?
6        A.   Well, the Dutch have published a
7  study last year in pediatrics in which they
8  have been following young people who were
9  prepubescent with their gender dysphoria into
10 their twenties.  So they have been following
11 the kids 15 or 20 years and their study shows
12 the kids are good outcome treatment.
13       Q.   How would you rate the quality of
14 those studies?
15       A.   I'm not sure what you mean by rate
16 the quality of the study.
17       Q.   Well, in terms of their
18 reliability, how would you rate them?
19       A.   Well, this is a small study.  I
20 think it was about 55 patients.  It's a
21 perspective study, which is a good study.  It
22 was a study that measured the kid's function
23 at various ages around puberty, a few years
24 later when they started hormone treatment,
25 and after surgery.  So I think it's a good

24 (Pages 90 - 93)

J. Drescher, M.D.

2 study.

3    Q.  You said it was a relatively small

4 study?

5    A.  55 patients.

6    Q.  Is that relatively small in your

7 estimation?

8    A.  For this patient, this is a rare

9 condition.  So for this patient population,

10 this is actually a large study.

11    Q.  On page 12 of your report at the

12 top paragraph there, you reference a 2001

13 study from Sweden --

14    A.  Yes.

15    Q.  -- concerning rates of regret

16 following gender transition which rates

17 applying for a reversal of legal gender

18 status following reassignment.  Do you see

19 that?

20    A.  Yes.

21    Q.  Now, was this study based on a

22 valuation of Swedish citizens, people in

23 Sweden?

24    A.  Yes.

25    Q.  Are you familiar with any studies

J. Drescher, M.D.

2 that define regret differently?

3    A.  No.

4    Q.  Is it your understanding this was a

5 study testing for regret rates?

6    A.  Yes.

7    Q.  And do you know of any studies on

8 this issue after 2001?

9    A.  This is -- this study is 2014.

10    Q.  Sorry.  How did I get 2001 out of

11 that.  Right.  Forget that question.

12    Are you aware of any other studies

13 that measure regret rates?

14    A.  None that immediately come to mind,

15 no.

16    Q.  Are you aware of any studies'

17 regret rates that were based on an evaluation

18 of persons in the United States as opposed to

19 Swedish people?

20    A.  Not that I'm aware of.

21    Q.  Are findings by a Swedish study of

22 Swedish people distinguishable from the

23 experience of persons with gender dysphoria

24 in the United States?

25    MR. GARCIA:  Object to form.

J. Drescher, M.D.

2    A.  Can you read the question back.

3    MR. GARCIA:  Same objection.

4    (Record read.)

5    A.  I think they could be seen as

6 helpful in understanding patients of the

7 United States.

8    Q.  What do you mean by "helpful"?

9    A.  I mean gender dysphoria, the

10 diagnostic that -- the Swedes question the

11 same diagnostic criteria used in the United

12 States for gender identity disorder.  I think

13 they are studying the same kind of patient

14 population, so I think it would be an

15 applicable piece of information.

16    Q.  Does gender dysphoria have social

17 context?

18    MR. GARCIA:  Object to form.  I

19 don't understand that question.

20    Q.  Can the experience of gender

21 dysphoria by a person be influenced by the

22 social context in which they live?

23    A.  Again, I'm not sure I understand

24 what you mean by the "social context."

25    Q.  Well, the culture in which a person

J. Drescher, M.D.

2 lives, can that be an influence on gender

3 dysphoria if a person does have gender

4 dysphoria?

5    A.  Can that be an influence you mean

6 by the distress or dysfunction of the person

7 for social context?

8    Q.  Okay, let's start with that.

9    A.  I don't know.

10    Q.  So can the social context or the

11 cultural context by which a person lives

12 influence the severity of gender dysphoria?

13    A.  I don't know the answer to that

14 question.  My response is more like, you

15 know, when we try and create a psychiatric

16 diagnosis, we try and talk about what goes on

17 within the person.  And while it's true that

18 it's possible that the people around that

19 person might have different responses to a

20 person, most of the symptoms for gender

21 dysphoria are based on the subjective

22 experience of the person whether they are

23 comfortable with their body.  So I'm not sure

24 what -- how the social context would make a

25 difference in that regard in terms of making

1      J. Drescher, M.D.
2 a diagnosis.
3      Q.   Are you familiar with the term
4 "minority stress"?
5      A.   Yes.
6      Q.   What does that mean?
7      A.   Minority stress, there's a
8 literature that talks about the kinds of
9 experiences that people were members of ethic
10 or sexual or racial minorities or religious
11 minorities experience day-to-day life.
12     Q.   Do people with gender dysphoria
13 experience minority stress?
14     A.   Some do, yes.
15     Q.   And in the context of gender
16 dysphoria, how does minorities distress, what
17 is the relationship between those two?
18     A.   Again, this is -- there are people
19 who suggest that minority stress is one of
20 the causes of increased depression and
21 anxiety and substance abuse in sexual and
22 gender minorities.  But, again, that
23 literature is not robust.
24     Q.   Do you know if there are any
25 differences in the incidence of minority

1      J. Drescher, M.D.
2 stress in persons with gender dysphoria in
3 the United States as opposed to people in
4 Sweden?
5      A.   I don't know that.
6      Q.   Dr. Drescher, would you agree or
7 disagree with the statement "All psychiatric
8 diagnoses occur within a cultural context"?
9      A.   Yes, I agree with that statement.
10     Q.   Why do you agree with that
11 statement?
12     A.   Well, a lot of my work has been not
13 so much in the gender diagnosis, but
14 homosexuality diagnosis area as resolved
15 around, you know, trying -- how we make the
16 psychiatric diagnosis we have are always
17 made -- always have some cultural aspect to
18 them because a psychiatrist is involved in
19 determining what constitute acceptable social
20 behavior versus unacceptable social behavior.
21         So the classic example of that
22 would be the diagnosis of Drapetomania,
23 D-R-A-P-E-T-O-M-A-N-I-A, which is a diagnosis
24 from the 19th Century given to slaves who had
25 a wanderlust and would repeatedly run away

1      J. Drescher, M.D.
2 from the plantation.  Some of the southern
3 doctors could give a diagnosis to slaves
4 trying to escape.  That's that example.
5         So the introduction of
6 homosexuality into the diagnostic manual was
7 always in a cultural context.  The
8 introduction of sexual diagnosis paraphilias
9 have a cultural context expressing the
10 societies' disapproval of certain sexual
11 practices.  So in many cases there is a
12 cultural context.
13         On the other hand, there are
14 diagnoses like schizophrenia whose prevalence
15 seems to cut across cultures.  The prevalence
16 of schizophrenia, that seems to be the same
17 no matter what culture you look for it.
18 Sometimes we think of schizophrenia as a
19 diagnosis, is more of a brain disease than
20 some of the other psychiatric diagnoses.
21     Q.   Does the diagnosis of gender
22 dysphoria occur in any general context?
23     A.   Like I said, every diagnosis occurs
24 with the context.  So, for example, the
25 inclusion in the DSM was because

1      J. Drescher, M.D.
2 psychiatrists were very interested and that's
3 how it found its way in the DSM-III in 1980.
4 And there's no reason to think that it's a
5 mental disorder any more than some other
6 disorder because we don't know what causes
7 it.  And so the World Health Organization is
8 planning to take it out of the mental
9 disorder section and forthcoming revision of
10 an international classification of diseases
11 or ICD-11, capital I-C-D.
12     Q.   Would there be any implications if
13 gender dysphoria was removed as a disorder?
14     A.   Yes.
15     Q.   What would that mean?
16     A.   Well, there were calls during the
17 DSM-V recision process to remove the gender
18 diagnosis from the DSM the way homosexuality
19 was taken out in 1973 and the working group
20 did consider that question.  It was the
21 consensus of the group and of the APA, the
22 removal of the diagnosis would deprive people
23 of a medical rationale for receiving
24 treatment.
25         In order to get any kind of medical

26 (Pages 98 - 101)

J. Drescher, M.D.

1
2 treatment, you need a code and the diagnosis
3 code to get the treatment.  The APA had a
4 binary choice in or out.  The ICD includes
5 all diagnoses, every diagnosis that your
6 doctors use when you go for a physical,
7 whatever, will include an ICD code.  And so
8 the ICD has the option of moving it around
9 within its manual so you can retain the
10 diagnosis.  So people can obtain access to
11 care, but it doesn't have to be a mental
12 disorder diagnosis.
13    Q.  So do I understand your testimony
14 to be that the diagnosis of gender dysphoria
15 was retained in the DSM-V in order to allow
16 persons with GD to access medical care?
17    A.  That was one of the rationales,
18 yes.
19    Q.  Were there other rationales?
20    A.  Well, there's an entity called
21 Gender Dysphoria that does exist, so it is a
22 condition.
23    Q.  Dr. Drescher, do I understand that
24 you are now serving on the World Health
25 Organization's working group on sexual

J. Drescher, M.D.

1
2 disorders and in sexual health?
3    A.  Yes.
4    Q.  What role are you playing?
5    A.  I'm a member of the group.
6    Q.  Are you engaged in any current
7 activities with respect to the World Health
8 Organization's work group?
9    A.  Presently I am working with two
10 other members of the group on submitting a
11 paper for publication related to the work of
12 the work group.
13    Q.  And the work with the work group is
14 what?
15    A.  The work group is charged with
16 assessing the diagnoses that were in the
17 ICD-10 to decide which ones should stay and
18 which ones should leave and which ones should
19 be modified in making recommendations to the
20 World Health Organization about what should
21 appear in the ICD-11.
22    Q.  When there is a new, you would call
23 it a version of the ICD set to be published?
24    A.  There's a beta version online.
25    Q.  Does the beta version online in any

J. Drescher, M.D.

1
2 way differ from the DSM-V in its diagnostic
3 approach to gender dysphoria?
4       MR. GARCIA:  Object to form.
5    A.  The recommendations which are on
6 the beta version is for diagnosis of gender
7 incongruence in childhood and gender
8 incongruence in adults similar to gender
9 dysphoria, but it would have a different
10 name.
11    Q.  Is the difference in name only?
12    A.  The ICD does not produce the same
13 kind of diagnostic criteria format that the
14 DSM uses, so it is a little bit different.
15 But essentially it would be parallel to the
16 DSM criteria, the DSM diagnosis.
17    Q.  Am I correct that the DSM-V does
18 not make any recommendations in terms of
19 treatment for the diagnosis of gender
20 dysphoria?
21    A.  That is correct.
22    Q.  Is that true also for the ICD-11 --
23    A.  ICD-11, I'm not sure.
24    Q.  Let me finish the question.
25       Is that true also for the ICD-11,

J. Drescher, M.D.

1
2 that it doesn't have any treatment
3 recommendations for gender dysphoria?
4    A.  I am not entirely sure what the
5 final format of ICD-11 would be.  I know that
6 we -- one of the inhouse documents that we
7 prepared in terms of laying out what we
8 thought the criteria were for the diagnosis
9 is that -- in children is that it's a
10 specialized form of treatment and should only
11 be done by people who have knowledge of how
12 to do the treatment.  Whether that will
13 actually appear in the ICD-11, I'm not sure.
14    Q.  Am I correct there is an ICD-10?
15    A.  Yes.
16    Q.  Has the ICD-10 had any
17 recommendations for the treatment of gender
18 dysphoria?
19    A.  No.
20    Q.  This will be repetitive, but in
21 preparing your report for this case the
22 document that's been marked as Drescher
23 Exhibit B, am I correct that you reviewed the
24 WPATH standards of care?
25    A.  I do.

27 (Pages 102 - 105)

1        J. Drescher, M.D.
2     Q.   You are familiar with the WPATH
3   standards of care?
4     A.   I am.
5     Q.   Are you familiar with any other
6   standards of care other than the WPATH
7   standards of care for the treatment of gender
8   dysphoria?
9     A.   I don't believe there are any other
10  standards of care.
11    Q.   Are you familiar with an
12  organization called Hayes, H-A-Y-E-S, Inc.?
13    A.   Only from having read the Hayes
14  report as part of my preparation for this
15  deposition.
16    Q.   Other than reviewing the Hayes
17  report as part of your preparation for this
18  deposition, as part of your preparation for
19  this deposition other than that have you any
20  experience at all with the Hayes reports?
21    A.   No.
22    Q.   Have you used the Hayes reports in
23  your professional practice at all?
24    A.   No.
25    Q.   If you turn to page 13 of your

1        J. Drescher, M.D.
2   report, on page 13 about the third line down
3   there is a sentence that begins "In some
4   ways."  Do you see that?
5     A.   Yes, in some ways.
6     Q.   I will read that, "In some ways
7   Section 505.2(l) appears consistent with the
8   treatment aims of the WPATH SOC."
9        Do you see that?
10    A.   Yes.
11    Q.   What did you mean by that?
12    A.   Well, Section 505.2(l) which I have
13  here in front of me.  So if you look,
14  original page 2 of Exhibit C, it allows for
15  hormone treatment, allows for surgical
16  treatment.  It asks in 3-I that the
17  individual has a persistent and
18  well-documented case of gender dysphoria, has
19  received hormone therapy appropriate to the
20  person's gender goals.  In the case of gender
21  therapy, unless if the individual is
22  otherwise unable to take hormones has lived
23  for 12 months in a gender role congruent with
24  the gender identity and received mental
25  health counseling deemed mentally necessary

1        J. Drescher, M.D.
2   during that time, has no other significant
3   medical or mental health conditions that
4   would be a contraindication to gender
5   reassignment surgery and so has the capacity
6   to make a full informed decision and consent
7   to treatment.
8        Those are all consistent with the
9   WPATH standards of care.  I don't think these
10  were manufactured out of thin air.  They seem
11  to become -- these seem to be conditions
12  within the WPATH standards of care for
13  surgical treatment.
14    Q.   Okay.  At the bottom of page 13 of
15  your report where we were just reading, you
16  state that -- it's the final paragraph, "The
17  current DOH Medicaid policy."
18        By that, are you referring to the
19  Regulation 505.2(l)?
20    A.   Yes.
21    Q.   I will continue, "The current DOH
22  Medicaid policy in its exclusion for
23  procedures deemed cosmetic appears to
24  connotate a transgender individual's medical
25  need for procedure to successfully complete a

1        J. Drescher, M.D.
2   gender transition with a non-transgender
3   individual's vanity-based non-medically
4   necessary desire to improve appearance.  In
5   so doing, Section 504.2(l) prohibits
6   medically necessary care."
7        Do you see that?
8     A.   Yes.
9     Q.   What do you mean when you use the
10  term "vanity-based non-medically necessary
11  desire to improve appearance"?
12    A.   Well, I think in reading the
13  regulation which calls these procedures
14  cosmetic which I put in quotation marks in my
15  statement, they are treating these activities
16  as simply a wish for persons not wishing to
17  improve their appearance for variety of
18  reasons such as 19-year-old SIS gender girl
19  who wants a nose job as opposed to procedures
20  which are part of reducing gender dysphoria
21  which is a medical condition requiring
22  medical treatment.  You know, I think my nose
23  is too big is not currently considered a
24  medical condition by most of the people.
25  Although, there's a medical treatment

28 (Pages 106 - 109)

J. Drescher, M.D.

1    rhinoplasty someone deemed cosmetic and not
2    paid for by insurance because it's not deemed
3    medically necessary, but for a person's
4    choice.
5        Q.   With respect to vanity-based
6    desires --
7        A.   That because there is a social
8    prejudice, again to the wish to have cosmetic
9    surgery because one wishes to improve one's
10   appearance presumably for purposes of looking
11   better, which is what I mean by vanity-based.
12       Q.   Is there a cultural component to a
13   vanity-based desire to improve one's
14   appearance?
15       A.   There could be, but there could be
16   a personal desire.  Some people seek out
17   cosmetic surgery beyond what they actually
18   need.
19       Q.   What do you mean seek beyond what
20   they need?
21       A.   Well, I guess although I never
22   personally examined him before he died,
23   Michael Jackson comes to mind.  He had small
24   cosmetic surgeries in the late '80s and '90s

J. Drescher, M.D.

1    to change his appearance and then he
2    continued to have plastic surgeries.  So to
3    outside observers it was -- looked like he
4    has relatively bizarre facial skin.
5        Q.   So do I understand your testimony
6    to say that with respect you use the example
7    of a SIS gender girl wanting a nose job,
8    would you consider that a vanity-based
9    desire?
10       A.   Often it may be.
11       Q.   Can that have a cultural component,
12   to want that type of vanity-based procedure?
13       A.   It could.
14           MR. GARCIA:  Object to form.
15       Q.   Is that true in the United States,
16   that people get vanity-based surgeries based
17   on cultural?
18       A.   I am not an expert on why people
19   get cosmetic surgeries.
20       Q.   You use the example of a SIS gender
21   girl who wanted a nose job.  Are transgender
22   individuals immune to vanity-based desires to
23   improve their appearance?
24       A.   No.

J. Drescher, M.D.

1        Q.   To the extent that a transgender
2    individual were to seek out a procedure that
3    was solely to improve their appearance, would
4    you consider such a procedure medically
5    necessary?
6            MR. GARCIA:  Object to form.
7        A.   I would say that that would be --
8    you would have to look at that on an
9    individual basis.  You know, it would -- I
10   have not personally had such a case, so I
11   don't know what I would do in such a
12   situation.  But I would imagine it would
13   require the individuals' input from the
14   treating physicians because they will have
15   opinions on that.
16       Q.   But if the conclusion was that the
17   transgender person was seeking a cosmetic
18   procedure simply because they wanted to
19   improve their appearance, would you consider
20   that treatment then to be medically
21   necessary?
22           MR. GARCIA:  Object to form.
23       A.   I'm not sure I understand the
24   question.

J. Drescher, M.D.

1        Q.   Let's assume that you have a
2    transgender person who has come in and after
3    an assessment by various treating
4    professionals, the determination was made
5    that the reason they wanted a rhinoplasty to
6    use your example of SIS gender girl who
7    wanted it for vanity-based reasons, if the
8    determination was made that the transgender
9    person wanted the rhinoplastic only to
10   improve their appearance, but not to treat
11   gender dysphoria per se.
12       A.   If a treatment -- if a treatment
13   would reduce gender dysphoria, then I would
14   consider it medically necessary.  If the
15   treatment seemed unrelated to gender
16   dysphoria, then probably wouldn't be by
17   insurance terms medically necessary.
18       Q.   So would a transgender person who
19   came in and had gender dysphoria but the
20   determination was made that the procedure
21   they were looking for, rhinoplasty or some of
22   the other procedures listed in the regulation
23   at 505.2(l), if they were purely to enhance
24   their appearance, to improve their

Page 114

1        J. Drescher, M.D.
2   appearance, would you consider that medically
3   necessary?
4        MR. GARCIA:  Object to form.
5        A.  Well, again, we are talking
6   hypotheticals and I think it's more
7   complicated than that.  I think you really
8   have to be able to, you know, sort out
9   whether or how much it related to gender
10  dysphoria or not.  And since I have never
11  seen such a case like that before, I'm
12  reluctant to say what I would do in that
13  situation.
14       Q.  Is it fair to say that it is
15  possible as with a SIS gender person, a
16  transgender person could be motivated to get
17  a quote/unquote cosmetic procedure for
18  vanity-based reasons?
19       A.  I would say it is possible, but I
20  think that is not a reason, significant
21  justification to have to have a blanket for
22  the procedures without input from treating
23  practitioners.
24       Q.  So your answer to my question is
25  yes?

Page 115

1        J. Drescher, M.D.
2        A.  It is theoretically possible.
3        Q.  For a transgender person to want a
4   quote/unquote cosmetic procedure?  And when I
5   am talking about cosmetic procedures, the
6   procedures listed in the regulation at
7   paragraph 4, Roman V, just using cosmetic
8   procedure as shorthand.
9        A.  We are talking about a rhinoplasty.
10  I don't think, for example, a male-to-female
11  transsexual person who wants electrolysis is
12  simply looking for a vanity-based procedure.
13       Q.  But is it beyond possibility that a
14  transgender person would seek that type of
15  procedure solely for a vanity-based reason?
16       A.  Anything is possible.
17       Q.  Is that possible?
18       A.  Anything is possible.
19       Q.  How does a medical practitioner who
20  is treating a person with gender dysphoria
21  differentiate between a patient's
22  vanity-based desire to improve their
23  appearance and a procedure that is medically
24  necessary to alleviate the suffering caused
25  by gender dysphoria?

Page 116

1        J. Drescher, M.D.
2        A.  I don't know that there's a
3   specific procedure for doing that.  I would
4   assume that if a person came up with such a
5   situation -- I have never come up against
6   such a situation -- it would be a question of
7   knowing the patient, you know, knowing
8   something about their gender dysphoria over
9   the course of treatment, having some grasp of
10  whether they are subjectively able to -- you
11  know, how they think about themselves as a
12  person, whether they like themself as a
13  person.  It's complicated.  I don't think
14  there's a particular one-answer-fits-all way
15  to do that.
16       Q.  So if I understand your testimony,
17  to be to make that determination as to
18  whether it's medically necessary or a
19  vanity-based desire on the part of the person
20  is a complicated issue?
21       A.  I would says it's a complicated
22  issue, yes.
23       Q.  It's not easily resolved?
24       A.  As I said, I have never come across
25  it so I've never had to sort that out.  What

Page 117

1        J. Drescher, M.D.
2   I'm referring to in my expert report is a
3   decision of people who are going to pay for
4   the services, trying to sort out what they
5   want to pay for and what they don't want to
6   pay for.  And sometimes the way these
7   decisions get made are not as black and white
8   as the regulation that says absolutely no.
9        Q.  If you look at Drescher Exhibit C
10  and we are looking at the Regulation 505.2(l)
11  and you were looking at paragraph 4, Roman V,
12  correct?
13       A.  Yes.
14       Q.  And paragraph 4-V, I will read it
15  without looking at Roman I-2, 3 and 4, okay,
16  because we are focusing on Roman V.  If I
17  read that and follow along with me at
18  paragraph 4, "Payment will not be made for
19  the following services and procedures:"
20       Jump to Roman V, "Cosmetic surgery
21  services and procedures including, but not
22  limited to" and then there's a list, correct,
23  of procedures?  So am I reading that
24  correctly?
25       A.  Yes.

30 (Pages 114 - 117)

Page 118

1          J. Drescher, M.D.
2      Q.   And then if you move down below
3   that there is a paragraph V, is there not?
4      A.   Yes.
5      Q.   Do you see that?
6      A.   Yes.
7      Q.   I'm going to read that.  Paragraph
8   V reads, "For purposes of this subdivision,
9   cosmetic surgery services and procedure
10  refers to anything at solely improving that
11  individual's appearance."
12         Do you see that?
13     A.   Yes.
14     Q.   In preparing your expert report,
15  did you review paragraph V that I just read?
16     A.   Yes.
17     Q.   And did you reach any conclusion
18  what that text means?
19     A.   Yes, that's the regulation.  I
20  think my last paragraph in my direct report
21  directly address this is interpretation of
22  the surgical procedures for transgender
23  patients as being cosmetic, meaning simply to
24  improve appearance unrelated to the issue how
25  these procedures actually are about reducing

Page 119

1          J. Drescher, M.D.
2   gender dysphoria.
3          In reality, improving appearance
4   and reducing gender dysphoria are often quite
5   linked to each other through these kind of
6   interventions.  This report tries to say this
7   is simply about improving the appearance
8   without a context of gender dysphoria.
9      Q.   Looking at paragraph V of the
10  regulation when it says that for purposes of
11  this subdivision, cosmetic surgery and
12  procedures refers to anything solely directed
13  as improving an individual's appearance --
14     A.   Right, this is an opinion of the
15  regulation.
16     Q.   Well, is it saying that if one of
17  those procedures that's listed there in Roman
18  V and it's A through M, if one of those
19  procedures is for something other than solely
20  directed as improving the person's appearance
21  that there might be coverage for those
22  procedures?
23         MR. GARCIA:  Object to form.  Calls
24    for a legal conclusion.
25         MR. GASIOR:  He referred to this in

Page 120

1          J. Drescher, M.D.
2   forming his opinion for this, for his
3   expert report.  He did make some
4   conclusions about paragraph 4-V and I
5   want to know what his opinion is with
6   respect to paragraph V.
7          MR. GARCIA:  Same objection.
8      Q.   Would you like the question read
9   back, Dr. Drescher?
10     A.   Yes.
11         (Record read.)
12     A.   So my reading of the regulation was
13  that the listing of the role of the
14  procedures in paragraph Roman numeral V was
15  that they were defining all of those
16  procedures as solely directed as improving
17  the individual's appearance, that that was
18  the definition.  First they called them
19  cosmetic.  They call them cosmetic and they
20  say we are not doing anything cosmetic.
21  That's how I read the regulation.
22     Q.   What does paragraph V mean when
23  those procedures are solely directed at
24  improving individual's appearance?
25         MR. GARCIA:  Object to form.

Page 121

1          J. Drescher, M.D.
2      A.   As I said, I read it that they are
3   referring to these procedures as cosmetic and
4   they are not going to provide for those
5   services.
6      Q.   We may come back to that.  Let me
7   mark it.
8          MR. GASIOR:  We will mark this
9   Drescher Exhibit E.
10         (Document entitled "Medicaid
11    Update" marked Drescher Exhibit E for
12    identification, as of this date.)
13     Q.   Dr. Drescher, the court reporter
14  has handed you what is marked Drescher
15  Exhibit E, the first page of which is
16  entitled "Medicaid Update."  It has the New
17  York State Department of Health I will call
18  it letterhead at the top of the page dated
19  March 2015.
20         Dr. Drescher, is this one of the
21  documents that you reviewed as part of your
22  preparation of your expert report, Drescher
23  Exhibit B?
24     A.   Yes.
25     Q.   Is there a particular part of the

31 (Pages 118 - 121)

J. Drescher, M.D.

1       J. Drescher, M.D.
2   document that you referred to in preparing
3   your report?
4       A.   Yes.  On page 15, "Medicaid Updates
5   Regulation."
6       Q.   So page --
7       A.   -- 15.
8       Q.   Am I correct that the portion you
9   are referring to on page 15 says "New York
10  State Medicaid Updates Regulations"?
11      A.   Yes.
12      Q.   And then the paragraph begins, "In
13  response to litigation filed in federal court
14  by several organizations, the Department of
15  Health revised its regulations to repeal the
16  existing prohibition on Medicaid coverage for
17  transition-related transgender-related care
18  and services."
19          Is that correct?
20      A.   Yes.
21      Q.   Was there some other particular
22  part of this update that you looked at?
23      A.   Yes.  Original page 16 of the
24  update says in the middle of the page that,
25  "Payment will not be made for the following

J. Drescher, M.D.

1       J. Drescher, M.D.
2   services."  And then under that paragraph it
3   lists what it calls cosmetic surgery in the
4   same procedures that are listed in the
5   regulation.
6           MR. GARCIA:  I would like to remind
7   Dr. Drescher to allow Mr. Gasior to
8   finish his questions.
9           MR. GASIOR:  Can we mark this
10  as --
11          THE WITNESS:  After this we need to
12  break.
13          MR. GARCIA:  This would be a good
14  time to take a break so we can make
15  copies.
16      (Recess taken.)
17          MR. LANDSMAN:  Let's take lunch.
18      (Luncheon recess:  12:52 p.m.)
19
20
21
22
23
24
25

J. Drescher, M.D.

1       J. Drescher, M.D.
2       A F T E R N O O N   S E S S I O N
3           August 11, 2015
4           1:44 p.m.
5       (Document entitled "Medicaid
6   Update" dated June, 2015 marked Drescher
7   Exhibit F for identification, as of this
8   date.)
9       Q.   Dr. Drescher, back on the record.
10  The court reporter has handed you what has
11  been marked as Drescher Exhibit F.  It is a
12  New York State Department of Health document
13  titled on the first page "Medicaid Update,"
14  the date June, 2015.
15          Do you see that document?
16      A.   Yes.
17      Q.   Have you seen this document before,
18  to your recollection?
19      A.   Yes.
20      Q.   When was the first time you saw
21  this?
22      A.   I saw this on Friday.
23      Q.   Turn with me to page 7 of Drescher
24  Exhibit F.  And I don't know if you still
25  have Drescher Exhibit E with you.

J. Drescher, M.D.

1       J. Drescher, M.D.
2       A.   Yes.
3       Q.   If you could, pull page 7 of
4   Drescher Exhibit F next to page 16 of
5   Drescher Exhibit E.  That might help with the
6   questions I'm about to ask.
7           Looking at Drescher Exhibit F on
8   page 7 do you see, "Payment will not be made
9   for the following services"?
10      A.   Um-hum.  Yes.
11      Q.   And would you agree with me that
12  there is a difference between the text that
13  is in Drescher Exhibit F and Drescher
14  Exhibit E?
15      A.   Yes, there is a difference.
16      Q.   In Drescher Exhibit F there is a
17  sentence that begins, "Payment will not be
18  made for."  Do you see that?
19      A.   Yes.
20      Q.   I will read from that, "Payment
21  will not be made for any procedures that are
22  performed solely for the purpose of improving
23  individual's appearance.  The following
24  procedures will also be presumed to be
25  performed solely for the purposes of

Page 126

1       J. Drescher, M.D.
2  improving appearance and not be covered
3  unless justification of medical necessity is
4  provided and prior consent is obtained."
5       What do you understand Defendants'
6  Exhibit F June, 2015 to be?
7       MR. GARCIA: Objection.
8       A.  It appears as if they have the June
9  guidance which made -- which said they would
10 not pay for services, said there might be an
11 exception for payment.
12      MR. GASIOR: Can you read the
13      answer back.
14      (Record read.)
15      Q.  What did you mean "there might be
16 an exception"?
17      A.  It reads that -- it says, "The
18 following procedures will be presumed to be
19 performed solely for the purpose of improving
20 appearance and will not be covered unless
21 justification of medical necessity is
22 provided and prior authorization is
23 received."
24      Q.  Having now seen the June Medicaid
25 guidance, do you still conclude as you do at

Page 127

1       J. Drescher, M.D.
2  the bottom of your report on page 13 that the
3  new regulation excludes cosmetic procedures?
4       MR. GARCIA: Objection.
5       A.  Well, this is not a change in the
6  regulation.  This is just a change in the
7  guidance regulation.  Still say they will not
8  pay for it.
9       Q.  Would the June guidance suggest to
10 you that they will provide coverage for these
11 procedures?
12      MR. GARCIA: Objection.
13      A.  It's suggestive of the possibility.
14 But since it says -- it's almost like you are
15 saying you are guilty until proven otherwise,
16 because it will not be paid for unless you
17 jump through a few hoops to do that.
18      Q.  Is it necessary in some
19 circumstances for individuals who are
20 receiving Medicaid to jump through some
21 hoops, to use your terminology?
22      MR. GARCIA: Objection.
23      A.  I don't know that much about the
24 Medicaid system.
25      Q.  Do any of your patients receive

Page 128

1       J. Drescher, M.D.
2  coverage through Medicaid?
3       A.  No.
4       Q.  So let me explore that then.  What
5  familiarity do you have with the Medicaid
6  program as it's administered in New York
7  State?
8       A.  I work in SUNY Downstate, there as
9  a resident for three years and as an
10 attending psychiatrist for nine years.  And
11 many of the patients were Medicaid patients,
12 but I -- but the clinical faculty is
13 completely detached from the Medicaid billing
14 and activities of that sort.
15      Q.  So do you have any familiarity with
16 whether procedures performed on behalf of
17 persons who are receiving Medicaid in
18 New York State must be approved for medical
19 necessity?
20      MR. GARCIA: Object to form.
21      A.  My practice in that area was just
22 before managed care of medical practice began
23 in the '90s.  I left the hospital system in
24 '93, so there was not a lot of that.  But I
25 recall, for example, I used to perform

Page 129

1       J. Drescher, M.D.
2  electroconvulsive therapy on hospitalized
3  patients who had Medicaid and we did not
4  require prior approval to get that treatment.
5  Which is very expensive, by the way.
6       Q.  Are you familiar with any
7  procedures that are afforded by Medicaid in
8  New York State which require prior approval,
9  prior authorization?
10      A.  I think I know that some
11 medications can now be prescribed without
12 prior authorization.  That's about all I
13 know.
14      Q.  Are you familiar with any
15 procedures or services whereas a precondition
16 to receiving treatment under Medicaid in
17 New York State, that the person seeking the
18 treatment or their provider must show there
19 is a medical necessity for that treatment?
20      A.  No.
21      Q.  If you will please turn to page 11
22 of your report, Dr. Drescher, Exhibit B.  And
23 in the first full paragraph, the one starting
24 "The diagnosis of GD," do you see that?
25      A.  Yes.

33 (Pages 126 - 129)

Page 130

1          J. Drescher, M.D.
2      Q.  Let me read that, "The diagnosis of
3  GD involves how an individual feeling about
4  her own gender and how others perceive her
5  gender."
6          Do you see that?
7      A.  Yes.
8      Q.  What do you mean by that statement?
9      A.  Well, the symptom, the criterion A
10 if you look at on page 9, I think we have the
11 DSM criteria.
12         MR. GARCIA:  May I direct him.
13     Page 6.
14     A.  Page 6 of Drescher Exhibit B, my
15 report.
16     Q.  Got it.
17         So if you look on page 6, criterion
18 A, there are six DSM criteria.  And if you
19 look at criteria 1, 2, 3, 4 and 6, five of
20 the six criteria all are about the patient's
21 subjective experience of their gender in
22 various relationship to their body.
23     A.  Criteria 5 is a little bit
24 different because it's about the person's
25 relationship to others and it's a strong

Page 131

1          J. Drescher, M.D.
2  desire to be treated as the other gender.
3  And that particular symptom, for example, is
4  highly dependent on appearance for the most
5  part.
6          So the individual's ability -- as I
7  said, how others perceive her gender, you
8  know, can she go into the appropriate
9  restroom, gender restroom without any
10 incident or any kind of problem having to do
11 with appearance.  Because that can be a
12 problem for many transgender people whether
13 they are using public restrooms, whether
14 somebody will object.  People often object if
15 you are walking in the restroom in the
16 airport.  People might say you are going into
17 the wrong room or if you are in the room
18 people might say something more strongly.
19 That's what I mean.
20     Q.  In that sentence, do you mean that
21 the diagnosis of gender dysphoria depends in
22 part how other individuals perceive the
23 patient or does it depend how the patient
24 feels about how other persons perceive them?
25         MR. GARCIA:  Object.  May I have

Page 132

1          J. Drescher, M.D.
2  that read back.
3          MR. GASIOR:  Let me break it up
4      into two parts.  That might make it a
5      less opaque.
6      Q.  By that statement that we just read
7  on page 11, do you mean that the diagnosis of
8  gender dysphoria in part depends on how other
9  individuals perceive the person with gender
10 dysphoria?
11     A.  Yes, how other people perceive the
12 individual has a strong impact if the person
13 have symptom number 5.
14     Q.  Does it also involve or is it the
15 same thing -- maybe I'm inflating the two,
16 but does that diagnosis also depend how a
17 patient feels about how other people perceive
18 them?
19     A.  It's very complicated.  I'm not
20 sure you can tease it out so easily.  To be
21 treated as the other gender is an interactive
22 process with others.  And there are many
23 subtleties to the process how one is treated
24 as a gender person.
25         You walk -- you know, you walk into

Page 133

1          J. Drescher, M.D.
2  a department store to buy some clothing, you
3  know, and, you know, you see a clerk and you
4  say I want -- I'm looking to buy some shoes.
5  That clerk will automatically direct you to
6  the men's department without thinking about
7  it.  But if you were more gender ambiguous,
8  that person might not know what department to
9  direct you to because there's women's
10 department and men's department.
11         These kind of subtle activities go
12 on all the time and this is the kind of
13 subtly that people with gender dysphoria
14 people trying to pass to the other gender are
15 always aware of, you know.  It's complicated
16 because if you are SIS gender, you don't
17 think about these things at all because you
18 take your gender performance for granted,
19 which these patients do not.
20     Q.  Is there any other psychiatric
21 diagnosis where the diagnosis depends how
22 people perceive that person?
23         MR. GARCIA:  Objection.
24     A.  Well, there are some diagnoses in
25 which, for example, the diagnosis of

34 (Pages 130 - 133)

1      J. Drescher, M.D.
2  attention deficit hyperactivity in children
3  is based on information provided by the
4  teachers in the child's school.
5      Q.  Maybe I didn't ask the question
6  right.  I'm not talking so much about
7  information that's conveyed to help assessing
8  whether the diagnosis has been made.
9          As I understood your answer, with
10  respect to gender identity involves how
11  others perceive their gender.  So that's part
12  of the diagnosis of gender dysphoria, how
13  other people are perceiving that.
14          Is there another diagnosis that
15  also has that component of those diagnoses
16  being based on how that person is perceived
17  by other people?
18      A.  I do believe the criteria for the
19  children's dysphoria are, in fact, based upon
20  adult perceptions of the child which go into
21  the school reports of difficulty the child
22  doesn't report.  I'm having trouble
23  concentrating, the teacher reports the child
24  can't keep still and do their homework.  And
25  that is treated as a diagnostic criteria.

1      J. Drescher, M.D.
2      Q.  Is that part of the diagnosis based
3  on the child knowing that they are being
4  evaluated?
5      A.  I don't understand the question.
6      Q.  It seems to me like in your last
7  answer you said that part of the diagnosis
8  for one of those childhood diagnoses, you
9  were saying it's based on the teacher making
10  a report --
11      A.  Clinician.
12      Q.  -- to the clinician saying, this is
13  what I'm observing?
14      A.  The clinician will have access to
15  some information that comes from a teacher,
16  which would fit -- which would meet the
17  diagnostic criteria of can't keep still in
18  school or doesn't pay attention in school or
19  behavioral problems in school.
20      Q.  As I understood your testimony
21  about gender dysphoria, part of the dysphoria
22  is caused by the person's perception how they
23  are being viewed by other people; is that
24  correct?
25      A.  Yes.

1      J. Drescher, M.D.
2      Q.  So my question then is:  Are there
3  other diagnoses where the diagnosis is based
4  on that person's perception of how they are
5  being viewed by other people?
6      A.  Not exactly in the same way, no.
7      Q.  In some other?
8      A.  The closest I can come to where
9  another person's perception is part of making
10  the diagnosis is the example I gave you.
11  This is a very unique diagnosis, gender
12  dysphoria.
13      Q.  If I refer to and if I speak about
14  a gender-confirming procedure part of the
15  therapeutic program, what does that mean to
16  you?
17      A.  Gender conforming is a term that
18  comes out of the trans-community itself.  The
19  notion of transgenderism as written about by
20  SIS gender people who are mostly the people
21  who began early writing and research on
22  treating transgender people is that the
23  normal state of affairs is that one's body
24  and one's gender should align automatically.
25  And if they didn't, what you were doing was

1      J. Drescher, M.D.
2  changing sexes for example.
3          So then reassignment surgery used
4  to be called sex reassignment surgery.  The
5  sex you were born into was referred to as the
6  biological sex, meaning it was thought to be
7  the natural sex.  With a growing transgender
8  community for whom their final gender after
9  transition feels to them as the correct
10  gender, gender reassignment surgery is
11  sometimes called gender confirmation surgery
12  for example.  At the end, they are who they
13  actually feel themselves to be.  So that kind
14  of language is all about from a transgender
15  subjectivity a normalization of their
16  experience.  At the end it was not that I was
17  ever a boy and now I'm a girl or man and I'm
18  a woman.  What they are saying, I have always
19  been a woman and now I have confirmation
20  thanks to treatment of who I really am.
21      Q.  So then to use that term
22  "gender-confirming procedure" in your
23  opinion, is the necessity of a
24  gender-confirming procedure whether the
25  person objectively is able to pass or whether

35 (Pages 134 - 137)

1       J. Drescher, M.D.
2  they subjectively believe they are able to
3  pass as the desired gender?
4       MR. GARCIA:  Object to form.
5    A.  I didn't fully understand.
6    Q.  That's a rough one, I know.  I have
7  been working on it a while.
8    A.  Welcome to my world.
9    Q.  Let me see if I can take a stab at
10  that again.  In talking about the necessity
11  of a gender-confirming procedure, is the
12  necessity for that -- strike that.  I will
13  start again.
14       Maybe the better way to put this:
15  Should the goal of a gender-conforming
16  procedure be to allow the person to
17  objectively pass as the desired gender or is
18  it whether the person should subjectively
19  believe they are passing?
20    A.  The answer to that is that
21  the -- whatever the procedure is, ideally it
22  should reduce the person's gender dysphoria.
23  Since it's possible for some of that to be
24  subjective and some of that to be objective,
25  again, it would have to be individualized for

1       J. Drescher, M.D.
2  the patient.
3    Q.  How does one assess the objective
4  success of a gender-confirming procedure from
5  an individual?
6    A.  That's a very difficult question to
7  answer.  I'm not sure I know the answer
8  objectively.
9    Q.  Is it part of what a clinician does
10  who is treating gender dysphoric people to
11  try and assess whether the person is passing
12  objectively?
13    A.  In general when you are treating a
14  patient who has gender dysphoria and they are
15  undergoing procedures or undergoing
16  procedures to affirm the gender they feel
17  themselves to be, you can see whether -- what
18  usually happens is that their levels of
19  distress of anxiety, of depression and their
20  level will diminish and their levels of
21  function may normalize or improve.  Those are
22  some of the objective criteria you might use,
23  because basically one is always assessing in
24  some clinical way, you know, the mood of the
25  patient and as well as the function of the

1       J. Drescher, M.D.
2  patient.
3    Q.  In considering the types of
4  procedures that are listed in the regulation
5  at Paragraph 4-V, I hesitate to use cosmetic
6  procedure, in considering those procedures --
7    A.  They are non-approved procedures.
8    Q.  No, let's call them potentially
9  approved.
10       If a person is a person who is
11  transgender receiving some of these
12  procedures, is there a point at which the
13  procedures might become more about
14  idealization of the body rather than insuring
15  that that person has been able to no longer
16  have a dysphoria with respect to their body?
17       MR. GARCIA:  Objection.
18    A.  Hypothetically anything is
19  possible.  I have never seen such a patient,
20  but hypothetically anything is possible.
21    Q.  How many patients you treated have
22  received some of the procedures listed in the
23  Regulation 4-V?
24    A.  That's a good question.  Maybe
25  about 40 to 50 percent, but I would add that

1       J. Drescher, M.D.
2  my practice skews toward a number of patients
3  who do not seek medical transition.
4    Q.  What do you mean "medical
5  transition"?
6    A.  Meaning they are people that have
7  not sought hormones or any kind of medical
8  treatment for their gender dysphoria.
9    Q.  So when they are seeing you, what
10  type of treatment are they seeking?
11    A.  Just psychological treatments.
12    Q.  So run that percentage past me
13  again.  What percentage of the people you are
14  seeing don't seek either a surgical --
15    A.  50 to 60 percent.
16    Q.  Let me finish the question so we
17  can get it down.
18       What percentage of the people you
19  see do not seek either a surgical or
20  drug-related therapy?
21    A.  50 to 60 percent.
22    Q.  Do you know whether the percentages
23  that you are seeing are reflective of other
24  practitioners treating people with gender
25  dysphoria?

36 (Pages 138 - 141)

1      J. Drescher, M.D.
2      MR. GARCIA:  Objection.
3      A.  I don't know.
4      Q.  Do you know of any studies or
5  literature that addressed that issue?
6      A.  No.
7      Q.  If you look at your report,
8  Drescher Exhibit B, on page 11 at the bottom
9  of the page there is a large block
10  quote -- am I correct that is a quote from
11  the WPATH?  Bottom of the page, your report
12  at page 11 the last full paragraph it says,
13  "In light of such clinical situations, the
14  WPATH SOC devotes a section of the question
15  of what constitutes 'reconstructive versus
16  aesthetic surgery' and reads as follows:"
17      Do you see that?
18      A.  Yes.
19      Q.  If you look at the quote that
20  follows, am I correct this is a quote from
21  the standard of care?
22      A.  Yes.
23      Q.  The second full paragraph there it
24  says, "Unfortunately, in the field of plastic
25  and reconstructive surgery (both in general

1      J. Drescher, M.D.
2  and specifically for gender-related
3  surgeries) there is no clear distinction
4  between what is clearly reconstructive and
5  purely cosmetic.  Most plastic surgery
6  procedures actually are a mixture of both
7  reconstructive and cosmetic components."
8      Do you agree with that statement?
9      A.  I am not sure.  I included the
10  quote from WPATH because I think it makes a
11  case for the muddiness of terms when it comes
12  to what is cosmetic versus reconstructive.
13  I'm not sure that I -- most surgeries are
14  cosmetic.  Certainly there is a muddiness
15  that has to be teased out on a one-by-one
16  basis.
17      Q.  The WPATH uses the term
18  "reconstructive" and a contrast with what is
19  purely cosmetic.  Do you see that --
20      A.  Yes.
21      Q.  -- in that quote I just read?
22      A.  Um-hum.
23      Q.  When the standards of care uses
24  that term "reconstructive," what is your
25  understanding of that term in the context of

1      J. Drescher, M.D.
2  treatment of gender dysphoria?
3      A.  I'm not sure they are talking about
4  gender dysphoria in terms of reconstruction.
5  They are talking about things like surgery
6  for mastectomies where they reconstruct the
7  breasts after double mastectomy or perhaps
8  the kind of surgery, plastic surgery done for
9  people who are burn victims who have to have
10  a lot of plastic surgery after they are
11  medically stable after they have been burned,
12  but they continue to have
13  plastic/reconstructive treatments to try and
14  recreate something similar to what they used
15  to look like before their burns.  I think
16  that's how they mean reconstructive here.
17      Q.  Does that term "reconstructive"
18  have application to the procedures performed
19  for transgender people as part of the care?
20      A.  I think from a transgender
21  perspective, yes, just in the sense we talk
22  about the term "gender confirmation surgery"
23  for the transgender.  The end gender is the
24  reconstruction of who they really are.
25      Q.  The quote I read from the standard

1      J. Drescher, M.D.
2  of care used the term "plastic surgery."
3  Would you apply that term "plastic surgery"
4  to those procedures listed in the regulation
5  under paragraph 4, Roman V?
6      A.  Well, some of the procedures listed
7  in 4, Roman numeral V are plastic surgery
8  procedures.  Prior drugs for hair growth is
9  not a plastic surgery procedure.  Voice
10  therapy is not a plastic surgery procedure.
11      Q.  Some of them listed in 4, Roman V,
12  5 plastic --
13      A.  Yes.
14      Q.  Let me jump down to the next
15  paragraph in the quote from the standards of
16  care, the one that begins "While most
17  professionals."  Do you see that?
18      A.  Yes.
19      Q.  Third paragraph of the quote from
20  the standards of care --
21      A.  Yes.
22      Q.  -- let me read that.  "While most
23  professionals agree that genital surgery and
24  mastectomy cannot be considered purely
25  cosmetic, opinions diverge as to what degree

37 (Pages 142 - 145)

1       J. Drescher, M.D.
2  other surgical procedures (breast
3  augmentation, facial feminization surgery)
4  can be considered purely reconstructive."
5       Do you see that?
6   A.  Yes.
7   Q.  Do you agree with that statement?
8   A.  I don't know the answer.  I don't
9  know whether opinions diverge or not.  That
10 might mean opinions diverge in WPATH, but I
11 don't know what it means.
12  Q.  Do you understand that section that
13 I just read to be referring to the procedures
14 referred to there as being performed in
15 conjunction with treatment of gender
16 dysphoria?
17  A.  I didn't understand the question.
18  Q.  Is what they are talking about
19 there when they are saying --
20  A.  "There" being where?
21  Q.  The sentence I just read, that what
22 they are talking about there is, that these
23 surgical procedures are being considered in
24 the context of gender dysphoria?
25      MR. GARCIA:  Objection.

1       J. Drescher, M.D.
2       MR. GASIOR:  Let's scrap it.
3   Q.  In that sentence that I just read
4  is that discussion of whether opinions
5  diverge as to what degree surgical procedures
6  like breast augmentation or facial
7  feminization can be considered purely
8  reconstructive.
9       Do you understand that sentence to
10 be talking about gender treatment for
11 treatment for gender dysphoria?
12  A.  Yes, I believe the sentence is
13 addressing treatment for gender dysphoria.
14  Q.  Do you have any understanding then
15 with respect to that divergence of opinion as
16 to this trying to determine to what degree
17 are we talking about reconstructive as
18 opposed to a cosmetic procedure?
19      MR. GARCIA:  Objection.
20  A.  See, I don't know whose opinions
21 they are talking about.  I don't know if they
22 are talking about opinions within WPATH or
23 opinions of clinicians, you know, the surgery
24 or third-party payors.  So it's not clear I
25 think for me.  You know, my purposes

1       J. Drescher, M.D.
2  including this piece is to just lay out some
3  of the complexity that's involved in trying
4  to make a determination, that it's not always
5  a black and white issue.
6   Q.  When you are talking about it's not
7  a black or white issue, is that as to whether
8  we are talking to treatment for gender
9  dysphoria as cosmetic or it might be
10 considered as reconstructive?
11  A.  That's what I'm talking about.
12  Q.  When we are talking about a
13 procedure that's performed to treat gender
14 dysphoria, that's in the context of one of
15 the plastic procedures that we saw in
16 Roman -- in paragraph 4, Roman V of the
17 regulation.
18      If, for example, we are talking
19 about an -- I'm looking at 4 Roman D-V,
20 cheek, chin, nose or peck, do you see that?
21  A.  Yes.
22  Q.  With respect to that procedure, in
23 the context of someone who does not have
24 gender dysphoria would you agree that that
25 procedure could be done for cosmetic purposes

1       J. Drescher, M.D.
2  to enhance their appearance; is that correct?
3       MR. GARCIA:  Object to form.
4   A.  Well, they could be done simply for
5  cosmetic purposes, but they are also being
6  done for a person who had some type of trauma
7  and had a body part damaged that would
8  require reconstruction.
9   Q.  In that context where somebody had
10 a trauma and one of those procedures for
11 Roman V-D, is it fair to characterize that as
12 reconstruction, reconstructive surgery?
13  A.  Yes.
14  Q.  If we were to take that and put
15 that into the context of somebody that has
16 gender dysphoria and we do the same
17 procedure, is that surgery reconstructive or
18 is it constructive?
19  A.  From the perspective of the
20 transgender patient, it's reconstructive.
21  Q.  Why is that?
22  A.  Because they believe they have the
23 wrong body and that by reconstructing the
24 body they were supposed to have, they can
25 live the gender they feel themselves to be.

38 (Pages 146 - 149)

Page 150

J. Drescher, M.D.

1  Q.  But isn't it true that their body
2  was never at a place that had the -- what is
3  the result of a final procedure there, that's
4  a new thing that's been created as opposed to
5  recreated?
6     MR. GARCIA:  Objection.
7     A.  From the perspective of the
8  transgender patient from the perspective of
9  the external world, there's something wrong
10 with the mind of the person who doesn't
11 accept the body into which they're born.
12       From the perspective of the
13 transgender patient, there's something wrong
14 with the body they were born with.  And so to
15 fix the body they were born with requires
16 confirmation or reconstruction from that
17 perspective.  And so the question -- the
18 answer to that question depending whether you
19 are looking from a SIS gender perspective or
20 from the transgender perspective.
21    Q.  Wouldn't that also be true in terms
22 of whether you consider it constructive or
23 reconstructive, that in the mind of the
24 person who is receiving the treatment who has

Page 151

J. Drescher, M.D.

1  gender dysphoria it is reconstructive as you
2  described, but to the outside observer on
3  their objective basis they look at that as a
4  constructive procedure?
5     A.  Because you are calling the outside
6  observer the objective when there are two
7  subjectivities, SIS subjectivity and
8  transgender subjectivity.  And I'm pretty
9  sure these regulations were written by SIS
10 gender people.
11    Q.  Is a person's physiology something
12 that can be objectively assessed?
13    A.  What do you mean "physiology"?
14    Q.  Their physical being.
15    A.  You can exam a body, yes.
16    Q.  Can that be objectively assessed?
17    A.  I don't know what you mean by
18 "objectively assessed."  You can measure a
19 person's blood pressure, you can measure what
20 substances are in the blood, you can check
21 their eyes.  You can do those things, yes.
22    Q.  Just to go back to something we
23 were talking about earlier, is there a
24 distinction between the distress associated

Page 152

J. Drescher, M.D.

1  with gender incongruence and stress
2  associated with minority stress?
3     A.  I don't know the answer to that
4  question.
5     Q.  In terms of a person seeking
6  treatment for gender dysphoria, is the
7  patient's ability to consent relevant to the
8  treatment of gender dysphoria?
9     A.  Yes, patients have to be competent
10 to consent to treatment.
11    Q.  Do you know whether in your
12 experience, your clinical experience, whether
13 persons with gender dysphoria ever seek out
14 care beyond what they need as a medical
15 matter?
16    A.  Not that I know of.
17    Q.  Let me follow up with another
18 question.  Why do patients have to be able to
19 consent to their treatment?
20    A.  I'm not sure I understand why do
21 patients have to be able to consent?  Medical
22 ethics, the law requires a person be able to
23 consent.
24    Q.  One of the things you said was

Page 153

J. Drescher, M.D.

1  ethics.  What do you mean by that?
2     A.  Medical ethics require that we are
3  in collaborative relationships with our
4  patient and that we are required to educate
5  them about the treatments that we are going
6  to provide them with.  And so part of the
7  process of doing that is providing what we
8  call informed consent.
9        If I am going to put you on a
10 medication for your depression, for example,
11 I have to tell you about how the medication
12 might help, but I also have to tell you what
13 side effects the medication might have.  And
14 once you understand the implications of
15 either accepting the treatment or declining
16 the treatment, then you have the process of
17 informed consent.
18    Q.  Let me ask you just a couple of
19 questions here.
20       Are there some persons with gender
21 dysphoria for whom no amount of surgical
22 procedures will relieve their dysphoria?
23    MR. GARCIA:  Objection.
24    A.  I don't know the answer to that

39 (Pages 150 - 153)

Page 154

```
1        J. Drescher, M.D.
2  question.  I have not met such a person.
3      Q.  Are you aware of any clinicians or
4  mental health caregivers who treat children
5  with gender dysphoria who hold the opinion
6  that the WPATH standards of care should be
7  disregarded?
8      A.  I think there's an organization
9  called National Association for Research and
10 Therapy of Homosexuality that say you can
11 treat homosexuality and change it to
12 heterosexuality.  I don't believe that the
13 people in that organization believe in the
14 WPATH standards of care.
15     Q.  Are you aware of any other
16 clinicians who are treating children with
17 gender dysphoria who believe that the
18 standards of care should be disregarded if in
19 their opinion another course of treatment
20 should be followed?
21     A.  Not that I know of.
22     Q.  Are you aware of any clinicians or
23 healthcare giver whose treats children with
24 gender dysphoria who believe the standards of
25 care are not adequate to treat gender
```

Page 155

```
1        J. Drescher, M.D.
2  dysphoria in children?
3      A.  Not that I know of.
4      MR. GASIOR:  Can we mark this as
5  the next exhibit.
6      (New York Times article entitled
7  "The New York Times Sunday review
8  letter's Sunday Dialogue:  Our notions
9  of Gender" dated June 29, 2013 marked
10 Drescher Exhibit G for identification,
11 as of this date.)
12     Q.  Dr. Drescher, the court reporter
13 handed you Drescher Exhibit G.  It is
14 eight-page document by my count which at the
15 top says "The New York Times Sunday review
16 letter's Sunday Dialogue:  Our notions of
17 Gender" dated June 29, 2013.
18     Do you see that document?
19     A.  Yes.
20     Q.  On the first page wrapping over to
21 the second page, do you recognize what is
22 written there?
23     A.  Yes, I wrote it.
24     Q.  Okay.  So you are the author of
25 this?
```

Page 156

```
1        J. Drescher, M.D.
2      A.  Yes, I am.
3      Q.  At the bottom of the first page it
4  states, "Some clinicians encourage early
5  social transition without surgery or
6  medication.  This approach implicitly assumes
7  a trans-adult outcome or a benign transition
8  back to the original gender.  But little
9  research has been done on outcomes."
10     Do you see that?
11     A.  Yes.
12     Q.  What do you mean about the
13 approach, and I take it that means without
14 surgery or medication?  The approach, what do
15 you mean the approach implicitly assumes a
16 trans-gender adult outcome?
17     MR. GARCIA:  Objection.
18     A.  I mean that the clinicians who do
19 early social transition assume that a
20 transgender child will become a transgender
21 adult.
22     Q.  In your opinion, is that assumption
23 misplaced?
24     A.  In my opinion, nobody knows how to
25 tell the difference between a child who will
```

Page 157

```
1        J. Drescher, M.D.
2  desist and the child who will persist on an
3  individual basis.
4      Q.  So do you have any opinion then
5  about whether clinicians who encourage early
6  social transition are making -- are correctly
7  treating children with gender dysphoria?
8      A.  I have written in scholarly
9  literature concerns about how people are not
10 necessarily considering all of the
11 implications of the early social transition,
12 yes.
13     Q.  And what are your concerns there?
14     A.  Well, I think that transition in
15 one direction is a very complicated process,
16 usually requiring a lot of mental health and
17 psychosocial systems.  So it's also possible
18 that the -- you know, for -- if for example a
19 social transition child has desistance of
20 their gender dysphoria and they have to
21 transition back, they will be equally complex
22 in terms of the psychosocial supports that
23 would be needed to transition the child back
24 to the original gender.  So that's -- which
25 the people who do this don't really in my
```

40 (Pages 154 - 157)

1      J. Drescher, M.D.
2 opinion talk enough about or pay that much
3 attention to, the consequences of that
4 possibility.
5      Q.   And when you say "these people,"
6 are you referring to clinicians who are
7 actually treating gender dysphoric children?
8      A.   Yes.
9           MR. GARCIA:   Objection to form.
10     Q.   And at the end of that quote I just
11 read you say, "But little research has been
12 done on these outcomes."  What do you mean
13 "little research has been done"?
14     A.   That the people who do early social
15 transition have not done research on
16 long-term outcomes.
17     Q.   And in terms of whether children
18 are receiving adequate care, is that
19 important to know, that answer?
20          MR. GARCIA:   Objection.
21     A.   Yes.
22     Q.   And why is that?
23     A.   Well, it would be helpful in terms
24 of helping families make the right decision
25 for their child to have as much information

1      J. Drescher, M.D.
2 as they need in order to provide adequate
3 informed consent with treatment.  You might
4 go ahead with a treatment even though you
5 don't have all of the answers, but not having
6 all the answers is part of providing informed
7 consent.
8      Q.   Okay.  If you flip over to Drescher
9 Exhibit G to the eighth page, at the top of
10 the page it says "The writer responds" and
11 your name is down at the bottom.
12          Is this something on page 8 that
13 you have written?
14     A.   Yes.
15     Q.   In the second paragraph it states,
16 "I share Ms. Ladin's concern that the actual
17 needs of gender-variant children may get
18 obscured when they serve as proxies for a
19 multiplicity of adult agendas.
20          What do you mean by proxies for a
21 multiplicity of adult agendas?
22     A.   So in most cases the children
23 cannot speak for themselves and so the people
24 who speak for the children are people who
25 often have their own agendas.

1      J. Drescher, M.D.
2      So, for example, many transgender
3 adults have adopted, you know, the
4 transgender children, you know, as -- and
5 they advocate for them many cases seeing, you
6 know, their own lives and the lives of these
7 children being identified early on.  So they
8 argue from a perspective as transgender
9 adults for the need for transgender children.
10     There are clinicians, for example,
11 who don't believe that children should grow
12 up to be transgender, for example.  And so
13 they perform practices to try and prevent
14 trans-gender in children.  There are
15 clinicians who practice more
16 gender-confirming models, you know, because
17 they are, as they self-describe, gender
18 affirming.  That's their philosophy.  And
19 then -- so those are some of the agendas that
20 get -- and then there are the parents.
21     It's possible, for example, for
22 some parents to do harm to their children
23 because they cannot accept the possibility
24 the child might be gender nonconforming, let
25 alone transgender.  And then there are

1      J. Drescher, M.D.
2 parents who are not comfortable with the idea
3 we don't know what the final outcome of the
4 child might be and they want the matter
5 settled and the decision made early on to
6 transition the child.  So these sort of
7 represent the example of the possibilities of
8 what can happen and that's what I mean.
9      Q.   So am I correct that when you say
10 that proxies for multiplicity of adult
11 agendas, these are adult agendas advocating
12 different kinds of --
13     A.   Right, everybody -- yes.
14     Q.   So different kinds of approaches to
15 treating children with gender dysphoria?
16          MR. GARCIA:   Objection.
17     A.   Yes, both clinicians and other
18 people who are, you know, advocating for the
19 children who may not be clinicians, and
20 parents.
21     Q.   And parents?
22     A.   And parents.
23     Q.   These proxy issues, proxy agendas
24 by various people for treating gender
25 dysphoric children, is this a relatively new

41 (Pages 158 - 161)

J. Drescher, M.D.
development --
        MR. GARCIA: Objection.
    Q.  -- in the treatment of gender
dysphoric children?
        MR. GARCIA: Objection.
    A.  I'm not sure I understood the
question.
    Q.  We are talking about these
competing views.  Is it a relatively recent
phenomenon in terms of the medical community
having to address this issue?
    A.  The treatment of gender dysphoric
children begins in the '50s and '60s in the
United States.  The aim of treatment was to
try and get the children to adjust to their
natal bodies, the bodies to which they were
born, to get them comfortable within themself
to try to prevent future transsexualism.
        In the 1990s -- and the Dutch
clinic took a different tact, which was that
they are not so interested in preventing
transsexualism.  So they -- so whereas the
first method actively discourages
cross-gender interest in the children, the

J. Drescher, M.D.
Dutch take a different position.  They say we
don't know if the child will persist or
desist, but we are not going to make them
feel bad about the cross-gender interest.  We
will let the natural course of gender
development unfold.  They started their
clinic in the '80s and they are around for
30-some-odd years.
        And then the gender -- so-called
gender affirming model, which is to do social
transition, is relatively new.  I think they
just formally established a clinic in
San Francisco a few years ago.  The person
leading the clinic has been doing this for a
number of years.
    Q.  Is it fair to say -- I'm trying to
sort of capsulate what you said on the first
page about little research and about proxies
of people with different agendas for the
treatment of gender dysphoric children, that
this is an area that is influx?
    A.  No.  Well, I mean, it's an area
where there's not consensus.  I'm not sure
it's influx.  The Toronto clinic has been

J. Drescher, M.D.
around many, many years and the Dutch clinic
30 years.  I think it's a difference of
opinion what constitutes best practices for
prepubescent children.
    Q.  Is there any empirical evidence to
say that one approach as opposed to the other
is getting better outcome?
    A.  Not to my knowledge.
    Q.  Let's me go to the third paragraph
of page 8 of Drescher Exhibit G where you
state: "Ms. Beyer, correctly notes a solid
empirical basis supporting transition in
adults.  Yet the same cannot be said about
the child literature."  What do you mean by
"the same cannot be said about the child
literature"?
    A.  That supporting social -- I'm
talking about social transition.  So, that's
all I'm talking about.
    Q.  As opposed to another kind of
treatment for children with gender dysphoria?
    A.  All three approaches that I
mentioned are in accord when it comes to
puberty suppression for gender dysphoric

J. Drescher, M.D.
children who persist to advance puberty
services their consensus, even the more
conservative clinic will do puberty
consensus.
    Q.  Which conservative clinic are you
talking about?
    A.  Toronto, Dr. Zucker's clinic.
        MR. GARCIA: Let him finish.
    Q.  In that same paragraph, "Ms. Bayer"
the last sentence of that says, "On the other
hand, that does not answer the question
whether a young child permitted to transition
gender" -- "on the other hand, that does not
answer the question of whether a young child
permitted to transition gender role who then
changes her mind can simply and harmlessly
transition back to the natal gender."
        What are you referring to if you
say they cannot, what do you mean by that
statement?
    A.  So, you know, this format in the
New York Times is that I was invited to
submit a letter.  The letter's editors said
would I like to write a column.  And I asked

42 (Pages 162 - 165)

1        J. Drescher, M.D.
2  them what would you like me to write about.
3  And I gave them three possible subjects and
4  this is what they wanted to hear about
5  because there was a story in the news.  Then
6  they published my original letter on
7  Wednesday and then they invite responses that
8  will be published in the Sunday paper and
9  then I get to respond to that.  So I'm
10 responding to one of the letters.  So the
11 context of this paragraph is, you know, the
12 gender-affirming group who love their
13 socially-transitioned children so much, you
14 know, they don't want them to be hurt in
15 anyway and, you know, with Dr. Zucker's kind
16 of treatment, for example, you know,
17 because -- well, and so while I agree that it
18 -- with Dr. Zucker's approach can be harmful,
19 I read a Ph.D. thesis for example by a young
20 man who was treated by Dr. Zucker's
21 predecessor, Dr. Green, in his sissy boy
22 syndrome study, he didn't grow up to be
23 trans, he grew up to be gay, but he felt the
24 treatment was harmful to him.  That's
25 irrelevant to the way children should be

1        J. Drescher, M.D.
2  socially transitioned.  I'm saying, yes,
3  because I may not agree with Dr. Zucker's
4  approach.  Doesn't mean we should be socially
5  transitioning children without fully
6  understanding the implications of early
7  social transition.  That's what I'm trying to
8  say there.
9      Q.  So are there risks that somebody,
10 if a child who has transitioned the role
11 that, as you put at the end there they may
12 not simply harmlessly transition back?
13     A.  That's an open question.  That's an
14 open question.  I don't -- I'm not a child
15 psychiatrist, I actually don't treat
16 children.  What I know is from what I read
17 and discussions with clinicians who do treat
18 children.
19         Dr. Kettinis who I mentioned
20 earlier who used to head the Dutch clinic and
21 I, we were on the DSM and we were on the ICD
22 committee together.  So, she talked about
23 they would occasionally have a child who was
24 -- they don't socially transition the
25 children, but they don't discourage their

1        J. Drescher, M.D.
2  cross-gender interest.  So, even though they
3  are not given a name change, they are viewed
4  as openly transgender children, you know.
5  And what happens sometimes, she says, is that
6  there are occasions that the child whose
7  gender dysphoria has desisted around age 13
8  or 14 will tell the clinicians that they are
9  reluctant to let everyone know because
10 everybody is so accepting of them in the
11 cross-gender role so they, you know, they
12 don't want to tell anyone.  They wind up
13 telling the clinician to reveal it.  So
14 that's -- to me that is something that should
15 be of concern.
16         (New York Times article entitled
17         "The New Girl in School:  Transgender
18         Surgery at 18" dated June 16, 2015
19         marked Drescher Exhibit H for
20         identification, as of this date.)
21     Q.  Dr. Drescher, the court reporter
22 has handed you a document that has been
23 marked as Drescher Exhibit H, a New York
24 Times article titled "The New Girl At School:
25 Transgender Surgery at 18."

1        J. Drescher, M.D.
2      Do you see that?
3      A.  Yes.
4      Q.  Dated June 16, 2015?
5      A.  Um-hum, yes.
6      Q.  Have you seen this article before?
7      A.  Yes, I think I'm quoted in that
8  article.
9      Q.  Indeed.
10         Page 2 of 8 toward the bottom of
11 the page there is the third to the last
12 paragraph, the one that begins "Some experts
13 argue."  Do you see that?
14     A.  Yes.
15     Q.  Let me read that, "Some experts
16 argue the earlier the decision is made, the
17 more treacherous because it is impossible to
18 predict which children will grow up to be
19 transgender and which will not."
20         Do you agree with?
21     A.  I would take out the words "more
22 treacherous" which the reporter added, but
23 the sentence pretty much what I said to
24 Bayer.
25     Q.  Were you the source of that

43 (Pages 166 - 169)

Page 170

1        J. Drescher, M.D.
2 information or that --
3        A.  I believe I was.
4            MR. GARCIA:  Objection.
5        A.  I was talking with her about early
6 social transition, yes, but I never used the
7 word "treacherous" myself.
8        Q.  Did you use another word besides
9 treacherous?
10       A.  I said it is impossible to predict
11 which children will grow up to be transgender
12 and which will not.
13       Q.  Is that consistent with what we
14 said, we will not know who will be desist and
15 who will be persist?
16       A.  Correct.
17       Q.  I use that quote advisedly.  Can
18 you tell me if it is an accurate quote,
19 "Basically you have clinics working by the
20 seat of their pants making these decisions.
21 And depending on which clinic you go to, you
22 get a different response," said Jack
23 Drescher, Dr. Jack Drescher, a New York City
24 psychiatrist who helped development of the
25 diagnosis for gender dysphoria."

Page 171

1        J. Drescher, M.D.
2        What did you -- is that an accurate
3 quote of what you said?
4        A.  This was a 45-minute telephone
5 interview with the journalist.  And that
6 is -- that probably is me speaking off the
7 cuff, yes.
8        Q.  On the cuff?
9        A.  On the cuff.
10       Q.  Do you agree with that statement?
11       A.  I would phrase it -- if I had the
12 chance to edit my comments, I would phrase it
13 differently.  The essence what I was trying
14 to say what we have already been talking
15 about, three different clinical approaches.
16 Each of the clinical approaches following
17 their own approach.  They are aware of the
18 other clinical approaches, but they pretty
19 much do what they want.
20       Q.  And, to your knowledge, is there
21 any -- are there any empirical studies that
22 support those, any of those three approaches
23 more so than the other?
24       A.  Well, I find the Dutch approach
25 most compelling of the three.  I think they

Page 172

1        J. Drescher, M.D.
2 do a lot of prospective research.  They are a
3 little -- I find them a little more humble in
4 their therapeutic goals than the other two
5 approaches.  Since they don't try to prevent
6 transsexualism and try to use a natural
7 unfolding process of the child's gender
8 identity, they leave the door open for one
9 more thing or another.  They don't do social
10 transition in prepubescent children, they
11 don't try to discourage cross-gender behavior
12 in sexualism.  They do research on the
13 outcomes of how the children are doing, which
14 I believe I cited earlier today.
15       Q.  Let's get back to Drescher
16 Exhibit G, the other Sunday dialogue.  Is it
17 safe to say with respect to those three
18 clinics, there's little research that's been
19 done for the outcomes of these three clinics?
20            MR. GARCIA:  Objection.
21       A.  No, there is research at -- the
22 Dutch clinic and the Toronto clinic both do
23 research.  They are both research centers,
24 actually.
25            MR. GARCIA:  Can we take a short

Page 173

1        J. Drescher, M.D.
2 break?
3            MR. GASIOR:  Absolutely.
4        (Recess taken.)
5        A.  Can I just clarify some of my
6 comments?
7        Q.  Any time.
8        A.  So I just wanted to be clear
9 because we are talking about children that
10 the DSM has two different diagnoses, because
11 the child population is considered different
12 than the adolescent.  And adult population
13 you have gender dysphoria in children and
14 gender dysphoria in adolescents and adults.
15 And so the diagnostic criteria are different
16 and the treatments are different.
17       Although, there are no
18 controversies about children which we have
19 been talking about all of those controversies
20 are nonmedical controversy.  They don't
21 involve medication or anything like that.
22 They only involve what psychosocial, you
23 know, interventions you are going to do with
24 a particular child who has not yet reached
25 puberty.  There are no controversies in the

44 (Pages 170 - 173)

Page 174

J. Drescher, M.D.

1    J. Drescher, M.D.
2  treatment of adolescents and adults among the
3  three different kinds of clinics.
4    Q.  Let me ask you a question:  You
5  said there is controversy about the social?
6    A.  Yes.
7    Q.  Can you explain that?
8    A.  Well, should you, one -- as I said,
9  one approach is to social transition a child,
10 which doesn't involve medication or medical
11 treatment at all.  Name change, you know,
12 allowing the child to present as the other
13 gender in school and other social settings.
14       The other side of that, the other
15 extreme version of that is to discourage any
16 type of cross-gender behavior, not involve a
17 boy to play with Barbies, teach them to play
18 with children of both genders.  None of that
19 has to do with medications or any medical
20 interventions.  When it comes to puberty and
21 the child is still gender dysphoria, all
22 three agree.
23   Q.  What is the agreement?
24   A.  It is a reasonable thing to do for
25 a child gender dysphoric, to receive

Page 175

1    J. Drescher, M.D.
2  medication to prevent them from going to
3  puberty.  One, they will either persist and
4  if they persist, the puberty blocking will
5  make transition later on much easier because
6  they won't develop secondary sex
7  characteristics.  And if they desist, they
8  can stop the puberty blocker which is
9  reversible and they have lay puberty and go
10 on to have secondary characteristics of the
11 body which they now feel comfortable with.
12   Q.  Is there the chance that the
13 decision to provide puberty blockers could
14 result in a child who otherwise would have
15 been a desister becoming a persister?
16      MR. GARCIA:  Objection.
17   A.  I don't think so.  Because, as I
18 said, I think the Dutch who seem the least
19 invested, you know, in what the outcome will
20 be invested puberty blocking as a -- they
21 initiated the puberty blocking as a
22 technique.  So what they do, they are really
23 looking -- they think of it for a desisting
24 child as giving them a little more time.
25 Because in some kids, the gender dysphoria

Page 176

1    J. Drescher, M.D.
2  does not desist until after puberty.
3       So usually a child who gets puberty
4  blocking is having anxiety, maybe become
5  suicidal and depressed.  That's why they give
6  these kids the puberty blockers.
7    Q.  Is there medical consensus that
8  prepubertal children should not get medical
9  interventions?
10   A.  There is no medical interventions
11 for prepubic children.
12   Q.  If we talk about the various -- you
13 are talking about three approaches.  If I
14 call them three schools of thought, you
15 understand we are talking about the same
16 thing now?
17   A.  Yes.
18   Q.  Do any of the three schools of
19 thought advocate or recommend that children
20 should get hormones as treatment?
21   A.  Cross-hormonal, nobody recommends
22 course-hormonal treatment to a child.
23   Q.  What about surgical procedures?
24   A.  No surgical procedures for
25 prepubertal child.

Page 177

1    J. Drescher, M.D.
2    Q.  There are no --
3    A.  The only medical treatment for
4  children is hormone suppression as children
5  are about to enter puberty and still have
6  gender dysphoria.
7    Q.  So as I understand your testimony
8  there, to your knowledge, nobody is
9  advocating that prepubertal children should
10 get cross-sex hormones or any kind of
11 surgical intervention?
12   A.  Nobody is advocating for that, to
13 my knowledge.
14   Q.  What about with respect to
15 adolescents?
16   A.  With adolescents the people are
17 suggesting if the gender dysphoria approach
18 appears to be persisting in Holland, I think
19 they give them hormones as young as 16.
20   Q.  Do you know of any school of
21 thought as we have been talking about here
22 that recommends cross-sex drugs, hormones for
23 adolescents under the age of 16?
24   A.  I believe the San Francisco clinic
25 I was on a panel that the women in charge of

45 (Pages 174 - 177)

1        J. Drescher, M.D.
2 that clinic Dr. Ehrensaft, E-H-R-E-N-S-A-F-T,
3 and she mentioned in passing that they are
4 treating some children younger than 16 with
5 cross-hormones.
6        Q.   Is that a minority approach?
7            MR. GARCIA:  I will object at this
8        point.  This is beyond the scope of Dr.
9        Drescher's testimony that he's
10       providing, he's been retained to provide
11       in this matter.
12       Q.   You can answer the question.
13       A.   I believe so.
14       Q.   Do you know whether the Dutch
15 protocol you spoke about has been implemented
16 anywhere in the U.S.?
17           MR. GARCIA:  Objection.
18       A.   Yes, puberty suppression is done in
19 Massachusetts and California and other places
20 I believe.
21       Q.   In the document marked as Drescher
22 Exhibit H where you were quoted on page 2, at
23 the end of the article there's a correction
24 June 16, 2015.  Do you see that?
25       A.   Yes.

1        J. Drescher, M.D.
2        Q.   Page 8, I believe it says, "An
3 earlier version of a picture caption with
4 this article misstated the circumstances of
5 Katherine Boon's suicide threats when was 16
6 not 17 and she had already begun gender
7 reassignment, not before."
8        Do you see that?
9        A.   Yes.
10       Q.   In your experience, do individuals
11 who have initiated gender reassignment
12 procedures engage in suicidal behaviors more
13 than -- any degree more than any not
14 receiving treatment?
15           MR. GARCIA:  Objection.
16       A.   Could you restate the question.
17       Q.   At least in this article, they
18 stated that Katherine Boon's suicide threat
19 happened after she began gender reassignment,
20 not before.
21       Is that unusual in your experience
22 for somebody who is undergoing gender
23 reassignment procedures?
24           MR. GARCIA:  Objection.
25       A.   I'm not sure if it's usual or

1        J. Drescher, M.D.
2 unusual.  I'm not sure.
3        Q.   Do people with gender dysphoria
4 have a higher incidence of suicide attempts
5 as opposed to the general population?
6        A.   I believe that the risk of suicide
7 is, suicidal ideation is greater in the
8 transgender population.
9        Q.   Do you know that the same is true
10 for children with gender dysphoria?
11       A.   I don't think it is.  I don't think
12 there's any article on children.  Mostly I
13 think it's adolescents.  That is by children,
14 children we are talking about -- if we are
15 saying children, we agree we mean
16 prepubescent children.  We are on the same
17 page?
18       Q.   Yes.  If I ever used the term
19 "children," I'm referring to prepubescent
20 children as opposed to postpubescent.
21       A.   Who adolescents who are still
22 children.
23       Q.   I use children and adolescents as
24 two different groups.
25       Are you familiar with Tanner

1        J. Drescher, M.D.
2 stages?
3        A.   Tanner stages of puberty?
4        Q.   Yes.
5        A.   Vague recollection from medical
6 school.
7        Q.   Never mind.
8        I think earlier in your testimony
9 we were talking about groups advocating for
10 one particular approach or another sort of
11 adults stepping into the arena to advocate
12 for one approach or another for children.  I
13 think that may have been the context when you
14 said that children can't speak for
15 themselves.  Why can't children speak for
16 themselves?
17       A.   Well, one, they may be too young to
18 speak for themselves.  Two, they may not have
19 the legal right to speak for themselves.  And
20 three, they may not have the cognitive
21 ability to speak for themselves.
22       Q.   What factors influence the ability
23 to consent?
24           MR. GARCIA:  Object to form.
25       Q.   I'm speaking in the context for the

46 (Pages 178 - 181)

Page 182

1        J. Drescher, M.D.
2  treatment of gender dysphoria.
3        MR. GARCIA:  Same objection.
4     A.  Well, in adults, you know, the
5  ability to give consent is different for
6  minors than it is for adults.  So consent in
7  adults requires that the person is capable of
8  understanding whatever treatment is being
9  offered when it's explained to them and they
10  are able to understand both the risks and the
11  benefits of getting the treatment and risks
12  and benefits of not getting.
13     Q.  How do you assess the capacity for
14  someone to make that kind of consent?
15     A.  Well, you can ask a patient did you
16  understand what I just said, could you repeat
17  to me what I just said, did you understand,
18  what you understand would happen if you do
19  this treatment, do you understand what would
20  happen if you don't.  If you just ask them to
21  explain it back to you.
22     Q.  That would be something that the
23  clinician can do?
24     A.  Most clinicians can do that, sure.
25     Q.  In terms of a children's cognitive

Page 183

1        J. Drescher, M.D.
2  ability to give consent, how is that
3  assessed?
4        MR. GARCIA:  Objection.  Beyond the
5     scope.
6     A.  So I'm not a child psychiatrist.
7        (Article entitled "Treating
8     Transgender Child and Adolescent and
9     Interdisciplinary Discussion" marked
10     Drescher Exhibit I for identification,
11     as of this date.)
12     Q.  Dr. Drescher, the court reporter
13  has handed you a document which has been
14  marked as Drescher Exhibit I, first page of
15  which bears the title "Treating Transgender
16  Child and Adolescent and Interdisciplinary
17  Discussion," edited by Jack Drescher and
18  William Byne.
19        Dr. Drescher, are you and William
20  Byne the authors of a book with this title?
21     A.  We are the editors of this book.
22     Q.  Am I correct that there is a book,
23  not this -- let me represent to you that this
24  is a copy of portions of a book, but were you
25  and Mr. Byne --

Page 184

1        J. Drescher, M.D.
2     A.  Dr. Byne.
3     Q.  -- you and Dr. Byne the authors of
4  a book by this title?
5     A.  We are the editors of a book by
6  this title.
7     Q.  I'm trying to elevate you.
8     A.  Thank you.
9     Q.  Does what has been marked as
10  Drescher Exhibit I appear to be a portion of
11  that book?  Please feel free to peruse it as
12  much as you would like.
13     A.  This all looks familiar.
14     Q.  If you flip to what has page 1 at
15  the bottom, there is an introduction.  First
16  part of this are sort of fly page and the
17  publishers notes and there's the content and
18  citation information which is all Roman VI,
19  VII, but then you eventually get to something
20  called "Introduction" which has page 1 at the
21  bottom.
22        Do you see that?
23     A.  Yes.
24     Q.  It says, "The Treatment of
25  Dysphoric Gender Children and Adolescents."

Page 185

1        J. Drescher, M.D.
2  Am I correct that you and Dr. Byne are, in
3  fact, the authors this section?
4     A.  Yes.
5     Q.  And then if you continue to flip
6  you will come to what is page 207, a section
7  titled "Gender dysphoric gender variants
8  (GD/GV) summarizing what we know and what we
9  have yet to learn."
10        Do you see that?
11     A.  Yes.
12     Q.  Are you and Dr. Byne the authors of
13  this section?
14     A.  Yes.
15     Q.  Am I correct that this book and
16  portions that we are looking at was published
17  in 2013?
18     A.  This was originally published as a
19  special issue of the Journal of Homosexuality
20  in 2012 and then we released as a book in
21  2013.
22     Q.  Is the information in the section
23  in this part that begins on page 207
24  "Summarizing what we know and what we have
25  yet to learn," is the information in here,

47 (Pages 182 - 185)

Page 186

1        J. Drescher, M.D.
2   you are and Dr. Byne are the authors of that?
3       A.   Yes.
4       Q.   Has any of the information that was
5   in here, to your knowledge, been updated in
6   any way since it was first published?
7           MR. GARCIA:  Objection.
8       A.   I would have to read through it to
9   answer that question.
10      Q.   Was the information as you
11  cataloged, as you put it in here at that time
12  accurate, to your knowledge?
13      A.   To my knowledge at the time it was
14  accurate, yes.
15          MR. GASIOR:  Can we take a short
16  break.
17          (Recess taken.)
18      Q.   So, Dr. Drescher, I think we are
19  very close to being finished here.  I just
20  have a few questions which I hope to run
21  through with respect to the book of which you
22  and Mr. Byne are the editors.
23          The chapter "What We Know and What
24  We Have Left to Learn" you and Dr. Byne are
25  the authors and I believe you testified that

Page 187

1        J. Drescher, M.D.
2   you believe that the material that you put
3   here was accurate; is that correct?
4       A.   It was accurate.  At the time we
5   believed it to be accurate at the time we put
6   it in.
7       Q.   I would just -- because this was
8   published in around 2013, you say it was
9   before that, I just want to see if any of the
10  things -- just a few of the things that I
11  will point to here, whether you believe there
12  is some new material that has come to light
13  since this was published.  Can we do that?
14      A.   Sure.
15      Q.   Page 209 under the section about
16  "The children and adolescents with GD/GV:
17  What we know," there is eight bullet points
18  that start "The gender dysphoria for majority
19  of children with GD/GV does not persist to
20  adolescents and when it does not the children
21  are referred to as desisters."  Has that
22  changed?
23      A.   As far as I know, it has not
24  changed.
25      Q.   Two bullet points down "There is at

Page 188

1        J. Drescher, M.D.
2   present no way to predict which
3   children" -- "there is at present no way to
4   predict in which children GD/GV will or will
5   not persist into adolescent and beyond that."
6   Is that still accurate as far as you know?
7       A.   There is a recent study by the
8   Dutch group which they are trying to identify
9   factors looking back at the children they
10  work with that might, they have identified
11  one factor as a group.  But I would qualify
12  this by saying there's no present way to
13  predict an individual child, their GD or GV
14  will persist to adolescent or beyond.
15      Q.   If you flip to page 211, the bullet
16  point at the very top of the page, "The
17  extent to which the stress experience by
18  minors with GD/GV should be attributed to
19  GD/GV per se as opposed to society's
20  nonacceptance of gender vitality or whether
21  there is one just one answer to this
22  question."
23          Has that changed?
24      A.   No.
25      Q.   And am I correct that that is under

Page 189

1        J. Drescher, M.D.
2   the section "What we have yet to learn" --
3       A.   Yes.
4       Q.   -- back on page 210?
5           That's correct?
6       A.   Yes.
7       Q.   If we flip over to page 212, this
8   is under the heading about "The treatments
9   minors with GD/GV receive, what we know."
10          Do you see that?
11      A.   Yes.
12      Q.   The one, two, three, four -- fourth
13  bullet point, "There is a need for more
14  research on the treatment of minors with
15  GD/GV, particularly perspective longitudinal
16  studies that employ standardized and
17  validated assessment instruments."
18          Do you see that?
19      A.   Yes.
20      Q.   Is that still accurate or has that
21  changed?
22      A.   There has been research published
23  since then, but always more research will
24  always be good.
25      Q.   Why would more research be good in

48 (Pages 186 - 189)

J. Drescher, M.D.

1       J. Drescher, M.D.
2 this instance?
3    A.   This is a rare condition.  The
4 number of patients who have it is small so
5 the research is restricted by those facts.
6 And so the more research you can do on a
7 small population, the more information you
8 have that can help guide treatment going
9 forward.
10    Q.   I believe we covered a good chunk
11 of this, the third bullet point from the
12 bottom of page 212.  This would be "What we
13 know."  I believe you just testified, let me
14 make sure we are on the same page, "No
15 clinician recommends medical
16 (hormonal/surgical) treatment for GD/GV for
17 prepubertal children."
18    A.   Yes, correct.
19    Q.   You would agree with that?
20    A.   Yes.
21    Q.   On page 213 and this is -- again,
22 this continues to be under the subheading
23 "Treatment of minors with GD/GV:  What we
24 know."  The fifth bullet point up from the
25 bottom it says, "The Treatment Literature."

J. Drescher, M.D.

1       J. Drescher, M.D.
2    Do you see that?
3    A.   Yes.
4    Q.   "The treatment literature is
5 lacking in terms of vigorous comparative,
6 thus subjective factors play a role in the
7 clinician's choice and approaches."
8    Do you see that?
9    A.   Yes.
10    Q.   Is that statement still accurate,
11 to your knowledge?  You might help if you
12 read the bullet point above that.
13    A.   Yes, this is similar to the points
14 I made earlier about the three different
15 approaches.  Yes.
16    Q.   The bullet point right below the
17 one that I first pointed you to, so the
18 fourth bullet point, "The limited existing
19 evidence suggests that medical suppression of
20 puberty has minimal associated risk; however
21 a long term study of a large number of
22 subjects are lacking."
23    Is that still an accurate
24 statement?
25    A.   As I mentioned, the Dutch study

J. Drescher, M.D.

1       J. Drescher, M.D.
2 that came out in 2014 is a long-term study
3 and they -- you know, so that wasn't there
4 when we wrote this.  It wasn't published when
5 we wrote this.  So studies are starting to
6 appear because they have been doing it for a
7 while and they have the data.
8    Q.   Flip over to page 214.  Top of the
9 page it says, "What we have yet to learn."
10 First bullet point, "As it is a relatively
11 recent approach to GD/GV adolescent, we
12 cannot be certain of either the physical or
13 psychological long-term effects of
14 suppressing puberty through the use of
15 hormonal blockers."
16    Is that still an accurate
17 statement, to your knowledge?
18    A.   The Dutch study, again, showed that
19 the children who underwent puberty
20 suppression did better on psychological tests
21 than a random control group of non-GD.
22    Q.   Was there a study with about 50
23 people in this?
24    A.   55.
25    Q.   Are there any other studies like

J. Drescher, M.D.

1       J. Drescher, M.D.
2 that, to your knowledge?
3    A.   Not to my knowledge, no.
4    Q.   So that would be the one study.
5 Before that study, the statement that I just
6 read was accurate?
7    A.   Yes.
8    MR. GASIOR:  Give me a moment.
9    (Recess taken.)
10    Q.   Let me just ask a couple of
11 questions.
12    First with respect to the new
13 regulation which we were looking at, Drescher
14 Exhibit C.  And I believe your earlier
15 testimony and consistent with the statement
16 you made in your report, that the regulation
17 is at least in part consistent with the
18 standards of care.
19    Do you remember that testimony?
20    A.   Yes.
21    Q.   And you read certain parts of the
22 new regulation regarding gender reassignment
23 surgery.  Do you remember that?
24    A.   Yes.
25    Q.   Am I correctly recalling your

Page 194

1        J. Drescher, M.D.
2  testimony that at least with respect to
3  gender reassignment surgery, the standards of
4  care seem to be consistent -- strike that.
5        That with respect to gender
6  reassignment surgery, the new regulation was
7  consistent with the standards of care; is
8  that correct?
9        MR. GARCIA:  Objection.  I think
10       that mischaracterizes his testimony.
11    Q.  Am I mischaracterizing your
12  testimony or can you refresh my recollection
13  what you said?
14    A.  The regulations seem to follow
15  aspects of the WPATH standards of care.  They
16  seem to be based upon it in part.
17    Q.  And then with respect to the
18  procedures that are listed in paragraph 4-V
19  that are called cosmetic surgery, if you were
20  to assume that those procedures were, in
21  fact, covered by the new regulation would
22  that be consistent with the standard of care?
23        MR. GARCIA:  Objection.
24    A.  If they were covered by the
25  regulation, they would be consistent with the

Page 195

1        J. Drescher, M.D.
2  standards of care.
3    Q.  Dr. Drescher, do you consider
4  yourself to be an advocate for persons with
5  gender dysphoria?
6    A.  Part of the professional code of
7  conduct of being a member of the American
8  Psychiatric Association, we advocate for our
9  patients.  So, yes, it's part of my
10  professional identity I advocate for my
11  patients.
12    Q.  Would your role as an advocate
13  color your opinion as a medical provider as
14  to what was appropriate for treatment?
15    A.  I believe I managed over the course
16  of my professional career to find a good
17  balance between my professional behavior and
18  advocacy behavior.
19        MR. GASIOR:  I have no further
20       questions.
21        MR. GARCIA:  Can you give us a
22       moment, please.
23       (Recess taken.)
24        MR. GARCIA:  I have no further
25       questions.

Page 196

1        J. Drescher, M.D.
2        Thank you, Dr. Drescher.  You will
3  receive a copy of the transcript.  Your
4  attorneys will tell you what to do with
5  it.  Thank you for your time.
6        (Time noted:  4:03 p.m.)
7        _____
8        JACK DRESCHER, M.D.
9
10  Subscribed and sworn to before me
11  this ___ day of _____, 2015.
12  _____
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 197

1
2        C E R T I F I C A T E
3  STATE OF NEW YORK   )
4            : ss.
5  COUNTY OF KINGS     )
6
7        I, DIANE BUCHANAN, a Notary
8  Public within and for the State of New
9  York, do hereby certify:
10       That JACK DRESCHER, M.D., the
11  witness whose deposition is
12  hereinbefore set forth, was duly sworn
13  by me and that such deposition is a
14  true record of the testimony given by
15  the witness.
16       I further certify that I am not
17  related to any of the parties to this
18  action by blood or marriage, and that
19  I am in no way interested in the
20  outcome of this matter.
21       IN WITNESS WHEREOF, I have
22  hereunto set my hand this 14th day of
23  August, 2015.
24       *Diane Buchanan*
        _____
25        DIANE BUCHANAN

50 (Pages 194 - 197)

Page 198

1
2 ------------------ I N D E X ----------------
3 WITNESS        EXAMINATION BY     PAGE
4 JACK DRESCHER,    MR. GASIOR         5
5 M.D.
6 ------------ INFORMATION REQUESTS -----------
7 DIRECTIONS:  None
8 RULINGS:  None
9 TO BE FURNISHED:  None
10 REQUESTS:  None
11 MOTIONS:  None
12 ------------------- EXHIBITS ----------------
13 DRESCHER                    FOR ID.
14 Exhibit A   Subpoena              15
15 Exhibit B   18-page report of Jack      16
16        Drescher, M.D.
17 Exhibit C   Four-page document entitled    23
18        "Rulemaking Activities"
19 Exhibit D   Booklet entitled "Standards of  81
20        Care for the Health of
21        Transsexual Transgender and
22        Gender Nonconforming People"
23
24
25

Page 200

1
2       DEPOSITION ERRATA SHEET
3
4 Angie Cruz, et al. vs. Howard Zucker, as
5 Commissioner of the New York Department of
6 Health
7
8    DECLARATION UNDER PENALTY OF PERJURY
9    I declare under penalty of perjury
10 that I have read the entire transcript of
11 my Deposition taken in the captioned matter
12 or the same has been read to me, and
13 the same is true and accurate, same and
14 except for changes and/or corrections, if
15 any, as indicated by me on the DEPOSITION
16 ERRATA SHEET hereof, with the understanding
17 that I offer these changes as if still under
18 oath.
19 _____
20       Jack Drescher, M.D.
21 Subscribed and sworn to on the _____ day of
22 _____, 2015 before me,
23 _____
24 Notary Public,
25 in and for the State of _____

Page 199

1
2 DRESCHER                    FOR ID.
3 Exhibit E   Document entitled "Medicaid   121
4        Update"
5 Exhibit F   Document entitled "Medicaid   124
6        Update" dated June, 2015
7 Exhibit G   New York Times article entitled  155
8        "The New York Times Sunday
9        review letter's Sunday Dialogue:
10        Our notions of Gender" dated
11        June 29, 2013
12 Exhibit H   New York Times article entitled  168
13        "The New Girl in School:
14        Transgender Surgery at 18" dated
15        June 16, 2015
16 Exhibit I   Articled entitled "Treating    183
17        Transgender Child and Adolescent
18        and Interdisciplinary
19        Discussion"
20
21
22
23
24
25

Page 201

1
2       DEPOSITION ERRATA SHEET
3 Page No.____Line No.___Change to:_____
4 _____
5 Reason for change:_____
6 Page No.____Line No.___Change to:_____
7 _____
8 Reason for change:_____
9 Page No.____Line No.___Change to:_____
10 _____
11 Reason for change:_____
12 Page No.____Line No.___Change to:_____
13 _____
14 Reason for change:_____
15 Page No.____Line No.___Change to:_____
16 _____
17 Reason for change:_____
18 Page No.____Line No.___Change to:_____
19 _____
20 Reason for change:_____
21 Page No.____Line No.___Change to:_____
22 _____
23 Reason for change:_____
24 SIGNATURE:_____DATE:_____
25       Jack Drescher, M.D.

51 (Pages 198 - 201)

Page 202

```
1
2        DEPOSITION ERRATA SHEET
3  Page No.____Line No.___Change to:_____
4  _____
5  Reason for change:_____
6  Page No.____Line No.___Change to:_____
7  _____
8  Reason for change:_____
9  Page No.____Line No.___Change to:_____
10 _____
11 Reason for change:_____
12 Page No.____Line No.___Change to:_____
13 _____
14 Reason for change:_____
15 Page No.____Line No.___Change to:_____
16 _____
17 Reason for change:_____
18 Page No.____Line No.___Change to:_____
19 _____
20 Reason for change:_____
21 Page No.____Line No.___Change to:_____
22 _____
23 Reason for change:_____
24 SIGNATURE:_____DATE:_____
25        Jack Drescher, M.D.
```

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400

**[& - accommodate]**                                                    Page 1

**&**

**&**   3:11

**1**

**1**   16:13 25:25
  130:19 184:14,20
**10**   31:4 61:5 103:17
  105:14,16
**10,000**   34:24
**100**   59:6 72:10
**10011**   3:20 6:11
**10019**   3:14
**10038**   3:8
**10271**   4:9
**11**   1:18 2:3 101:11
  103:21 104:22,23
  104:25 105:5,13
  124:3 129:21 132:7
  142:8,12
**12**   22:10 94:11
  107:23
**120**   2:9 4:8
**121**   199:3
**124**   199:5
**12:52**   123:18
**13**   24:23 106:25
  107:2 108:14 127:2
  168:7
**14**   1:9 168:8
**147**   3:19
**14th**   197:22
**15**   31:4,5,8 93:11
  122:4,7,9 198:14
**155**   199:7
**16**   122:23 125:4
  168:18 169:4
  177:19,23 178:4,24
  179:5 198:15
  199:15
**168**   199:12
**17**   21:5 24:10 179:6
**18**   16:5,14 21:3,13
  168:18,25 198:15
  199:14

**183**   199:16
**19**   41:8,9,15,19 42:6
  109:18
**1960s**   46:11
**1973**   101:19
**1980**   101:3
**199**   3:7
**1990s**   43:7,9 162:20
**19th**   99:24
**1:44**   124:4

**2**

**2**   21:25 22:4 24:8,24
  24:25 25:13,25 26:2
  26:2 64:17 86:4
  107:14 117:15
  130:19 169:10
  178:22
**20**   27:25 93:11
**2001**   94:12 95:8,10
**2009**   9:22
**2012**   185:20
**2013**   155:9,17
  185:17,21 187:8
  199:11
**2014**   21:5 24:10
  95:9 192:2
**2015**   1:18 2:3 16:14
  121:19 124:3,6,14
  126:6 168:18 169:4
  178:24 196:11
  197:23 199:6,15
  200:22
**207**   185:6,23
**209**   187:15
**20th**   70:24 80:14
**210**   189:4
**211**   188:15
**212**   189:7 190:12
**213**   190:21
**214**   192:8
**23**   198:17
**24th**   3:19 6:10
**27**   83:13 86:12,16
  86:23 87:7,18,23

**29**   155:9,17 199:11

**3**

**3**   20:17,17 21:11
  22:3 90:3 107:16
  117:15 130:19
**30**   29:5 163:9 164:3

**4**

**4**   19:13 20:18 21:11
  21:12,14 26:3,9,14
  26:20 27:4 86:6,17
  87:25 88:4 115:7
  117:11,14,15,18
  120:4 130:19 140:5
  140:23 145:5,7,11
  148:16,19 194:18
**40**   140:25
**400**   18:11
**440**   6:10
**4456**   1:9 15:16
**45**   171:4
**4:03**   196:6
**4s**   21:12

**5**

**5**   21:17 64:17
  130:23 132:13
  145:12 198:4
**50**   61:5 140:25
  141:15,21 192:22
**504.2**   109:5
**505.2**   21:3 22:24
  23:6,16 25:20 27:3
  74:11 107:7,12
  108:19 113:24
  117:10
**5052**   22:20
**50s**   162:14
**55**   93:20 94:5
  192:24
**57**   89:10,12,15

**6**

**6**   52:21,24 63:21
  64:17 67:20 130:13
  130:14,17,19

**60**   37:8 141:15,21
**60s**   162:14

**7**

**7**   124:23 125:3,8
**70**   37:8
**787**   3:13

**8**

**8**   159:12 164:11
  169:10 179:2
**80s**   110:25 163:8
**81**   198:19

**9**

**9**   69:4 71:13 90:12
  91:9 130:10
**90s**   52:2,2 110:25
  128:23
**93**   128:24
**9:37**   2:4
**9:52**   17:5

**a**

**a.m.**   2:4
**ability**   8:22 131:6
  152:8 181:21,22
  182:5 183:2
**able**   7:15 34:25
  114:8 116:10
  137:25 138:2
  140:15 152:19,22
  152:23 182:10
**absolutely**   117:8
  173:3
**abuse**   30:24 92:3,11
  98:21
**accept**   150:12
  160:23
**acceptable**   99:19
**accepted**   52:17 70:8
**accepting**   153:16
  168:10
**access**   63:16 102:10
  102:16 135:14
**accommodate**   71:6

accord  164:24
accurate  18:19
  170:18 171:2
  186:12,14 187:3,4,5
  188:6 189:20
  191:10,23 192:16
  193:6 200:13
accurately  19:25
  20:19
action  6:15 9:8
  20:23 197:18
activation  66:22
actively  30:3 162:24
activities  23:24 24:7
  24:9 103:7 109:15
  128:14 133:11
  198:18
activity  25:12
actual  72:11 159:16
adam's  40:18 74:8
  85:21 87:15
add  18:22 19:6
  140:25
added  18:22 19:2
  59:10 169:22
addition  49:9,13
address  6:9 74:22
  79:11 118:21
  162:12
addressed  15:17
  142:5
addressing  147:13
adequate  154:25
  158:18 159:2
adhere  81:9
adjust  162:16
adjustment  93:3
administer  5:14
administered  128:6
administrative
  10:12 11:2
adolescence  42:14
  42:23 60:24
adolescent  37:11
  38:16 40:10,24 42:8

173:12 183:8,16
  188:5,14 192:11
  199:17
adolescents  39:8
  41:6,7,9 42:11 56:5
  58:25 60:4 64:5
  173:14 174:2
  177:15,16,23
  180:13,21,23
  184:25 187:16,20
adopted  32:4 160:3
adult  36:5,9 38:3,11
  38:16,22 39:23
  40:10,24 74:5
  134:20 156:7,16,21
  159:19,21 161:10
  161:11 173:12
adulthood  58:25
adults  19:21 20:8
  37:5,9,18,23 39:6
  41:2 56:5 60:4 64:5
  91:10,20 104:8
  160:3,9 164:14
  173:14 174:2
  181:11 182:4,6,7
advance  165:2
advisedly  170:17
advocacy  195:18
advocate  160:5
  176:19 181:11
  195:4,8,10,12
advocating  161:11
  161:18 177:9,12
  181:9
aesthetic  142:16
affairs  136:23
affirm  139:16
affirming  160:18
  163:11 166:12
afforded  129:7
age  41:19 42:5 61:18
  61:20 62:19,19
  168:7 177:23
agendas  159:19,21
  159:25 160:19

161:11,11,23
  163:20
ages  93:23
ago  10:24 163:14
agree  12:19 14:24
  27:8 87:20 99:6,9
  99:10 125:11 143:8
  145:23 146:7
  148:24 166:17
  167:3 169:20
  171:10 174:22
  180:15 190:19
agreed  5:3,7,11
agreement  174:23
ahead  159:4
aid  3:4 17:3
aim  162:15
aimed  69:20 70:16
aims  107:8
air  108:10
airport  131:16
al  200:4
align  136:24
alleviate  115:24
allow  45:21,24
  102:15 123:7
  138:16
allowed  35:7
allowing  174:12
allows  107:14,15
allude  79:4
alludes  11:12
ambiguous  133:7
amended  20:23
american  14:2,13
  195:7
amount  153:22
amputated  71:21
amputation  71:24
amsterdam  33:4
analogy  66:15
analyzing  33:22
angie  1:4 200:4
answer  13:6,18
  20:14 49:20 55:14

59:25 88:16 92:8
  97:13 114:24
  116:14 126:13
  134:9 135:7 138:20
  139:7,7 146:8
  150:19 152:4
  153:25 158:19
  165:12,15 178:12
  186:9 188:21
answered  17:18
  90:18
answers  7:18 159:5
  159:6
anxiety  30:21 41:21
  43:19 58:10 68:14
  79:21 92:2,11 98:21
  139:19 176:4
anxious  65:21,22,23
anybody  44:24 73:9
anymore  81:12,14
  81:17
anyway  166:15
apa  34:22 101:21
  102:3
apparently  35:5
appear  36:10
  103:21 105:13
  184:10 192:6
appearance  109:4
  109:11,17 110:11
  110:15 111:2,24
  112:4,20 113:11,25
  114:2 115:23
  118:11,24 119:3,7
  119:13,20 120:17
  120:24 125:23
  126:2,20 131:4,11
  149:2
appearing  15:24
appears  16:11 58:24
  107:7 108:23 126:8
  177:18
appendix  71:23 72:8
apple  40:18 74:9
  85:21 87:15

applicable  96:15
application  144:18
apply  145:3
applying  94:17
approach  36:4,9
  104:3 156:6,13,14
  156:15 164:7
  166:18 167:4
  171:17,24 174:9
  177:17 178:6
  181:10,12 192:11
approaches  42:22
  43:3 161:14 164:23
  171:15,16,18,22
  172:5 176:13 191:7
  191:15
appropriate  73:5
  75:18 107:19 131:8
  195:14
approval  129:4,8
approved  128:18
  140:7,9
approximately
  11:15,17 37:7,13
ar'es  1:4
area  28:6,7 34:8
  42:18,19 51:7 79:12
  79:17 99:14 128:21
  163:22,23
areas  27:11 28:13
  30:5 57:16 72:24
arena  181:11
argue  160:8 169:13
  169:16
argument  9:17
arguments  10:9
arm  71:25
article  19:8 155:6
  168:16,24 169:6,8
  178:23 179:4,17
  180:12 183:7 199:7
  199:12
articled  199:16
articles  27:22 33:23
  33:25 42:23 43:2

asked  10:21 17:4,16
  17:16 19:18 20:3
  24:19 30:2 40:25
  43:4 44:23 45:13
  68:2 74:25 75:4
  165:25
asking  6:22 7:24
  17:14 39:3
asks  39:16 107:16
aspect  99:17
aspects  194:15
assembly  10:19,19
  10:22
assess  19:18 68:3
  139:3,11 182:13
assessed  151:13,17
  151:19 183:3
assessing  67:7 68:2
  103:16 134:7
  139:23
assessment  30:22
  55:25 80:21 113:4
  189:17
assigned  54:3 62:7
assigning  85:3
assignment  19:14
  22:19
assistant  6:13
associated  57:13
  74:5 151:25 152:3
  191:20
associates  11:13
association  14:3,13
  21:15 82:11 83:4
  154:9 195:8
assume  57:9 113:2
  116:4 156:19
  194:20
assumes  156:6,15
assumption  156:22
attached  18:14,17
attempts  180:4
attending  128:10
attention  134:2
  135:18 158:3

attorney  2:8 4:5
  6:13 11:11 29:23
  45:23
attorneys  3:5,12,18
  4:7 5:4 10:3,7 11:4
  11:8,16 196:4
attracted  80:19
attributed  188:18
atypical  48:11 50:9
audience  42:18
augmentation  146:3
  147:6
august  1:18 2:3
  124:3 197:23
author  155:24
authorization
  126:22 129:9,12
authorized  5:13
authors  183:20
  184:3 185:3,12
  186:2,25
autism  50:24 51:5,8
  51:21
autistic  51:4
automatically  133:5
  136:24
available  39:8 71:8
avenue  3:13
average  51:14,15
aware  73:3 87:12,15
  91:2 95:12,16,20
  133:15 154:3,15,22
  171:17

**b**

b  16:4,6,10,24 17:13
  18:8 19:13 21:22
  22:11 52:21 53:4,9
  53:16,17,18 56:11
  56:14 57:4,13,20
  61:9,11 63:22 64:24
  69:6 72:15 83:11
  105:23 121:23
  129:22 130:14
  142:8 198:15

back  7:7,12 17:9,11
  20:14 31:6 36:24
  37:17 75:24 81:22
  84:12 88:9 90:9
  96:2 120:9 121:6
  124:9 126:13 132:2
  151:23 156:8
  157:21,23 165:18
  167:12 172:15
  182:21 188:9 189:4
background  27:11
bacteria  49:2
bad  39:2 163:5
balance  195:17
balberg  33:5
banning  10:20
barbies  174:17
based  66:12 94:21
  95:17 97:21 109:3
  109:10 110:6,12,14
  111:9,13,17,17,23
  113:8 114:18
  115:12,15,22
  116:19 134:3,16,19
  135:2,9 136:3
  194:16
basically  31:25
  53:11 66:11 85:3
  88:23 139:23
  170:19
basis  112:10 143:16
  151:4 157:3 164:13
bathroom  67:3
bayer  165:10 169:24
beard  40:18
bears  183:15
becoming  175:15
began  71:10 128:22
  136:21 179:19
beginning  71:12
begins  22:15 63:23
  83:17 107:3 122:12
  125:17 145:16
  162:14 169:12
  185:23

**begun** 179:6
**behalf** 1:5 128:16
**behavior** 48:11
99:20,20 172:11
174:16 195:17,18
**behavioral** 69:22
135:19
**behaviors** 179:12
**believe** 17:14 22:9
23:2 29:19 33:14
34:21 35:3 36:15
40:25 44:25 55:21
60:3 72:5,7 86:25
88:21 90:18,24
92:10 106:9 134:18
138:2,19 147:12
149:22 154:12,13
154:17,24 160:11
170:3 172:14
177:24 178:13,20
179:2 180:6 186:25
187:2,11 190:10,13
193:14 195:15
**believed** 187:5
**belkys** 3:9
**benefit** 59:7
**benefits** 182:11,12
**benign** 156:7
**best** 164:4
**beta** 103:24,25
104:6
**better** 43:13 59:8
93:3 110:12 138:14
164:8 192:20
**beyer** 164:12
**beyond** 110:18,20
115:13 152:15
178:8 183:4 188:5
188:14
**big** 109:23
**biid** 72:7
**billing** 21:13 128:13
**binary** 102:4
**biological** 137:6

**bipolar** 30:20
**birth** 62:7
**bisexual** 27:24
**bit** 20:15 27:10
90:10 104:14
130:23
**bizarre** 111:5
**black** 117:7 148:5,7
**blanket** 114:21
**block** 142:9
**blocker** 175:8
**blockers** 175:13
176:6 192:15
**blocking** 175:4,20
175:21 176:4
**blood** 151:20,21
197:18
**bodies** 50:16 70:6
70:19 162:17,17
**bodily** 72:3 73:15
90:25
**body** 10:12,15 31:13
31:15 32:3 40:15,22
48:13,14 49:22
67:16,18,19,22
70:10 71:7,20 73:14
74:4,4 76:16 80:17
90:23 91:6 97:23
130:22 136:23
140:14,16 149:7,23
149:24 150:2,12,15
150:16 151:16
175:11
**boilerplate** 57:21
**book** 33:19,20,21
42:13,20 183:20,21
183:22,24 184:4,5
184:11 185:15,20
186:21
**booklet** 81:25
198:19
**books** 27:21,22
**boon's** 179:5,18
**born** 31:13,15 32:3
40:17 80:17 85:22

137:5 150:12,15,16
162:18
**bottom** 25:25 63:22
69:6 71:13 108:14
127:2 142:8,11
156:3 159:11
169:10 184:15,21
190:12,25
**boy** 40:17 137:17
166:21 174:17
**brain** 100:19
**break** 67:3 123:12
123:14 132:3 173:2
186:16
**breast** 74:7 86:9
89:23,24 146:2
147:6
**breasts** 144:7
**brief** 11:25 17:7
**briefly** 14:7
**broadway** 2:9 4:8
**brought** 12:6
**brow** 86:9
**buchanan** 1:24 2:11
197:7,25
**bullet** 187:17,25
188:15 189:13
190:11,24 191:12
191:16,18 192:10
**burn** 144:9
**burned** 144:11
**burns** 144:15
**buy** 133:2,4
**byne** 183:18,20,25
184:2,3 185:2,12
186:2,22,24

**c**

**c** 3:2 4:3 6:2,2 23:22
23:25 24:5 27:7
86:4 101:11 107:14
117:9 193:14 197:2
197:2 198:17
**california** 9:9,17
178:19

**call** 17:8 56:23 72:7
103:22 120:19
121:17 140:8 153:9
176:14
**called** 6:2 10:2
13:16 19:23 32:6,18
33:21 48:18 56:12
56:15 59:10,20 83:3
85:9 102:20 106:12
120:18 137:4,11
154:9 163:10
184:20 194:19
**calling** 86:20 151:6
**calls** 101:16 109:13
119:23 123:3
**candidate** 45:3,4
**capable** 182:7
**capacity** 51:9 108:5
182:13
**capital** 78:14 101:11
**caps** 82:10
**capsulate** 163:18
**caption** 179:3
**captioned** 200:11
**care** 23:9 25:14
75:13 77:24 78:15
78:17,25 79:2,11,14
79:23 82:2,12,18,21
82:23,24 84:15
86:12,15,24 87:5,9
87:23 88:7,13,19,22
89:6 90:2 92:24
102:11,16 105:24
106:3,6,7,10 108:9
108:12 109:6
122:17 128:22
142:21 143:23
144:19 145:2,16,20
152:15 154:6,14,18
154:25 158:18
193:18 194:4,7,15
194:22 195:2
198:20
**career** 195:16

**caregiver**  77:5,23
**caregivers**  154:4
**cares**  81:12
**case**  6:25 7:2 9:6,12
  9:14 15:15,16 43:20
  56:7 105:21 107:18
  107:20 112:11
  114:11 143:11
**cases**  51:12,12
  100:11 159:22
  160:5
**casual**  64:20
**cataloged**  186:11
**categories**  28:9
  89:25
**categorized**  56:17
**category**  50:8
**causative**  92:7
**cause**  47:14,16,19
  49:3 53:22 62:16
  92:10
**caused**  115:24
  135:22
**causes**  46:21 98:20
  101:6
**centers**  172:23
**century**  70:3,24
  80:14 99:24
**certain**  19:19 51:25
  62:19 65:23,24
  72:10 74:12 81:9
  100:10 192:12
  193:21
**certainly**  63:19
  143:14
**certify**  197:9,16
**chair**  32:25 34:14,16
  34:20
**chance**  171:12
  175:12
**change**  47:9 71:3,6
  73:6,14 90:21,22
  91:6 111:2 127:5,6
  154:11 168:3
  174:11 201:3,5,6,8

201:9,11,12,14,15
201:17,18,20,21,23
202:3,5,6,8,9,11,12
202:14,15,17,18,20
202:21,23
**changed**  32:7 67:11
  187:22,24 188:23
  189:21
**changes**  40:16 63:23
  64:2 70:5 71:8
  165:17 200:14,17
**changing**  32:10 70:7
  70:19,19 137:2
**chapter**  70:13
  186:23
**chapters**  27:21
**characteristic**  74:6
  74:8,9
**characteristics**
  73:20,21,24 74:2,3
  74:15,23 90:6,8
  175:7,10
**characterize**  16:12
  56:15 149:11
**charge**  34:10 177:25
**charged**  103:15
**check**  151:21
**cheek**  148:20
**chelsea**  28:23
**chenitz**  4:11
**child**  34:7 37:11,19
  37:25 38:5,10,14,21
  39:20 40:7,8,11,13
  40:20 41:16 60:20
  60:21,23 134:20,21
  134:23 135:3
  156:20,25 157:2,19
  157:23 158:25
  160:24 161:4,6
  163:3 164:15,16
  165:13,15 167:10
  167:14,23 168:6
  173:11,24 174:9,12
  174:21,25 175:14
  175:24 176:3,22,25

183:6,8,16 188:13
  199:17
**child's**  134:4 172:7
**childhood**  38:14
  104:7 135:8
**children**  36:2,2,10
  36:23 41:12 42:8,10
  42:14,15,25 56:8
  60:5,8,14 61:2,3
  105:9 134:2 154:4
  154:16,23 155:2
  157:7 158:7,17
  159:17,22,24 160:4
  160:7,9,11,14,22
  161:15,19,25 162:5
  162:14,16,25
  163:21 164:5,22
  165:2 166:13,25
  167:5,16,18,25
  168:4 169:18
  170:11 172:10,13
  173:9,13,18 174:18
  176:8,11,19 177:4,4
  177:9 178:4 180:10
  180:12,13,14,15,16
  180:19,20,22,23
  181:12,14,15
  184:25 187:16,19
  187:20 188:3,4,9
  190:17 192:19
**children's**  42:22
  134:19 182:25
**chin**  85:23 148:20
**chins**  85:23
**choice**  34:21 35:3
  102:4 110:5 191:7
**chose**  35:7
**christie**  1:5
**christopher**  3:15
**chunk**  190:10
**circumstance**  40:5
  63:7 87:13,16
**circumstances**  59:5
  62:3,10,15 127:19
  199:4

**citation**  184:18
**cited**  21:11 172:14
**citizens**  94:22
**city**  170:23
**civil**  15:15
**clarify**  13:9 173:5
**class**  9:8 20:23
**classic**  99:21
**classification**
  101:10
**clear**  143:3 147:24
  173:8
**clearly**  143:4
**clerk**  133:3,5
**clientele**  30:10 31:8
**clients**  83:24
**clinic**  34:10 36:4,5
  162:21 163:8,13,15
  163:25 164:2 165:4
  165:6,8 167:20
  170:21 172:22,22
  177:24 178:2
**clinical**  40:9 65:25
  68:19 81:14 128:12
  139:24 142:13
  152:13 171:15,16
  171:18
**clinically**  57:14 68:4
  72:22
**clinician**  65:13,17
  74:19 77:5 87:14
  135:11,12,14 139:9
  168:13 182:23
  190:15
**clinician's**  66:2
  191:7
**clinicians**  64:19
  79:15 147:23 154:3
  154:16,22 156:4,18
  157:5 158:6 160:10
  160:15 161:17,19
  167:17 168:8
  182:24
**clinics**  170:19
  172:18,19 174:3

close  186:19
closest  136:8
clothing  133:2
code  102:2,3,7 195:6
cognitive  181:20
  182:25
cohen  33:3 34:18
collaborative  78:8
  153:4
collection  33:23
color  73:7 195:13
column  25:24,25
  26:2 165:25
come  17:8 28:24,24
  30:10,11 36:24
  43:16,16 44:22
  51:24 56:9 81:22
  90:9 95:14 113:3
  116:5,24 121:6
  136:8 185:6 187:12
comes  19:12 65:24
  65:24 110:24
  135:15 136:18
  143:11 164:24
  174:20
comfortable  40:21
  59:19 97:23 161:2
  162:18 175:11
coming  84:3
comments  42:20
  171:12 173:6
commissioner  1:10
  200:5
committee  32:17,18
  32:21,24,25 33:9,18
  34:14,20,22 35:2,8
  35:9 167:22
common  55:4 68:16
  68:18 71:2 92:23
community  35:11
  35:20,22,24 46:24
  47:5 73:4 81:4 91:5
  136:18 137:8
  162:11

comorbid  92:18
comorbidities  49:7
  50:19,20 58:14
  91:23 92:5
comorbidity  44:3
  48:19 49:9 58:17,20
  91:11,20
companies  35:6
  77:16
company  34:25
comparative  191:5
compelling  171:25
compendium  14:11
compensated  18:2,6
  18:7,9,10,11
competent  152:10
competing  162:10
complaints  20:24
complete  108:25
completely  128:13
complex  157:21
complexity  148:3
complicated  114:7
  116:13,20,21
  132:19 133:15
  157:15
component  110:13
  111:12 134:15
components  143:7
comprised  16:14
compulsive  30:22
concentrating
  134:23
concern  159:16
  168:15
concerning  23:7
  94:15
concerns  157:9,13
conclude  26:21
  87:16 126:25
conclusion  22:12
  112:17 118:17
  119:24
conclusions  120:4

condition  50:5 51:9
  53:22 57:8,12 58:23
  59:2 60:3 63:19
  70:6 71:4,24 72:20
  94:9 102:22 109:21
  109:24 190:3
conditions  43:24
  48:4 70:13 92:5,18
  108:3,11
conduct  195:7
conference  17:7
confident  48:5
confirmation
  137:11,19 144:22
  150:17
confirming  136:14
  137:22,24 138:11
  139:4 160:16
conforming  136:17
  138:15
confused  48:9,12,15
congruence  54:2
congruent  107:23
conjunction  146:15
connotate  108:24
consensus  46:18
  47:13 70:4 71:2
  82:25 101:21
  163:24 165:3,5
  176:7
consent  108:6 126:4
  152:8,11,20,22,24
  153:9,18 159:3,7
  181:23 182:5,6,14
  183:2
consequences  158:3
conservative  165:4
  165:6
consider  101:20
  111:9 112:5,20
  113:15 114:2
  150:23 195:3
considerations
  64:15

considered  20:23
  21:6,8,20 22:4
  24:14,17 41:8
  109:23 145:24
  146:4,23 147:7
  148:10 173:11
considering  140:3,6
  157:10
consistent  92:23
  107:7 108:8 170:13
  193:15,17 194:4,7
  194:22,25
constitute  99:19
constitutes  142:15
  164:4
constructive  149:18
  150:23 151:5
contacted  17:3
contain  78:17
contained  18:18
content  184:17
context  43:10 60:14
  77:12 84:3 96:17,22
  96:24 97:7,10,11,24
  98:15 99:8 100:7,9
  100:12,22,24 119:8
  143:25 146:24
  148:14,23 149:9,15
  166:11 181:13,25
continue  108:21
  144:12 185:5
continued  111:3
continues  60:23
  190:22
contraindication
  108:4
contrast  70:17
  84:23 143:18
contribute  46:19
control  192:21
controversies  42:24
  173:18,19,25
controversy  173:20
  174:5

**convenient**   92:14
**conventional**   31:12
   50:11
**conversion**   10:20
**conveyed**   134:7
**copied**   53:7
**copies**   123:15
**copy**   89:5 183:24
   196:3
**corner**   82:9
**correct**   20:24 25:18
   26:14,17,19 29:19
   29:20 41:16 52:7,11
   55:23 57:10 62:17
   62:23 64:22 68:23
   73:11 75:15,20
   79:10,24 80:6 86:18
   86:24 88:24,25 89:4
   91:7 104:17,21
   105:14,23 117:12
   117:22 122:8,19
   135:24 137:9
   142:10,20 149:2
   161:9 170:16
   183:22 185:2,15
   187:3 188:25 189:5
   190:18 194:8
**correction**   178:23
**corrections**   200:14
**correctly**   34:13 52:4
   117:24 157:6
   164:12 193:25
**correlation**   50:25
   51:19,20 52:5,6
**correlations**   50:23
**correspond**   86:16
**corresponded**   87:24
**cosmetic**   20:12
   22:21 24:21,21
   25:22 26:10,22 85:9
   85:12 86:21 88:2
   108:23 109:14
   110:2,9,18,25
   111:20 112:18
   114:17 115:4,5,7

117:20 118:9,23
119:11 120:19,19
120:20 121:3 123:3
127:3 140:5 143:5,7
143:12,14,19
145:25 147:18
148:9,25 149:5
194:19
**cough**   48:25
**counsel**   6:14 20:3
**counseling**   107:25
**count**   155:14
**county**   197:5
**couple**   11:13 153:19
   193:10
**course**   14:14 23:4
   40:22 77:19 116:9
   154:19 163:6
   176:22 195:15
**court**   1:2 5:16 7:2,6
   7:13 8:5,9,14 11:2
   15:7,14 16:8 17:8
   24:3 82:6 121:13
   122:13 124:10
   155:12 168:21
   183:12
**cover**   47:2
**coverage**   19:20 20:7
   22:6 23:8,8 26:21
   119:21 122:16
   127:10 128:2
**covered**   22:19 126:2
   126:20 190:10
   194:21,24
**covers**   42:3
**create**   97:15
**created**   150:5
**criteria**   31:18 48:2
   52:11,15 53:4,4,6
   53:20 54:8,16,24
   55:17 56:12,14,19
   56:22 57:3,19 58:8
   58:12,17,19 59:13
   61:9,10,11 63:24
   64:3,4,8,10,15,17

65:2,4,10 67:20
72:14 83:20 84:8,18
84:21,25 85:2,5
87:6 96:11 104:13
104:16 105:8
130:11,18,19,20,23
134:18,25 135:17
139:22 173:15
**criterion**   53:8,9,9,11
   53:16,17,18,24,25
   54:25 55:21 56:2,11
   56:24 57:4,20 64:24
   64:24,25 65:3 130:9
   130:17
**cross**   50:14,16
   162:25 163:5 168:2
   168:11 172:11
   174:16 176:21
   177:10,22 178:5
**cruz**   1:4 12:5,5,8
   15:15 200:4
**cuff**   171:7,8,9
**cultural**   97:11 99:8
   99:17 100:7,9,12
   110:13 111:12,18
**culture**   96:25
   100:17
**cultures**   100:15
**current**   14:19 61:4
   103:6 108:17,21
**currently**   31:22
   46:16 109:23
**curriculum**   18:13
   18:17,22 19:6
**cut**   100:15
**cv**   1:9

| **d** |
| --- |

**d**   6:2 81:24 82:4,8
   83:14 99:23 101:11
   148:19 149:11
   198:2,19
**damaged**   149:7
**data**   92:21 192:7

**date**   15:6 16:7 24:2
   82:5 121:12 124:8
   124:14 155:11
   168:20 183:11
   201:24 202:24
**dated**   16:13 121:18
   124:6 155:9,17
   168:18 169:4 199:6
   199:10,14
**dating**   9:16
**day**   66:18 98:11,11
   196:11 197:22
   200:21
**dealing**   27:22 43:19
**dealings**   29:15
**december**   21:5
   24:10
**decide**   74:19,25
   75:18 77:16 103:17
**decides**   62:5 75:3,9
**decision**   87:11 108:6
   117:3 158:24 161:5
   169:16 175:13
**decisions**   83:25
   117:7 170:20
**declaration**   200:8
**declare**   200:9
**declining**   153:16
**deemed**   20:12
   107:25 108:23
   110:2,3
**deems**   22:21 25:21
**defendant**   1:12 4:7
   6:14 15:16
**defendants**   126:5
**deficit**   134:2
**define**   95:2
**defining**   120:15
**definitely**   52:2
**definition**   120:18
**degree**   66:8 145:25
   147:5,16 179:13
**delusion**   49:22
**delusional**   50:2

**demonstrate** 93:5
**demonstrating** 72:22
**department** 1:11 19:22 23:7,15 25:6 29:16 121:17 122:14 124:12 133:2,6,8,10,10 200:5
**depend** 56:2 59:15 66:3 131:23 132:16
**dependent** 131:4
**depending** 61:5 63:14 78:5 150:19 170:21
**depends** 131:21 132:8 133:21
**deposed** 8:25 9:4,7
**deposition** 1:16 2:6 5:12 11:5,21 12:2,8 14:15 23:5 106:15 106:18,19 197:11 197:13 200:2,11,15 201:2 202:2
**depressed** 58:16,18 58:18 176:5
**depression** 30:20 41:21 43:18 55:5,7 58:4,10,15 66:15 68:14 69:24 79:21 91:25 98:20 139:19 153:11
**depressive** 58:16 69:25 91:25 92:11
**deprive** 101:22
**describe** 20:2,19 55:22 88:14,22 160:17
**described** 37:4 48:19 56:17 58:13 76:20 86:15,23 87:17,22 151:3
**describes** 53:12
**describing** 32:2 86:11

**desire** 64:18 72:25 109:4,11 110:14,17 111:10 115:22 116:19 131:2
**desired** 138:3,17
**desires** 110:7 111:23
**desist** 61:2,3 157:2 163:4 170:14 175:7 176:2
**desistance** 157:19
**desisted** 168:7
**desister** 60:17,20 175:15
**desisters** 187:21
**desisting** 175:23
**detached** 51:11 128:13
**determination** 77:6 77:24 80:4 113:5,9 113:21 116:17 148:4
**determinations** 78:18
**determine** 76:19,21 147:16
**determining** 99:19
**develop** 40:18 175:6
**development** 74:5,7 87:9 162:2 163:7 170:24
**devotes** 142:14
**diagnoses** 14:11 30:16,18 48:8,21 49:4,11 57:18 69:20 70:16 71:23 99:8 100:14,20 102:5 103:16 133:24 134:15 135:8 136:3 173:10
**diagnosing** 52:15
**diagnosis** 12:25 13:4 14:12 19:10 31:19 32:5,8 47:22,24 48:5,22,22 49:5,7 49:16 50:6,17 52:12

53:19 54:18,23 55:3 55:5,7,11,20 56:20 57:21,23,23,24 58:2 58:3 59:20,23 65:9 66:7,9,11,14 69:12 70:8,11 71:14,16,19 72:11 73:12 90:14 91:3 97:16 98:2 99:13,14,16,22,23 100:3,8,19,21,23 101:18,22 102:2,5 102:10,12,14 104:6 104:16,19 105:8 129:24 130:2 131:21 132:7,16 133:21,21,25 134:8 134:12,14 135:2,7 136:3,10,11 170:25
**diagnostic** 13:25 14:9,16 47:25 54:24 59:13 63:24 64:2,7 64:10 96:10,11 100:6 104:2,13 134:25 135:17 173:15
**dialogue** 155:8,16 172:16 199:9
**diane** 1:24 2:10 8:5 197:7,25
**died** 110:23
**dies** 66:20
**differ** 28:4 104:2
**difference** 60:7 97:25 104:11 125:12,15 156:25 164:3
**differences** 98:25
**different** 40:9 43:11 58:2 60:5 61:21 67:14,19,21,24 70:21 73:2 97:19 104:9,14 130:24 161:12,14 162:21 163:2,20 170:22 171:15 173:10,11

173:15,16 174:3 180:24 182:5 191:14
**differentiate** 115:21
**differently** 95:2 171:13
**difficult** 8:5 139:6
**difficulty** 134:21
**diminish** 139:20
**diminishes** 59:4
**direct** 118:20 130:12 133:5,9
**directed** 119:12,20 120:16,23
**direction** 157:15
**directions** 198:7
**directly** 53:7 62:17 118:21
**disagree** 99:7
**disapproval** 100:10
**discomfort** 32:2 48:14
**discourage** 167:25 172:11 174:15
**discourages** 162:24
**discriminatory** 9:18
**discuss** 79:22
**discussion** 90:13 147:4 183:9,17 199:19
**discussions** 167:17
**disease** 100:19
**diseases** 101:10
**disorder** 13:12,20 30:21,21 32:6,10 33:8,16 34:18 48:13 51:4,6 53:21 69:25 70:12 72:4 73:16 91:2 96:12 101:5,6 101:9,13 102:12
**disorders** 13:25 14:10,12,17 30:23 30:24 50:25 51:21 53:24 91:25 92:2,2 92:3,12 103:2

| | | | |
|---|---|---|---|
| **disregarded** 154:7 | **door** 172:8 | 78:1 79:1 80:1 81:1 | 186:18 187:1 188:1 |
| 154:18 | **double** 144:7 | 81:24 82:1,4,6,8 | 189:1 190:1 191:1 |
| **distance** 7:9 | **downstate** 29:19,22 | 83:1,11,14 84:1 | 192:1 193:1,13 |
| **distinction** 41:11 | 128:8 | 85:1 86:1,4 87:1 | 194:1 195:1,3 196:1 |
| 50:5 89:4 143:3 | **dr** 6:19,20 15:7,18 | 88:1 89:1 90:1 91:1 | 196:2,8 197:10 |
| 151:25 | 16:8 17:11 24:3 | 92:1 93:1 94:1 95:1 | 198:4,13,16 199:2 |
| **distinguishable** | 27:10 34:3,5,13,19 | 96:1 97:1 98:1 99:1 | 200:20 201:25 |
| 95:22 | 35:7,11 36:13,15,19 | 99:6 100:1 101:1 | 202:25 |
| **distress** 53:19,22 | 67:5 82:6 99:6 | 102:1,23 103:1 | **drescher's** 178:9 |
| 56:16,22,23 57:3,14 | 102:23 120:9 | 104:1 105:1,22 | **dress** 50:14,16 |
| 57:22,23 58:3,5 | 121:13,20 123:7 | 106:1 107:1 108:1 | **dropping** 7:8 |
| 61:24 68:4,13,16,20 | 124:9 129:22 | 109:1 110:1 111:1 | **drug** 141:20 |
| 69:2 72:14,18,23 | 155:12 165:8 | 112:1 113:1 114:1 | **drugs** 145:8 177:22 |
| 97:6 98:16 139:19 | 166:15,18,20,21 | 115:1 116:1 117:1,9 | **dsm** 14:15,20,21,23 |
| 151:25 | 167:3,19 168:21 | 118:1 119:1 120:1,9 | 14:24 19:10 32:5,8 |
| **district** 1:2,3 6:25 | 170:23 178:2,8 | 121:1,9,11,13,14,20 | 32:12,15 34:23 35:2 |
| 15:14 | 183:12,19 184:2,3 | 121:22 122:1 123:1 | 35:9 48:8 52:8,13 |
| **diverge** 145:25 | 185:2,12 186:2,18 | 123:7 124:1,6,9,11 | 52:16 53:7,7,19,24 |
| 146:9,10 147:5 | 186:24 195:3 196:2 | 124:23,25 125:1,4,5 | 56:20 57:21 59:9,23 |
| **divergence** 147:15 | **drapetomania** 99:22 | 125:7,13,13,16 | 61:9 64:4,14 65:4 |
| **divided** 89:22 | **drescher** 1:16 2:6 | 126:1 127:1 128:1 | 69:24 71:21,22 72:8 |
| **doctor** 27:14 46:2 | 3:6 6:1,10,18,19,20 | 129:1,22 130:1,14 | 100:25 101:3,17,18 |
| 48:24 81:7 | 7:1 8:1 9:1 10:1 | 131:1 132:1 133:1 | 102:15 104:2,14,16 |
| **doctors** 45:12 81:9 | 11:1 12:1 13:1 14:1 | 134:1 135:1 136:1 | 104:16,17 130:11 |
| 100:3 102:6 | 15:1,4,5,7,8,12,17 | 137:1 138:1 139:1 | 130:18 167:21 |
| **document** 14:4 15:8 | 15:19 16:1,4,5,6,8 | 140:1 141:1 142:1,8 | 173:10 |
| 15:10,18 16:15,17 | 16:10,13,24 17:1,11 | 143:1 144:1 145:1 | **due** 70:7 |
| 16:23 23:23 24:4,6 | 17:13 18:1,8 19:1 | 146:1 147:1 148:1 | **duly** 6:3 197:12 |
| 24:8,11,17 25:3,10 | 20:1 21:1,21 22:1 | 149:1 150:1 151:1 | **duration** 54:4,9,11 |
| 25:19 82:7,25 83:5 | 22:11 23:1,22,24 | 152:1 153:1 154:1 | 64:12 |
| 83:7,9 105:22 | 24:1,3,5 25:1 26:1 | 155:1,10,12,13 | **dutch** 93:6 162:20 |
| 121:10 122:2 124:5 | 27:1,7,10 28:1 29:1 | 156:1 157:1 158:1 | 163:2 164:2 167:20 |
| 124:12,15,17 | 30:1 31:1 32:1 33:1 | 159:1,8 160:1 161:1 | 171:24 172:22 |
| 155:14,18 168:22 | 34:1 35:1 36:1 37:1 | 162:1 163:1 164:1 | 175:18 178:14 |
| 178:21 183:13 | 38:1 39:1 40:1 41:1 | 164:11 165:1 166:1 | 188:8 191:25 |
| 198:17 199:3,5 | 42:1 43:1 44:1 45:1 | 167:1 168:1,19,21 | 192:18 |
| **documented** 107:18 | 46:1 47:1 48:1 49:1 | 168:23 169:1 170:1 | **dysfunction** 33:10 |
| **documents** 21:20 | 50:1 51:1 52:1,21 | 170:23,23 171:1 | 53:19 97:6 |
| 24:13 105:6 121:21 | 53:1 54:1 55:1 56:1 | 172:1,15 173:1 | **dysmorphic** 48:13 |
| **doh** 108:17,21 | 57:1 58:1 59:1 60:1 | 174:1 175:1 176:1 | **dysphoria** 12:15,18 |
| **doing** 109:5 116:3 | 61:1 62:1 63:1,21 | 177:1 178:1,21 | 12:21,25 13:4,5,8 |
| 120:20 136:25 | 64:1 65:1 66:1 67:1 | 179:1 180:1 181:1 | 13:15,18 19:21,23 |
| 153:8 163:15 | 67:5 68:1 69:1,5 | 182:1 183:1,10,12 | 20:9 25:9 31:17,19 |
| 172:13 192:6 | 70:1 71:1 72:1 73:1 | 183:14,17,19 184:1 | 31:21,22,24 32:7,11 |
| | 74:1 75:1 76:1 77:1 | 184:10 185:1 186:1 | 35:12 36:7,8,11,22 |

37:4,5,10,10,19,24
37:25 38:22,23 39:6
39:9,21,24 40:10,15
40:19 41:2,6,14,25
42:6,7 43:18,21
44:2,7,10 45:5,16
45:18 47:15,16,19
47:23,25 48:6,10,12
48:15 49:8,10,13,17
49:23 50:4,13,17,18
50:21,24 51:3,21
52:12,16 53:12,15
54:19 55:3,12 57:4
57:5,9,13,18,25
58:22,24 59:3,8,13
59:17 60:2,9,15,21
60:23 61:9,17,18,23
62:9,23,24 63:11
65:14 67:8 68:3,21
69:3,7 70:21,25
72:15,21 73:15
74:18,21 75:16,23
76:2,14,14 77:3,13
77:23 78:2,22,23
79:10,16,19 80:3,5
85:14 87:15 89:17
90:14 91:10 92:6,17
93:9 95:23 96:9,16
96:21 97:3,4,12,21
98:12,16 99:2
100:22 101:13
102:14,21 104:3,9
104:20 105:3,18
106:8 107:18
109:20 113:12,14
113:17,20 114:10
115:20,25 116:8
119:2,4,8 131:21
132:8,10 133:13
134:12,19 135:21
135:21 136:12
138:22 139:14
140:16 141:8,25
144:2,4 146:16,24
147:11,13 148:9,14

148:24 149:16
151:2 152:7,9,14
153:22,23 154:5,17
154:24 155:2 157:7
157:20 161:15
164:22 168:7
170:25 173:13,14
174:21 175:25
177:6,17 180:3,10
182:2 187:18 195:5
**dysphoria's** 71:13
**dysphoric** 40:17
42:10 60:10 62:4,12
74:18 139:10 158:7
161:25 162:5,13
163:21 164:25
174:25 184:25
185:7

### e

**e** 3:2,2 4:3,3 6:2,2
46:12 99:23 106:12
121:9,11,15 124:2,2
124:25 125:5,14
178:2,2 197:2,2
198:2 199:3
**earlier** 10:5 14:24
22:8 48:18,19 52:8
68:2 79:25 86:7
151:24 167:20
169:16 172:14
179:3 181:8 191:14
193:14
**early** 70:24 136:21
156:4,19 157:5,11
158:14 160:7 161:5
167:6 170:5
**earned** 34:23
**easier** 8:10 175:5
**easily** 116:23 132:20
**edit** 171:12
**edited** 27:22 33:19
33:24 42:13 183:17
**editing** 34:2

**editors** 165:24
183:21 184:5
186:22
**educate** 153:5
**effect** 5:15
**effected** 51:10
**effective** 25:15 27:6
**effects** 153:14
192:13
**effort** 78:8
**eharmony** 9:11,19
9:20 10:4,10
**eharmony.com** 9:9
**ehrensaft** 178:2
**eight** 17:23,25
155:14 187:17
**eighth** 159:9
**either** 10:25 23:5
42:8 45:11 69:21
71:25 75:12 141:14
141:19 153:16
175:3 192:12
**elaborate** 27:19
65:9
**electroconvulsive**
129:2
**electrolysis** 115:11
**element** 54:17
**elevate** 184:7
**emerges** 55:19
**empirical** 164:6,13
171:21
**employ** 189:16
**employed** 29:18
36:13 91:4
**employment** 29:21
**encourage** 156:4
157:5
**endocrinologist**
46:5 75:13
**engage** 179:12
**engaged** 30:6 42:6
103:6
**enhance** 113:24
149:2

**enter** 177:5
**entire** 34:17 200:10
**entirely** 56:3 105:4
**entitled** 23:23 81:25
121:10,16 124:5
155:6 168:16 183:7
198:17,19 199:3,5,7
199:12,16
**entity** 102:20
**equally** 157:21
**equivalent** 70:11
72:21
**eric** 4:6
**errata** 200:2,16
201:2 202:2
**escape** 100:4
**esny** 15:16
**esq** 3:9,15,21 4:10
4:11
**essence** 171:13
**essentially** 104:15
**established** 78:3,4
163:13
**estimation** 94:7
**et** 200:4
**ethic** 98:9
**ethical** 43:2
**ethically** 77:20
**ethics** 152:23 153:2
153:3
**evaluate** 65:14
**evaluated** 60:15
135:4
**evaluation** 66:3
95:17
**eventually** 184:19
**everybody** 47:3
161:13 168:10
**evidence** 164:6
191:19
**ex** 33:21
**exacerbate** 70:2
**exacerbation** 63:10
**exactly** 58:19 67:13
136:6

exam 151:16
examination 6:6
  198:3
examined 6:4
  110:23
example 40:8 48:24
  49:21 50:14 55:4,15
  59:9 63:9,20 64:12
  64:16 66:15 68:25
  69:2,23 73:2 80:20
  85:21,24 99:21
  100:4,24 111:7,21
  113:7 115:10
  128:25 131:3
  133:25 136:10
  137:2,12 148:18
  153:11 157:18
  160:2,10,12,21
  161:7 166:16,19
examples 72:13
  80:25 88:14
exception 126:11,16
exceptions 77:20
excluded 20:11
  34:25
excludes 22:20
  25:21 127:3
exclusion 26:21
  108:22
exclusionary 48:7
  48:20
exclusions 19:19
  20:7 22:6 74:12
exhibit 15:5,9,13
  16:4,6,9,10,24
  17:13 18:8,15 19:13
  21:22 22:11 23:22
  23:25 24:5,24 27:7
  52:21 63:22 69:6
  81:24 82:4,8 83:11
  83:14 86:4 105:23
  107:14 117:9 121:9
  121:11,15,23 124:7
  124:11,24,25 125:4
  125:5,7,13,14,16

126:6 129:22
130:14 142:8 155:5
155:10,13 159:9
164:11 168:19,23
172:16 178:22
183:10,14 184:10
193:14 198:14,15
198:17,19 199:3,5,7
199:12,16
exhibits 198:12
exist 92:21 102:21
existing 122:16
  191:18
expensive 129:5
experience 31:14
  54:2 61:7 65:18,23
  65:25 87:13 95:23
  96:20 97:22 98:11
  98:13 106:20
  130:21 137:16
  152:13,13 179:10
  179:21 188:17
experienced 61:17
  72:13,19
experiences 98:9
experiencing 59:17
  67:13,15
expert 6:23 9:10
  16:19,21 18:3 19:19
  22:11 23:18 24:14
  24:18 31:20 36:12
  52:20 69:5 83:10
  111:19 117:2
  118:14 120:3
  121:22
expertise 10:8 27:12
  27:15,17 28:3,6,7,9
  28:10 37:2 51:8
  79:16
experts 42:18 71:2
  169:12,15
explain 42:16 174:7
  182:21
explained 182:9

exploration 41:24
  42:2
explore 128:4
express 67:6
expressed 54:3
expressing 100:9
expression 65:19
expressions 28:14
extent 66:2 112:2
  188:17
external 62:10
  150:10
extreme 174:15
eyes 151:22

f

f 124:2,7,11,24
  125:4,7,13,16 126:6
  178:2 197:2 199:5
face 86:10
facial 74:6 83:22
  84:10,20 85:8,13
  88:8,11 89:3 111:5
  146:3 147:6
fact 134:19 185:3
  194:21
factor 188:11
factors 46:19 181:22
  188:9 191:6
facts 190:5
faculty 128:12
fair 92:17 114:14
  149:11 163:17
familiar 14:3 73:19
  79:15 82:20 94:25
  98:3 106:2,5,11
  129:6,14 180:25
  184:13
familiarity 128:5,15
families 158:24
family 56:9 62:8
far 187:23 188:6
farr 3:11 11:11,14
features 74:4

federal 7:2 122:13
feel 32:2 50:15
  59:18 66:17,18
  137:13 139:16
  149:25 163:5
  175:11 184:11
feeling 54:15 64:20
  64:21 76:15 130:3
feelings 42:2 48:11
  64:13 67:10,11
  68:15
feels 85:14 131:24
  132:17 137:9
felt 65:3 80:18
  166:23
female 46:14 86:2
  89:21,22 115:10
feminization 146:3
  147:7
feminize 85:15
feminizing 83:21
  84:9,19 85:7,12,16
  85:20 88:8,10 89:3
field 34:3,5 47:13
  52:17 142:24
fifth 190:24
filed 122:13
filing 5:5
final 105:5 108:16
  137:8 150:4 161:3
find 9:20 51:17
  63:15 171:24 172:3
  195:16
findings 95:21
finds 57:24
finish 7:24 36:25
  45:21,24 104:24
  123:8 141:16 165:9
finished 186:19
first 15:12 24:6
  25:11 35:3,5 53:2
  58:25 59:23 83:16
  89:20 120:18
  121:15 124:13,20
  129:23 155:20

156:3 162:24
163:18 183:14
184:15 186:6
191:17 192:10
193:12
**fit**  31:15 50:8
135:16
**fits**  116:14
**five**  11:18 130:19
**fix**  150:16
**fixed**  47:11
**flip**  22:10 159:8
184:14 185:5
188:15 189:7 192:8
**fly**  184:16
**focus**  24:19
**focusing**  117:16
**follow**  117:17
152:18 194:14
**followed**  154:20
**following**  26:4,16
54:5 69:19 93:8,10
94:16,18 117:19
122:25 125:9,23
126:18 171:16
**follows**  6:5 69:16
84:24 142:16,20
**force**  5:14
**forehead**  86:10
**forget**  71:18 95:11
**form**  5:8 38:7,24
39:25 46:19 49:19
53:12 54:20 55:13
56:18 57:22,25 58:5
61:13 70:22 73:8
76:4,23 79:13 84:11
85:10 90:17 92:20
95:25 96:18 104:4
105:10 111:15
112:7,23 114:4
119:23 120:25
128:20 138:4 149:3
158:9 181:24
**formally**  163:13

**format**  104:13 105:5
165:22
**formed**  46:10
**forming**  120:2
**forth**  197:12
**forthcoming**  101:9
**forward**  27:2 190:9
**found**  10:7 22:6
71:25 101:3
**four**  11:17,18 23:23
24:8 189:12 198:17
**fourth**  91:15 189:12
191:18
**francisco**  163:14
177:24
**freda**  33:4
**free**  184:11
**frequency**  64:7,10
64:11
**friday**  11:19 124:22
**front**  82:8 107:13
**full**  83:16 108:6
129:23 142:12,23
**fully**  83:25 138:5
167:5
**function**  53:23 68:9
68:9 80:7,8,8,12,23
81:2,8,16 93:22
139:21,25
**functioning**  57:16
68:13 72:25
**funding**  35:6
**furnished**  198:9
**further**  5:7,11
195:19,24 197:16
**futile**  71:5
**future**  71:23 162:19

**g**

**g**  155:10,13 159:9
164:11 172:16
199:7
**gallagher**  3:11
**garcia**  3:9 11:9
30:13 37:20 38:7,24

39:12,25 45:20
49:19 54:20 55:13
56:18 61:13 70:22
73:8 76:4,23 79:13
84:11 85:10 89:9
90:17 91:13 92:20
95:25 96:3,18 104:4
111:15 112:7,23
114:4 119:23 120:7
120:25 123:6,13
126:7 127:4,12,22
128:20 130:12
131:25 133:23
138:4 140:17 142:2
146:25 147:19
149:3 150:7 153:24
156:17 158:9,20
161:16 162:3,6
165:9 170:4 172:20
172:25 175:16
178:7,17 179:15,24
181:24 182:3 183:4
186:7 194:9,23
195:21,24
**gasior**  4:10 6:7,12
15:3 16:3 17:5
20:13 23:21 45:21
67:2 81:23 91:15,18
119:25 121:8 123:7
123:9 126:12 132:3
147:2 155:4 173:3
186:15 193:8
195:19 198:4
**gatekeeper**  80:7,11
81:20,21
**gatekeeping**  80:12
80:23 81:2,8,16
**gay**  9:15 27:23
33:21 166:23
**gd**  12:16,20 13:5,22
69:11 70:5,18 91:20
102:16 129:24
130:3 185:8 187:16
187:19 188:4,13,18
188:19 189:9,15

190:16,23 192:11
192:21
**gender**  12:15,17,20
12:25 13:4,5,8,11
13:15,18,19 19:10
19:20,21,23 20:7,9
22:6,19 25:9 27:16
27:18,20 28:5,7,21
28:25 29:3 30:12
31:2,7,8,9,12,17,19
31:21,22,23 32:6,7
32:10,11,13 33:8,11
33:15 34:12,18
35:12 36:7,8,11,17
36:22 37:4,5,9,10
37:19,24,25 38:22
38:23 39:6,8,21,23
40:10,15 41:2,6,14
41:25 42:6,7,10,19
43:6,17,21,25 44:7
44:9 45:5,16,18
46:8,10,14,15,20,22
47:2,8,11,14,16,19
47:22,24 48:6,10,11
48:12,15 49:7,10,13
49:17,23 50:4,9,12
50:13,17,18,21,24
51:3,20 52:12,16
53:15 54:3,3,9,19
55:3,11 57:4,5,9,12
57:18,25 58:22,24
59:3,8,13,18 60:2,9
60:9,15,21,23 61:9
61:17,18,23 62:4,6
62:8,11,22,24 63:10
67:7 68:3,21 69:2,7
70:20,25 71:13
72:15,21 73:14
74:17,18,20 75:16
75:23,25 76:13,17
77:3,12,23,25 78:22
79:9,16,19 80:3,5
82:3,14 85:14 87:14
89:17 90:13 91:10
92:6,16,19 93:9

94:16,17 95:23 96:9
96:12,16,20 97:2,3
97:12,20 98:12,15
98:22 99:2,13
100:21 101:13,17
102:14,21 104:3,6,7
104:8,19 105:3,17
106:7 107:18,20,20
107:23,24 108:4
109:2,18,20 111:8
111:21 113:7,12,14
113:16,20 114:9,15
115:20,25 116:8
119:2,4,8 130:4,5
130:21 131:2,7,9,21
132:8,9,21,24 133:7
133:13,14,16,18
134:10,11,12
135:21 136:11,14
136:17,20,24 137:3
137:8,10,10,11,22
137:24 138:3,11,15
138:17,22 139:4,10
139:14,16 141:8,24
143:2 144:2,4,22,23
146:15,24 147:10
147:11,13 148:8,13
148:24 149:16,25
150:20 151:2,11
152:2,7,9,14 153:21
154:5,17,24,25
155:9,17 156:8,16
157:7,20,24 158:7
159:17 160:14,16
160:17,24 161:15
161:24 162:4,13,25
163:5,6,10,11,21
164:22,25 165:14
165:16,18 166:12
168:2,7,11 170:25
172:7,11 173:13,14
174:13,16,21,25
175:25 177:6,17
179:6,11,19,22
180:3,10 182:2

184:25 185:7,7
187:18 188:20
193:22 194:3,5
195:5 198:22
199:10
**genders**   174:18
**general**   2:9 4:6 6:13
   25:4 32:4 42:17
   46:7 90:19 100:22
   139:13 142:25
   180:5
**general's**   29:24
**generalized**   56:12
**generally**   42:3 52:16
   53:9,17
**genital**   88:23 89:23
   145:23
**genitals**   74:3
**germany**   33:5
**gesture**   7:19
**getting**   164:8 182:11
   182:12
**gid**   64:4
**girl**   109:18 111:8,22
   113:7 137:17
   168:17,24 199:13
**give**   7:18 8:18 10:2
   10:16,22 11:20
   15:25 18:3 19:18
   20:3 43:10 90:19
   100:3 176:5 177:19
   182:5 183:2 193:8
   195:21
**given**   10:11 69:25
   99:24 168:3 197:14
**giver**   154:23
**giving**   9:24 175:24
**go**   48:24 50:3 102:6
   131:8 133:11
   134:20 151:23
   159:4 164:10
   170:21 175:9
**goal**   76:2,7,12
   138:15

**goals**   107:20 172:4
**goes**   54:15 97:16
**going**   6:21 8:2 12:13
   19:17 41:11 43:22
   68:7,12,25 76:19
   81:11 117:3 118:7
   121:4 131:16 153:6
   153:10 163:4
   173:23 175:2 190:8
**good**   6:12,19,21
   11:23 17:6 93:12,21
   93:25 123:13
   140:24 189:24,25
   190:10 195:16
**granted**   133:18
**grasp**   116:9
**great**   11:24
**greater**   40:20 62:25
   180:7
**green**   166:21
**grew**   166:23
**group**   32:13,19 33:8
   33:12,15 34:17 38:2
   56:6 101:19,21
   102:25 103:5,8,10
   103:12,13,15
   166:12 188:8,11
   192:21
**groups**   180:24 181:9
**grow**   160:11 166:22
   169:18 170:11
**growing**   137:7
**growth**   40:19 145:8
**guess**   18:25 53:14
   110:22
**guidance**   11:20
   21:13 65:11 126:9
   126:25 127:7,9
**guide**   190:8
**guided**   66:6
**guidelines**   70:9 79:7
**guilty**   127:15
**gv**   185:8 187:16,19
   188:4,13,18,19
   189:9,15 190:16,23

192:11
**gwg**   1:9

## h

**h**   6:2 78:14 82:10
   106:12 168:19,23
   178:2,22 199:12
**hair**   74:6,7 145:8
**half**   70:3
**hand**   82:9 100:13
   165:12,14 197:22
**handed**   15:8 16:9
   24:4 82:7 121:14
   124:10 155:13
   168:22 183:13
**happen**   62:16,21
   81:4 161:8 182:18
   182:20
**happened**   179:19
**happens**   139:18
   168:5
**happy**   45:23
**harm**   160:22
**harmful**   166:18,24
**harmlessly**   165:17
   167:12
**hayes**   106:12,13,16
   106:20,22
**head**   7:17,17,20
   167:20
**header**   24:9
**heading**   22:12 69:7
   189:8
**health**   1:11 21:16
   23:7 25:6 27:23,23
   28:16,16 29:16
   44:21 70:14 80:7,9
   80:14,20 82:2,12,13
   83:4,23 101:7
   102:24 103:2,7,20
   107:25 108:3
   121:17 122:15
   124:12 154:4
   157:16 198:20
   200:6

**health's** 19:22 23:15
**healthcare** 59:22
   154:23
**hear** 7:10,15,16,16
   34:13 166:4
**heard** 60:16
**hearing** 11:2
**held** 2:7
**help** 75:23 76:19,22
   125:5 134:7 153:13
   190:8 191:11
**helped** 170:24
**helpful** 78:10 79:6
   96:6,8 158:23
**helping** 10:9 83:24
   158:24
**helpless** 66:18
**hereinbefore** 197:12
**hereof** 200:16
**hereunto** 197:22
**hesitate** 140:5
**heterosexual** 80:24
**heterosexuality**
   154:12
**higher** 51:2 180:4
**highly** 131:4
**hinamiya** 33:5
**history** 67:9
**hold** 29:6 154:5
**holland** 177:18
**homework** 134:24
**homosexuality**
   99:14 100:6 101:18
   154:10,11 185:19
**hoops** 127:17,21
**hope** 43:14 186:20
**hopeless** 66:17
**hormonal** 73:13
   176:21,22 190:16
   192:15
**hormone** 45:13
   93:24 107:15,19
   177:4
**hormones** 45:9,18
   46:2,4 63:16 71:8

91:6 107:22 141:7
   176:20 177:10,19
   177:22 178:5
**hospital** 128:23
**hospitalized** 129:2
**hour** 18:12
**hours** 11:17,18
   17:23,25
**howard** 1:10 200:4
**hum** 12:12 57:2
   125:10 143:22
   169:5
**human** 28:14,14
**humble** 172:3
**hurt** 166:14
**hyperactivity** 134:2
**hypothetically**
   140:18,20
**hypotheticals** 114:6

**i**

**i.h.** 1:4
**icd** 19:10 70:10
   101:11 102:4,7,8
   103:17,21,23
   104:12,22,23,25
   105:5,13,14,16
   167:21
**idea** 54:11,13,21
   64:18 65:7 87:11
   161:2
**idealization** 140:14
**ideally** 138:21
**ideation** 180:7
**identification** 15:6
   16:7 23:25 82:5
   121:12 124:7
   155:10 168:20
   183:10
**identified** 26:9
   160:7 188:10
**identify** 188:8
**identity** 13:11,19
   31:3,7,10 32:6,10
   33:8,11,15 43:6

46:9,10,15,20,22,23
   47:8,11 72:3 73:16
   90:25 96:12 107:24
   134:10 172:8
   195:10
**ignorance** 29:13
**iii** 101:3
**imagine** 112:13
**immediately** 95:14
**immune** 111:23
**impact** 38:8,10
   39:22 132:12
**impair** 8:22
**impairment** 53:23
   56:16 57:15,22,24
   58:3 68:5,13 72:14
   72:18,23
**implemented**
   178:15
**implications** 40:23
   84:2 101:12 153:15
   157:11 167:6
**implicitly** 156:6,15
**important** 57:16
   72:24 83:24 158:19
**impossible** 169:17
   170:10
**improve** 109:4,11
   109:17 110:10,14
   111:24 112:4,20
   113:11,25 115:22
   118:24 139:21
**improving** 118:10
   119:3,7,13,20
   120:16,24 125:22
   126:2,19
**inability** 58:10,11
**inadequate** 63:9
**incarcerated** 63:14
   63:17
**incidence** 98:25
   180:4
**incident** 131:10
**include** 19:5 44:10
   58:7 66:16 102:7

**included** 41:20,22
   41:25 64:14 143:9
**includes** 102:4
**including** 24:22
   26:11 91:12 117:21
   148:2
**inclusion** 100:25
**incongruence** 54:10
   54:15 67:6,12 76:15
   76:20 104:7,8 152:2
**increased** 93:2
   98:20
**independent** 19:18
**indicated** 200:15
**individual** 53:13
   56:4 59:15 79:25
   107:17,21 112:3,10
   130:3 132:12 139:5
   157:3 188:13
**individual's** 46:13
   47:8 70:10 108:24
   109:3 118:11
   119:13 120:17,24
   125:23 131:6
**individualized**
   138:25
**individuals** 29:3
   30:15 37:18,23 42:5
   45:15 62:13 111:23
   112:14 127:19
   131:22 132:9
   179:10
**infection** 49:2
**inflating** 132:15
**influence** 97:2,5,12
   181:22
**influenced** 96:21
**influx** 163:22,25
**information** 18:18
   96:15 134:3,7
   135:15 158:25
   170:2 184:18
   185:22,25 186:4,10
   190:7 198:6

**informed** 38:4 83:25
  108:6 153:9,18
  159:3,6
**inhouse** 105:6
**initiated** 175:21
  179:11
**inner** 46:13
**input** 112:14 114:22
**instance** 190:2
**instruments** 189:17
**insurance** 77:1
  110:3 113:18
**insuring** 140:14
**integrity** 72:3 73:16
  91:2
**intended** 73:14
  74:14,14
**intensely** 55:17,20
**intensity** 62:22,24
  63:3 64:7,9,12,22
  64:23 65:2,15 66:3
**interactive** 132:21
**interdisciplinary**
  183:9,16 199:18
**interest** 162:25
  163:5 168:2
**interested** 101:2
  162:22 197:19
**international** 83:2
  101:10
**internist** 46:5
**internists** 75:13
**interpersonal** 51:10
**interpretation**
  118:21
**interpreted** 49:23
**intersected** 28:8
**intervention** 177:11
**interventions** 69:22
  76:10,13 78:10
  89:24 119:6 173:23
  174:20 176:9,10
**interview** 171:5
**interviewed** 10:5

**introduction** 100:5
  100:8 184:15,20
**invested** 175:19,20
**invite** 166:7
**invited** 10:16 42:16
  42:18 165:23
**involve** 58:10
  132:14 173:21,22
  174:10,16
**involved** 78:21
  99:18 148:3
**involvement** 9:24
**involves** 71:16 130:3
  134:10
**involving** 45:8
**irrelevant** 166:25
**issue** 31:10 42:9
  81:14 95:8 116:20
  116:22 118:24
  142:5 148:5,7
  162:12 185:19
**issued** 15:13 25:5
**issues** 27:15,20
  28:20,24 29:4 30:11
  31:2,9 34:11 35:12
  43:2,5,19 79:18
  161:23
**item** 22:4 90:3
**iteration** 14:6
**iv** 32:15 35:9 64:4
  65:4

### j

**j** 3:15 6:1,2 7:1 8:1
  9:1 10:1 11:1 12:1
  13:1 14:1 15:1 16:1
  17:1 18:1 19:1 20:1
  21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1
  29:1 30:1 31:1 32:1
  33:1,2,17 34:1 35:1
  36:1 37:1 38:1 39:1
  40:1 41:1 42:1 43:1
  44:1 45:1 46:1 47:1
  48:1 49:1 50:1 51:1

52:1 53:1 54:1 55:1
  56:1 57:1 58:1 59:1
  60:1 61:1 62:1 63:1
  64:1 65:1 66:1 67:1
  68:1 69:1 70:1 71:1
  72:1 73:1 74:1 75:1
  76:1 77:1 78:1 79:1
  80:1 81:1 82:1 83:1
  84:1 85:1 86:1 87:1
  88:1 89:1 90:1 91:1
  92:1 93:1 94:1 95:1
  96:1 97:1 98:1 99:1
  100:1 101:1 102:1
  103:1 104:1 105:1
  106:1 107:1 108:1
  109:1 110:1 111:1
  112:1 113:1 114:1
  115:1 116:1 117:1
  118:1 119:1 120:1
  121:1 122:1 123:1
  124:1 125:1 126:1
  127:1 128:1 129:1
  130:1 131:1 132:1
  133:1 134:1 135:1
  136:1 137:1 138:1
  139:1 140:1 141:1
  142:1 143:1 144:1
  145:1 146:1 147:1
  148:1 149:1 150:1
  151:1 152:1 153:1
  154:1 155:1 156:1
  157:1 158:1 159:1
  160:1 161:1 162:1
  163:1 164:1 165:1
  166:1 167:1 168:1
  169:1 170:1 171:1
  172:1 173:1 174:1
  175:1 176:1 177:1
  178:1 179:1 180:1
  181:1 182:1 183:1
  184:1 185:1 186:1
  187:1 188:1 189:1
  190:1 191:1 192:1
  193:1 194:1 195:1
  196:1

**jack** 1:16 2:6 3:5
  6:10,18 15:17 16:5
  16:12 170:22,23
  183:17 196:8
  197:10 198:4,15
  200:20 201:25
  202:25
**jackson** 110:24
**jersey** 10:17,19
**job** 11:24 109:19
  111:8,22
**john** 4:10 6:12
**journal** 33:24,25
  185:19
**journalist** 171:5
**jsr** 1:9
**jump** 117:20 127:17
  127:20 145:14
**june** 124:6,14 126:6
  126:8,24 127:9
  155:9,17 168:18
  169:4 178:24 199:6
  199:11,15
**justification** 114:21
  126:3,21

### k

**k** 6:2
**katherine** 179:5,18
**keep** 7:12 17:9
  134:24 135:17
**kenneth** 33:2,17
**kettinis** 33:3 34:18
  167:19
**kid's** 93:22
**kids** 93:11,12
  175:25 176:6
**kill** 68:25
**kind** 10:12 30:18
  43:11 45:7 49:15
  63:4 65:23,24 67:19
  85:17 86:2 91:23
  96:13 101:25
  104:13 119:5
  131:10 133:11,12

137:13 141:7 144:8
164:21 166:15
177:10 182:14
**kinds**  38:9,21 39:7
39:18,22 49:17 58:9
72:13 78:20 98:8
161:12,14 174:3
**kings**  197:5
**kinkead**  3:21
**know**  7:4,11 13:8
17:12 33:17 34:5,19
37:13,15 38:20,22
42:17 51:14,23
53:15 54:14 62:6
65:8,20 67:10,20
68:23,23 75:7 79:19
79:21 81:5,5,6
84:25 88:16,18 95:7
97:9,13,15 98:24
99:5,15 101:6 105:5
109:22 112:10,12
114:8 116:2,7,11
120:5 124:24
127:23 129:10,13
131:8 132:25 133:3
133:3,8,15 138:6
139:7,24 141:22
142:3,4 146:8,9,11
147:20,21,23,25
151:18 152:4,12,17
153:25 154:21
155:3 157:18
158:19 160:3,4,6,16
161:3,18 163:3
165:22 166:11,14
166:15,16 167:16
168:4,9,11 170:14
173:23 174:11
175:19 177:20
178:14 180:9 182:4
185:8,24 186:23
187:17,23 188:6
189:9 190:13,24
192:3

**knowing**  116:7,7
135:3
**knowledge**  35:10
65:24 71:15 73:17
73:18 92:4 105:11
164:9 171:20 177:8
177:13 186:5,12,13
191:11 192:17
193:2,3
**known**  47:17
**knows**  46:21 156:24
**kpaka**  1:5

**l**

**l**  21:3 22:20,24 23:6
23:16 25:20 27:3
46:12,12 74:11
107:7,12 108:19
109:5 113:24
117:10
**lack**  64:6
**lacking**  191:5,22
**ladin's**  159:16
**laid**  65:11
**landsman**  123:17
**language**  57:20
137:14
**large**  94:10 142:9
191:21
**larger**  33:9 34:17,23
**late**  110:25
**latest**  14:5
**law**  3:17 8:14 10:17
10:20,21 11:2
152:23
**lawsuit**  9:8
**lay**  148:2 175:9
**laying**  105:7
**lbg**  27:24
**lead**  58:9
**leading**  163:15
**leads**  93:2
**learn**  185:9,25
186:24 189:2 192:9

**leave**  103:18 172:8
**lectures**  19:3
**left**  82:9 128:23
186:24
**leg**  71:25
**legal**  3:4 17:3 94:17
119:24 181:19
**legislative**  10:15
**length**  12:14
**lesbian**  27:23
**lesser**  62:25
**letter**  44:12,14,20
44:25 45:6,11
165:24 166:6
**letter's**  155:8,16
165:24 199:9
**letterhead**  16:11
121:18
**letters**  45:13 166:10
**level**  7:13 139:20
**levels**  139:18,20
**licensed**  29:8
**licensure**  29:10
**licensures**  29:6
**life**  61:8,11,22,25
62:2 68:7,11 79:22
98:11
**lifespan**  61:16
**lifts**  86:10
**light**  142:13 187:12
**limited**  24:23 26:12
88:4 117:22 191:18
**line**  91:15 107:2
201:3,6,9,12,15,18
201:21 202:3,6,9,12
202:15,18,21
**linked**  119:5
**list**  20:11 49:11,12
49:14 84:25 86:5
89:7,19 90:15
117:22
**listed**  48:8 53:2,5
56:2 57:3 58:8 72:8
72:11,14 86:17
87:24 113:23 115:6

119:17 123:4 140:4
140:22 145:4,6,11
194:18
**listing**  24:23 120:13
**listings**  78:20
**lists**  89:13 123:3
**literature**  31:25
98:8,23 142:5 157:9
164:15,17 190:25
191:4
**litigation**  10:10 12:5
12:6,9,10 122:13
**little**  20:15 27:10
60:12 90:10 104:14
130:23 156:8
158:11,13 163:19
172:3,3,18 175:24
**live**  68:24 96:22
149:25
**lived**  107:22
**lives**  28:16 97:2,11
160:6,6
**llp**  3:11
**long**  11:15 17:20
26:24 29:2 31:25
67:10 93:4 158:16
191:21 192:2,13
**longer**  55:10 59:17
140:15
**longitudinal**  189:15
**look**  20:16 25:24
49:24 52:19 64:16
67:23 86:3 100:17
107:13 112:9 117:9
130:10,17,19 142:7
142:19 144:15
151:4
**looked**  26:20 27:7
86:6 87:7 111:4
122:22
**looking**  49:3 56:11
74:10,11 85:25 89:5
89:15,18,19 110:11
113:22 115:12
117:10,11,15 119:9

125:7 133:4 148:19
150:20 175:23
185:16 188:9
193:13
**looks**   21:11,14
184:13
**lot**   99:12 128:24
144:10 157:16
172:2
**love**   166:12
**lumped**   65:6
**lunch**   123:17
**luncheon**   123:18

**m**

**m**   99:23 119:18
**m.d.**   1:16 2:7 3:6 6:1
6:2,10 7:1 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1,17 16:1,6
16:13 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1

111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1,8
197:10 198:5,16
200:20 201:25
202:25
**major**   55:7
**majority**   66:19,24
187:18
**making**   31:19 48:23
49:5,16 52:12 55:5
65:8 66:9 78:18
97:25 103:19 135:9
136:9 157:6 170:20
**male**   46:13 89:21,22
115:10
**man**   85:22 137:17
166:20

**man's**   80:17
**managed**   128:22
195:15
**manhattan**   28:23
**manifested**   54:4
**manner**   29:23
**manual**   14:10 65:12
100:6 102:9
**manufactured**
108:10
**march**   121:19
**mark**   15:3 16:3
23:21 81:24 121:7,8
123:9 155:4
**marked**   15:5,8 16:6
16:10,24 17:13 18:7
21:21 23:24 24:5
52:20 53:25 67:6
69:5 82:4,8 83:10
86:4 105:22 121:11
121:14 124:6,11
155:9 168:19,23
178:21 183:9,14
184:9
**marks**   109:14
**marriage**   197:18
**married**   68:10
**mary**   11:11
**masculine**   85:15,25
**masculinizing**   83:22
84:10,20 85:8,13,17
88:8,11 89:3
**massachusetts**
178:19
**mastectomies**   144:6
**mastectomy**   144:7
145:24
**material**   50:2 187:2
187:12
**materials**   19:5
20:19,22 21:10 22:3
**matter**   100:17
152:16 161:4
178:11 197:20
200:11

**mcnamara**   3:15
11:9
**mean**   22:25 28:12
31:9 42:12 43:15
44:17 50:12 60:19
64:9 66:7 69:14,15
69:16 75:5 76:5,9
77:8 78:13 92:9
93:15 96:8,9,24
97:5 98:6 101:15
107:11 109:9
110:12,20 120:22
126:15 130:8
131:19,20 132:7
136:15 141:4
144:16 146:10
151:14,18 153:2
156:12,15,18
158:12 159:20
161:8 163:23
164:15 165:20
167:4 180:15
**meaning**   48:21
118:23 137:6 141:6
**meanings**   31:23
**means**   12:20 27:20
28:13 53:20 57:9
59:11 77:11 118:18
146:11 156:13
**meant**   53:17
**measure**   95:13
151:19,20
**measured**   93:22
**medicaid**   19:22 23:8
108:17,22 121:10
121:16 122:4,10,16
124:5,13 126:24
127:20,24 128:2,5
128:11,13,17 129:3
129:7,16 199:3,5
**medical**   8:17 27:13
35:21 46:18 70:4,17
75:12 76:9,12 77:11
77:14 91:5 101:23
101:25 102:16

108:3,24 109:21,22
109:24,25 115:19
126:3,21 128:18,22
129:19 141:3,4,7
152:15,22 153:3
162:11 174:10,19
176:7,8,10 177:3
181:5 190:15
191:19 195:13
**medically** 76:22
77:7,8,18,21,25
78:19 109:3,6,10
110:4 112:5,21
113:15,18 114:2
115:23 116:18
144:11
**medication** 8:21
41:20 59:14 69:22
69:25 153:11,12,14
156:6,14 173:21
174:10 175:2
**medications** 30:8
79:20 129:11
174:19
**medicine** 29:8
**meet** 9:16 11:4,7,15
53:20 54:16 55:17
56:21 58:16,19
65:18 135:16
**meets** 47:25
**member** 35:9 103:5
195:7
**members** 98:9
103:10
**memory** 8:22
**men's** 133:6,10
**mental** 13:25 14:10
14:17 27:23 28:16
44:21 70:12 80:7,9
80:14,20 83:23
101:5,8 102:11
107:24 108:3 154:4
157:16
**mentally** 107:25

**mentioned** 28:2
37:3 75:10 164:24
167:19 178:3
191:25
**met** 11:8,10,17
40:23 54:23 59:12
154:2
**method** 36:16
162:24
**methods** 36:13
**michael** 110:24
**middle** 70:24 80:13
122:24
**mik** 3:21
**mildly** 65:22
**mind** 19:12 90:22
95:14 110:24
150:11,24 165:17
181:7
**minds** 70:7,20 71:3
**minimal** 191:20
**minorities** 98:10,11
98:16,22
**minority** 92:10 98:4
98:7,13,19,25 152:3
178:6
**minors** 182:6
188:18 189:9,14
190:23
**minute** 171:4
**mischaracterizes**
194:10
**mischaracterizing**
194:11
**misplaced** 156:23
**misstated** 35:17
179:4
**mixture** 143:6
**model** 163:11
**models** 160:16
**modified** 103:19
**moment** 193:8
195:22
**mongforelin** 33:4

**month** 11:18
**months** 54:4,9 55:11
107:23
**mood** 92:2 139:24
**morning** 6:12,19,21
**motions** 198:11
**motivated** 114:16
**move** 70:10 90:10
118:2
**moving** 17:9 102:8
**muddiness** 143:11
143:14
**multiplicity** 159:19
159:21 161:10

**n**

**n** 3:2 4:3 99:23
124:2,2,2 178:2
198:2
**name** 6:8,16 11:11
11:12 32:5,7,8
71:19 104:10,11
159:11 168:3
174:11
**named** 34:20
**narrative** 81:10
**natal** 162:17 165:18
**national** 154:9
**natural** 137:7 163:6
172:6
**nature** 9:11,14,23
19:4 43:8 67:12
**necessarily** 38:15
50:12 62:18 157:10
**necessary** 76:18,22
77:4,7,9,19,21,25
78:19 79:4,5 107:25
109:4,6,10 110:4
112:6,22 113:15,18
114:3 115:24
116:18 127:18
**necessity** 77:11,15
126:3,21 128:19
129:19 137:23
138:10,12

**need** 13:8 39:23
44:20 54:18 85:23
102:2 108:25
110:19,21 123:11
152:15 159:2 160:9
189:13
**needed** 157:23
**needs** 7:14,16
159:17
**never** 43:21 44:23
110:22 114:10
116:5,24,25 140:19
150:3 170:6 181:7
**new** 1:3,10,17,17
2:8,9,9,12 3:8,8,14
3:14,20,20 4:5,9,9
6:11,11,14 7:2
10:17,19 19:21 21:4
24:9 25:6,15,21
29:6,9,16,23 33:6
70:12 87:25 103:22
121:16 122:9
124:12 127:3 128:6
128:18 129:8,17
150:5 155:6,7,15
161:25 163:12
165:23 168:16,17
168:23,24 170:23
187:12 193:12,22
194:6,21 197:3,8
199:7,8,12,13 200:5
**news** 166:5
**night** 66:17
**nine** 55:6 128:10
**nod** 7:17
**nomenclature** 13:7
**non** 89:24 109:2,3
109:10 140:7
192:21
**nonacceptance**
188:20
**nonconforming**
82:3,14 160:24
198:22

**nongenital** 89:23
**nonmedical** 173:20
**normal** 136:23
**normalization** 137:15
**normalize** 139:21
**nose** 85:24 109:19
  109:22 111:8,22
  148:20
**notary** 2:11 6:3
  197:7 200:24
**note** 91:10
**noted** 69:11 196:6
**notes** 164:12 184:17
**notice** 2:10
**notion** 136:19
**notions** 155:8,16
  199:10
**number** 7:15 15:16
  21:12 22:4 26:3
  64:3 92:15 132:13
  141:2 163:16 190:4
  191:21
**numbers** 65:12
**numeral** 24:21
  120:14 145:7
**nycrr** 21:3,13
**nys** 24:10

**o**

**o** 46:12 99:23 124:2
  124:2,2
**oath** 5:14 8:13,19
  200:18
**object** 38:7,24 39:25
  49:19 54:20 55:13
  56:18 61:13 70:22
  73:8 76:4,23 79:13
  84:11 85:10 90:17
  92:20 95:25 96:18
  104:4 111:15 112:7
  112:23 114:4
  119:23 120:25
  128:20 131:14,14
  131:25 138:4 149:3

178:7 181:24
**objection** 30:13
  37:20 39:12 96:3
  120:7 126:7 127:4
  127:12,22 133:23
  140:17 142:2
  146:25 147:19
  150:7 153:24
  156:17 158:9,20
  161:16 162:3,6
  170:4 172:20
  175:16 178:17
  179:15,24 182:3
  183:4 186:7 194:9
  194:23
**objections** 5:8
**objective** 138:24
  139:3,22 151:4,7
**objectively** 137:25
  138:17 139:8,12
  151:13,17,19
**obscured** 159:18
**observer** 151:3,7
**observers** 111:4
**observing** 135:13
**obsessive** 30:22
**obtain** 102:10
**obtained** 126:4
**occasionally** 83:7
  167:23
**occasions** 168:6
**occupational** 57:15
  72:24
**occur** 50:20 99:8
  100:22
**occurring** 43:24
**occurs** 62:8 100:23
**october** 19:2
**odd** 163:9
**offer** 42:20 200:17
**offered** 6:23 77:2
  182:9
**offering** 43:12
**office** 2:8 4:5 29:24

**officer** 5:13
**offices** 2:7
**okay** 28:2 29:14
  36:19 67:2 76:11
  82:18 87:3 97:8
  108:14 117:15
  155:24 159:8
**old** 41:8,15 109:18
**once** 9:5 153:15
**one's** 54:2 79:22
  110:10,14 136:23
  136:24
**ones** 103:17,18,18
**ongoing** 59:22
**online** 19:9 103:24
  103:25
**opaque** 132:5
**open** 167:13,14
  172:8
**openly** 168:4
**opinion** 6:23 19:19
  20:3 31:21 35:14
  36:12 47:18 75:2,5
  119:14 120:2,5
  137:23 147:15
  154:5,19 156:22,24
  157:4 158:2 164:4
  195:13
**opinions** 36:18 39:5
  112:16 145:25
  146:9,10 147:4,20
  147:22,23
**opposed** 95:18 99:3
  109:19 147:18
  150:5 164:7,21
  180:5,20 188:19
**option** 102:8
**order** 25:19 44:18
  53:20 54:18 77:3
  81:8,10 101:25
  102:15 159:2
**organization** 83:3
  101:7 103:20
  106:12 154:8,13

**organization's**
  102:25 103:8
**organizations**
  122:14
**orientation** 81:12
**original** 107:14
  122:23 156:8
  157:24 166:6
**originally** 185:18
**outcome** 93:12
  156:7,16 161:3
  164:8 175:19
  197:20
**outcomes** 156:9
  158:12,16 172:13
  172:19
**outline** 79:3
**outside** 66:10,13
  111:4 151:3,6
**overall** 76:6,7 84:3
**overview** 89:16

**p**

**p** 3:2,2 4:3,3 78:14
  82:10 99:23
**p.c.** 15:17 16:13
**p.m.** 123:18 124:4
  196:6
**page** 15:12 16:5,11
  19:13 20:17,17,18
  21:25 22:3,10 23:23
  24:6,8,8,20,24,25
  25:11,13,25 26:2
  52:21,24 63:21,22
  69:4,6 71:12 82:9
  83:13 86:4,12,16,23
  87:7,23 89:10,12,15
  89:18 90:12 91:9
  94:11 106:25 107:2
  107:14 108:14
  121:15,18 122:4,6,9
  122:23,24 124:13
  124:23 125:3,4,8
  127:2 129:21
  130:10,13,14,17

132:7 142:8,9,11,12
155:14,20,21 156:3
159:9,10,12 163:19
164:11 169:10,11
178:22 179:2
180:17 183:14
184:14,16,20 185:6
185:23 187:15
188:15,16 189:4,7
190:12,14,21 192:8
192:9 198:3,15,17
201:3,6,9,12,15,18
201:21 202:3,6,9,12
202:15,18,21
**pages**   16:14
**paid**   110:3 127:16
**panel**   177:25
**pants**   170:20
**paper**   63:13 103:11
166:8
**papers**   19:3
**paragraph**   20:6,19
26:9,14,20 27:4
53:3 63:23 65:6
71:12 83:16 86:6,17
87:18,25 88:4,10
94:12 108:16 115:7
117:11,14,18 118:3
118:7,15,20 119:9
120:4,6,14,22
122:12 123:2
129:23 140:5
142:12,23 145:5,15
145:19 148:16
159:15 164:10
165:10 166:11
169:12 194:18
**parallel**   104:15
**paraphilias**   33:11
100:8
**parenthesis**   26:3
**parents**   160:20,22
161:2,20,21,22
**part**   20:16,17 34:22
44:8 47:21 65:3,13

71:20 78:5 81:13
85:14 87:8,13
106:14,17,18
109:20 116:19
121:21,25 122:22
131:5,22 132:8
134:11 135:2,7,21
136:9,14 139:9
144:19 149:7 153:7
159:6 184:16
185:23 193:17
194:16 195:6,9
**participate**   42:20
**participated**   14:5
**particular**   27:4 34:8
50:20 61:8,10,18
62:19 74:21 89:17
116:14 121:25
122:21 131:3
173:24 181:10
**particularly**   189:15
**parties**   5:5 197:17
**partners**   11:10
**parts**   33:9 67:17,22
74:4 132:4 193:21
**party**   147:24
**pass**   10:18 133:14
137:25 138:3,17
**passed**   10:19
**passing**   10:21
138:19 139:11
178:3
**patience**   17:12
**patient**   38:17 41:13
55:16 56:3 65:21
66:8,12,21,24 69:24
78:8,9 93:2 94:8,9
96:13 116:7 131:23
131:23 132:17
139:2,14,25 140:2
140:19 149:20
150:9,14 153:5
182:15
**patient's**   66:25 78:6
78:11 115:21

130:20 152:8
**patients**   28:23 30:23
30:25 31:11 41:23
43:5,15,15 56:21
66:19 74:20 78:6
89:16,21,22 92:15
93:20 94:5 96:6
118:23 127:25
128:11,11 129:3
133:19 140:21
141:2 152:10,19,22
190:4 195:9,11
**patterns**   91:11
**pay**   77:17 117:3,5,6
126:10 127:8
135:18 158:2
**payment**   22:20
25:21 26:15 117:18
122:25 125:8,17,20
126:11
**payments**   26:3
**payors**   147:24
**peck**   148:20
**pediatrics**   93:7
**peggy**   33:3
**penalty**   200:8,9
**pending**   6:25
**penis**   40:19
**people**   9:15 30:7,8
32:2 33:12 35:12,24
38:2 41:19 42:15
44:18 45:12 46:24
47:10,11 48:13
50:10 51:3,11,12
59:7 61:21 63:13
65:18,22 66:7 67:22
71:4,20,24 74:18
79:18 80:24 81:4
82:4,14 85:22 87:14
92:9 93:8 94:22
95:19,22 97:18 98:9
98:12,18 99:3
101:22 102:10
105:11 109:24
110:17 111:17,19

117:3 131:12,14,16
131:18 132:11,17
133:13,14,22
134:13,17 135:23
136:5,20,20,22
139:10 141:6,13,18
141:24 144:9,19
151:11 154:13
157:9,25 158:5,14
159:23,24 161:18
161:24 163:20
177:16 180:3
192:23 198:22
**people's**   28:15
**perceive**   130:4
131:7,22,24 132:9
132:11,17 133:22
134:11
**perceived**   134:16
**perceiving**   134:13
**percent**   31:4,5,8
59:6 61:5 72:10
140:25 141:15,21
**percentage**   30:25
51:3 61:3 141:12,13
141:18
**percentages**   141:22
**perception**   135:22
136:4,9
**perceptions**   134:20
**perfect**   100:4
**perform**   91:5
128:25 160:13
**performance**   133:18
**performed**   125:22
125:25 126:19
128:16 144:18
146:14 148:13
**perjury**   200:8,9
**permanent**   47:9
58:22 59:2 60:2
**permitted**   165:13,16
**permitting**   9:15
**persist**   157:2 163:3
165:2 170:15 175:3

175:4 187:19 188:5
188:14
**persistent**  107:17
**persister**  60:16,22
175:15
**persisting**  177:18
**person**  44:25 47:25
49:21 50:3,13 59:12
62:4 66:4 67:7,10
67:13,14 68:2 73:5
74:24 75:2,6,6,9
77:22 96:21,25 97:3
97:6,11,17,19,20,22
112:18 113:3,10,19
114:15,16 115:3,11
115:14,20 116:4,12
116:13,19 129:17
132:9,12,24 133:8
133:22 134:16
137:25 138:16,18
139:11 140:10,10
140:15 149:6
150:11,25 152:6,23
154:2 163:14 182:7
**person's**  61:8,11,16
68:11 76:16 90:22
90:22 107:20 110:4
119:20 130:24
135:22 136:4,9
138:22 151:12,20
**personal**  110:17
**personally**  16:20
110:23 112:11
**persons**  28:18 42:7
79:9 92:16 95:18,23
99:2 102:16 109:16
128:17 131:24
152:14 153:21
195:4
**perspective**  93:21
144:21 149:19
150:8,9,13,18,20,21
160:8 189:15
**peruse**  184:11

**ph.d.**  166:19
**pharmaceutical**
34:24 35:6
**phenomenon**  54:12
54:22 162:11
**philosophy**  160:18
**phrase**  171:11,12
**physical**  102:6
151:15 192:12
**physically**  70:5,18
73:6
**physician**  75:8,10
75:17
**physicians**  77:17
112:15
**physiology**  151:12
151:14
**pick**  7:11
**picture**  179:3
**piece**  96:15 148:2
**place**  77:4 88:18
150:3
**places**  178:19
**plaintiff**  9:10 10:3
15:15
**plaintiffs**  1:7 3:5,12
3:18 9:18 18:3 20:2
**planning**  10:18
101:8
**plantation**  100:2
**plastic**  111:3 142:24
143:5 144:8,10,13
145:2,3,7,9,10,12
148:15
**play**  83:23 174:17
174:17 191:6
**playing**  103:4
**please**  7:4,18,23,23
23:22 27:19 32:23
90:15 129:21
184:11 195:22
**pneumonia**  49:2
**point**  7:8 8:3 12:7
12:13 13:24 14:14
25:16 26:25 27:2

29:18 46:8 60:22
61:10,25 91:13
140:12 178:8
187:11 188:16
189:13 190:11,24
191:12,16,18
192:10
**pointed**  89:9 191:17
**points**  12:15 187:17
187:25 191:13
**policies**  10:7
**policy**  21:12 108:17
108:22
**population**  94:9
96:14 173:11,12
180:5,8 190:7
**populations**  27:24
**portal**  56:8
**portion**  24:16 89:18
122:8 184:10
**portions**  183:24
185:16
**position**  163:2
**possibilities**  48:23
67:24 161:7
**possibility**  115:13
127:13 158:4
160:23
**possible**  40:4,6
55:15 89:20 97:18
114:15,19 115:2,16
115:17,18 138:23
140:19,20 157:17
160:21 166:3
**post**  59:11,21,24
**postpubescent**
180:20
**potentially**  140:8
**powerfully**  55:19
**practice**  28:17,20,22
29:8 30:3,5 34:9
41:3,4,5 42:5 44:6
44:22 47:21 63:12
67:5 74:17 78:25
79:8 83:6,8 106:23

128:21,22 141:2
160:15
**practices**  100:11
160:13 164:4
**practitioner**  115:19
**practitioners**  114:23
141:24
**preceded**  13:7
**precise**  49:4
**precondition**  129:15
**predecessor**  166:21
**predicators**  65:8
**predict**  169:18
170:10 188:2,4,13
**prefer**  88:7
**prejudice**  110:9
**prep**  81:6
**preparation**  17:15
17:23 106:14,17,18
121:22
**prepare**  11:5,21
16:20,23 17:2,4,17
17:20
**prepared**  18:23
105:7
**preparing**  18:7
20:20 83:10 105:21
118:14 122:2
**prepubertal**  176:8
176:25 177:9
190:17
**prepubescent**  36:2
42:25 60:8,20 93:9
164:5 172:10
180:16,19
**prepubic**  176:11
**prescribe**  37:17
46:4 77:17
**prescribed**  46:2
129:11
**prescription**  44:9
**present**  42:16 50:21
55:8 60:8 68:14
174:12 188:2,3,12

**presentation** 31:12
38:15 40:9 67:16
**presentations** 50:10
67:21 68:16,19
**presenting** 38:23
**presently** 30:2 31:4
45:17 103:9
**pressure** 151:20
**presumably** 110:11
**presumed** 125:24
126:18
**pretty** 151:9 169:23
171:18
**prevalence** 100:14
100:15
**prevalent** 61:12,19
81:16
**prevent** 36:5,9,17
36:21 160:13
162:19 172:5 175:2
**preventing** 162:22
**previously** 33:23
**primary** 73:20,24
74:2 75:13,17 77:5
77:6 90:7
**prior** 13:7 15:22
126:4,22 129:4,8,9
129:12 145:8
**prison** 63:14,19
**private** 28:22 41:3,4
41:5 42:5
**privy** 87:10
**probably** 12:14 19:2
21:16 39:2,15 41:9
54:16 113:17 171:6
**problem** 131:10,12
**problems** 135:19
**procedure** 44:19
45:5 74:22 80:5
84:19 85:7,17
108:25 111:13
112:3,5,19 113:21
114:17 115:4,8,12
115:15,23 116:3
118:9 136:14

137:22,24 138:11
138:16,21 139:4
140:6 145:9,10
147:18 148:13,22
148:25 149:17
150:4 151:5
**procedures** 22:21
24:22,23 25:21 26:5
26:11,16,22 44:11
71:9,17 74:12,13
76:21 78:21 83:21
84:2,9,22 85:19
86:2,5,11,14,17,21
86:23 87:7 88:2,3
88:13,15,20,22 89:2
89:7,13,16,20 90:5
108:23 109:13,19
113:23 114:22
115:5,6 117:19,21
117:23 118:22,25
119:12,17,19,22
120:14,16,23 121:3
123:4 125:21,24
126:18 127:3,11
128:16 129:7,15
139:15,16 140:4,6,7
140:12,13,22 143:6
144:18 145:4,6,8
146:2,13,23 147:5
148:15 149:10
153:23 176:23,24
179:12,23 194:18
194:20
**proceed** 8:18
**proceeding** 6:24,24
**process** 34:23 84:4
87:9 101:17 132:22
132:23 153:8,17
157:15 172:7
**produce** 104:12
**produced** 82:25
**professional** 21:15
27:12 42:17 44:21
47:18 80:15,21
82:11 83:2,2,3

106:23 195:6,10,16
195:17
**professionals** 83:23
113:5 145:17,23
**program** 128:6
136:15
**prohibition** 122:16
**prohibits** 109:5
**project** 3:17
**prominent** 85:23
**proposed** 21:2 22:4
**prospective** 172:2
**protocol** 178:15
**protocols** 78:3,4,12
78:18
**proven** 36:16,20
127:15
**provide** 25:8 34:11
41:19 64:19 65:11
73:5,10 121:4
127:10 153:7 159:2
175:13 178:10
**provided** 38:3 43:9
63:5 75:12,22 76:7
126:4,22 134:3
**provider** 77:24
129:18 195:13
**providing** 153:8
159:6 178:10
**provoked** 62:9
**proxies** 159:18,20
161:10 163:19
**proxy** 161:23,23
**psychiatric** 14:2,12
14:13 29:11 48:3
51:8 53:21 66:7
69:11,19 70:4,18
71:14,15 73:4,12
90:14 91:3 92:25
97:15 99:7,16
100:20 133:20
195:8
**psychiatrist** 27:13
33:4,13 35:4,5
41:17 46:11 48:5

55:10 99:18 128:10
167:15 170:24
183:6
**psychiatrists** 101:2
**psychiatry** 47:14
52:17
**psychoanalyst**
27:14
**psychological** 69:20
70:17 72:20 79:3,7
92:25 93:3 141:11
192:13,20
**psychologist** 33:2,3
33:6 34:7
**psychomotor** 66:21
66:22
**psychopharmacol...**
30:9
**psychosis** 48:9
49:25 50:2,7 58:4
**psychosocial** 157:17
157:22 173:22
**psychotherapeutic**
41:22
**psychotherapy** 30:3
30:4 69:21
**psychotic** 49:22
50:4
**pubertal** 40:16
**puberty** 40:8,11,14
40:20 60:11,12,13
93:23 164:25 165:2
165:4 173:25
174:20 175:3,4,8,9
175:13,20,21 176:2
176:3,6 177:5
178:18 181:3
191:20 192:14,19
**pubic** 74:7
**public** 2:11 6:4
131:13 197:8
200:24
**publication** 103:11
**published** 14:2,12
19:8,9 21:4 27:21

33:24,25 36:18 87:5
93:6 103:23 166:6,8
185:16,18 186:6
187:8,13 189:22
192:4
**publishers** 184:17
**publishings** 27:24
**pull** 125:3
**purely** 113:24 143:5
143:19 145:24
146:4 147:7
**purpose** 35:25
125:22 126:19
**purposes** 87:20,21
110:11 118:8
119:10 125:25
147:25 148:25
149:5
**pursuant** 2:10 15:25
**put** 109:14 138:14
149:14 153:10
167:11 186:11
187:2,5

**q**

**qualify** 188:11
**quality** 93:13,16
**question** 5:9 7:24
8:2 13:9,17 17:18
37:21 38:25 39:3,4
39:10,13 40:2 45:22
45:24 57:7 59:25
61:15 62:18 67:25
76:24 88:17 90:18
92:9 95:11 96:2,10
96:19 97:14 101:20
104:24 112:25
114:24 116:6 120:8
134:5 135:5 136:2
139:6 140:24
141:16 142:14
146:17 150:18,19
152:5,19 154:2
162:8 165:12,15
167:13,14 174:4

178:12 179:16
186:9 188:22
**questions** 6:22 7:3
12:24 46:8 123:8
125:6 153:20
186:20 193:11
195:20,25
**quite** 7:9 13:10 57:6
61:14 119:4
**quotation** 109:14
**quote** 57:13 83:19
114:17 115:4
142:10,10,19,20
143:10,21 144:25
145:15,19 158:10
170:17,18 171:3
**quoted** 169:7 178:22

**r**

**r** 3:2 4:3 6:2,2 46:12
99:23 124:2 178:2
197:2
**race** 73:2
**racial** 98:10
**raise** 43:3
**random** 192:21
**range** 61:6,18 65:19
65:20
**rare** 94:8 190:3
**rarely** 77:17
**rate** 18:11 93:13,15
93:18
**rates** 94:15,16 95:5
95:13,17
**rationale** 101:23
**rationales** 102:17,19
**reach** 118:17
**reached** 173:24
**read** 7:7 19:17 20:14
22:18 39:11 40:3
63:12 69:18,19
83:19 84:12 96:2,4
106:13 107:6
117:14,17 118:7,15
120:8,11,21 121:2

125:20 126:12,14
130:2 132:2,6
143:21 144:25
145:22 146:13,21
147:3 158:11
166:19 167:16
169:15 186:8
191:12 193:6,21
200:10,12
**reading** 22:14
108:15 109:12
117:23 120:12
**reads** 118:8 126:17
142:16
**reality** 119:3
**really** 79:3,6,11,23
81:11 114:7 137:20
144:24 157:25
175:22
**reason** 8:17 55:9
101:4 113:6 114:20
115:15 201:5,8,11
201:14,17,20,23
202:5,8,11,14,17,20
202:23
**reasonable** 174:24
**reasons** 60:22,24
61:2 64:4 109:18
113:8 114:18
**reassignment** 19:20
20:8 22:7 88:24
94:18 108:5 137:3,4
137:10 179:7,11,19
179:23 193:22
194:3,6
**recall** 10:23 19:4
29:17 32:20 128:25
**recalling** 193:25
**receive** 40:11,14
127:25 174:25
189:9 196:3
**received** 15:21 38:4
38:10,21 59:14,16
61:22 107:19,24
126:23 140:22

**receives** 39:21 40:7
**receiving** 63:8
101:23 127:20
128:17 129:16
140:11 150:25
158:18 179:14
**recess** 17:7,10 67:4
123:16,18 173:4
186:17 193:9
195:23
**recision** 101:17
**recognize** 155:21
**recollection** 124:18
181:5 194:12
**recommend** 176:19
**recommendation**
44:8,10 45:8
**recommendations**
103:19 104:5,18
105:3,17
**recommended**
88:23
**recommending**
44:21
**recommends** 176:21
177:22 190:15
**reconstruct** 144:6
**reconstructing**
149:23
**reconstruction**
144:4,24 149:8,12
150:17
**reconstructive**
142:15,25 143:4,7
143:12,18,24
144:13,16,17 146:4
147:8,17 148:10
149:12,17,20
150:24 151:2
**record** 6:17 14:8
17:12 39:11 40:3
96:4 120:11 124:9
126:14 197:14
**recreate** 144:14

**recreated** 150:6
**reduce** 76:14,15,19
  78:22 92:24 113:14
  138:22
**reducing** 69:20
  70:16 78:11 109:20
  118:25 119:4
**reduction** 85:24
**refer** 12:7,23 13:6
  13:17,19 14:15,23
  20:6 22:24 23:5
  26:9 64:17,18 74:4
  82:17 83:8 136:13
**reference** 27:3 64:6
  94:12
**referenced** 85:18
**referred** 45:12 80:6
  80:16 119:25 122:2
  137:5 146:14
  187:21
**referring** 12:17
  14:23 20:5,10 21:24
  23:2,6 89:11 108:18
  117:2 121:3 122:9
  146:13 158:6
  165:19 180:19
**refers** 25:11 46:23
  46:24 49:9 64:13
  74:2 84:15 118:10
  119:12
**reflective** 141:23
**refresh** 194:12
**regard** 97:25
**regarding** 6:23 70:4
  193:22
**regimen** 91:4
**register** 21:4 24:10
**regret** 94:15 95:2,5
  95:13,17
**regulation** 19:23
  21:3,13 23:3,7,15
  23:16,18 25:5,15
  27:6 74:11 86:18
  87:25 88:4 108:19
  109:13 113:23

115:6 117:8,10
  118:19 119:10,15
  120:12,21 122:5
  123:5 127:3,6,7
  140:4,23 145:4
  148:17 193:13,16
  193:22 194:6,21,25
**regulation's** 20:11
**regulations** 22:5
  86:21 122:10,15
  151:10 194:14
**related** 25:14 27:15
  27:18,20 28:3,5,11
  28:20,21,25 29:3
  30:12 31:2,16 34:12
  43:6,17,18 61:20
  62:3,19 67:25 70:13
  90:6 103:11 114:9
  122:17,17 141:20
  143:2 197:17
**relates** 25:13
**relationship** 63:4
  98:17 130:22,25
**relationships** 68:10
  153:4
**relative** 92:7
**relatively** 94:3,6
  111:5 161:25
  162:10 163:12
  192:10
**relativeness** 51:10
**released** 185:20
**relevant** 38:15,20
  152:8
**reliability** 93:18
**relieve** 153:23
**religious** 98:10
**reluctant** 114:12
  168:9
**rely** 78:24
**remember** 17:22,23
  52:9 193:19,23
**remembering** 89:6,7
**remind** 45:20 123:6

**removal** 101:22
**remove** 101:17
**removed** 101:13
**repeal** 122:15
**repeat** 182:16
**repeatedly** 99:25
**repetitive** 105:20
**rephrase** 7:5
**report** 16:5,19,21
  17:2,4,15,17,21,24
  18:7,15,18,24 20:18
  20:20 21:21 22:11
  23:19 24:14,18
  52:20 63:21 66:8,12
  66:12,25 69:5 83:10
  90:12 91:9 94:11
  105:21 106:14,17
  107:2 108:15 117:2
  118:14,20 119:6
  120:3 121:22 122:3
  127:2 129:22
  130:15 134:22
  135:10 142:7,11
  193:16 198:15
**reported** 1:23 66:10
**reporter** 7:6,13 8:5
  15:7 16:8 24:3 82:6
  121:13 124:10
  155:12 168:21
  169:22 183:12
**reporter's** 8:9
**reporting** 56:3
**reports** 56:9 106:20
  106:22 134:21,23
**represent** 161:7
  183:23
**represented** 29:22
**reputation** 35:11,16
  35:20,21
**requests** 198:6,10
**require** 13:6 54:8
  78:7 112:14 129:4,8
  149:8 153:3
**required** 153:5

**removal** 59:22
**requires** 59:22
  74:21 150:16
  152:23 182:7
**requiring** 109:21
  157:16
**research** 33:21 42:7
  50:22 61:4 92:12
  136:21 154:9 156:9
  158:11,13,15
  163:19 172:2,12,18
  172:21,23,23
  189:14,22,23,25
  190:5,6
**researcher** 35:24
**reserved** 5:9
**resident** 128:9
**resolved** 99:14
  116:23
**resolves** 60:10,11,12
**respect** 7:23 49:14
  55:2 68:21 70:15
  76:25 80:2 90:3
  92:6,17 103:7 110:6
  111:7 120:6 134:10
  140:16 147:15
  148:22 172:17
  177:14 186:21
  193:12 194:2,5,17
**respected** 35:23
**respective** 5:5
**respond** 166:9
**responding** 166:10
**responds** 159:10
**response** 97:14
  122:13 170:22
**responses** 97:19
  166:7
**rest** 21:10
**restate** 179:16
**restrict** 66:21
**restricted** 190:5
**restroom** 131:9,9,15
**restrooms** 131:13
**result** 150:4 175:14

retain  102:9
retained  102:15
  178:10
retardation  66:21
reveal  168:13
revealing  29:13
reversal  94:17
reversible  175:9
review  118:15 155:7
  155:15 199:9
reviewed  20:20
  25:19 105:23
  121:21
reviewing  106:16
revised  122:15
revision  32:14 101:9
revisions  32:14
rhinoplastic  113:10
rhinoplasty  110:2
  113:6,22 115:9
rid  67:17,22
right  9:19 11:23
  22:2 36:25 64:16
  65:4 66:14 75:11
  81:7 95:11 119:14
  134:6 158:24
  161:13 181:19
  191:16
risk  180:6 191:20
risks  167:9 182:10
  182:11
rivera  3:17 11:12
riya  1:5
robert  46:12
robust  98:23
role  32:9 59:18
  80:14 83:24 103:4
  107:23 120:13
  165:16 167:10
  168:11 191:6
  195:12
roman  24:21 26:10
  26:20 86:6,18 87:25
  115:7 117:11,15,16
  117:20 119:17

120:14 145:5,7,11
  148:16,16,19
  149:11 184:18
room  11:9 131:17
  131:17
rough  138:6
roughly  10:24
rule  48:16,25
ruled  48:4
rulemaking  21:2
  22:5 23:24 24:7,9
  25:12 198:18
rulings  198:8
run  99:25 141:12
  186:20
running  20:17
runs  54:2

## s

s  3:2 4:3,11 6:2
  46:12,22,22 106:12
  124:2,2,2 178:2
safe  172:17
samples  92:14
san  163:14 177:24
satisfaction  93:2
saw  57:17 58:5
  124:20,22 148:15
saying  8:6 25:7 60:4
  70:15 119:16
  127:15 135:9,12
  137:18 146:19
  167:2 180:15
  188:12
says  15:13 24:9,21
  25:11 53:25 82:9
  84:8 91:18 116:21
  117:8 119:10 122:9
  122:24 126:17
  127:14 142:12,24
  155:15 159:10
  165:11 168:5 179:2
  184:24 190:25
  192:9

schizophrenia
  100:14,16,18
schneiderman  4:6
scholarly  157:8
school  58:11 68:8,9
  134:4,21 135:18,18
  135:19 168:17,24
  174:13 177:20
  181:6 199:13
schools  56:10
  176:14,18
scope  178:8 183:5
scrap  147:2
se  113:12 188:19
sealing  5:6
seat  170:20
second  22:14 24:20
  34:21 142:23
  155:21 159:15
secondary  73:20
  74:3,6,7,8,9,14,22
  90:6,8 175:6,10
section  21:3 22:20
  23:6,16 24:19 25:20
  26:2 27:3 70:12
  101:9 107:7,12
  109:5 142:14
  146:12 185:3,6,13
  185:22 187:15
  189:2
see  15:18 16:15
  18:15 19:14 22:12
  22:16,22 26:2,5,12
  30:8,11,11,15 36:19
  39:16 48:24 52:22
  54:18 55:18 61:21
  66:24 67:20 69:8,12
  82:15 83:16 84:5
  86:7 91:17,21 94:18
  107:4,9 109:7 118:5
  118:12 124:15
  125:8,18 129:24
  130:6 133:3 138:9
  139:17 141:19
  142:17 143:19

145:17 146:5
  147:20 148:20
  155:18 156:10
  169:2,13 178:24
  179:8 184:22
  185:10 187:9
  189:10,18 191:2,8
seeing  141:9,14,23
  160:5
seek  71:24 80:15
  110:17,20 112:3
  115:14 141:3,14,19
  152:14
seeking  112:18
  129:17 141:10
  152:6
seen  96:5 114:11
  124:17 126:24
  140:19 169:6
self  56:3 66:8,12,25
  160:17
sense  25:4 39:13,14
  39:15,17 46:13
  64:19 68:11,22
  76:16 81:20 92:13
  144:21
sensitive  79:17
sensitivities  79:18
sensory  85:3
sentence  22:15
  107:3 125:17
  131:20 146:21
  147:3,9,12 165:11
  169:23
sentences  69:17
separate  28:9 29:10
  48:22
series  6:22
serve  34:25 81:20,21
  159:18
served  32:12 33:18
  35:8
services  9:19 23:9
  25:7,14 26:4,11,16
  29:11 34:11 117:4

117:19,21 118:9
121:5 122:18 123:2
125:9 126:10
129:15 165:3
**serving**  102:24
**set**  103:23 197:12,22
**settings**  174:13
**settled**  161:5
**seventh**  3:13
**severe**  51:12 61:24
**severity**  97:12
**sex**  31:13 73:20,21
73:24 74:2,3,8,9,15
74:22 90:6,8 137:4
137:5,6,7 175:6
177:10,22
**sexes**  137:2
**sexual**  32:14 33:10
34:17 70:13 74:5
81:12 98:10,21
100:8,10 102:25
103:2
**sexualism**  172:12
**sexuality**  27:16,18
28:3,6,11,14,15,15
28:25 29:3 30:12
34:12 42:19
**shake**  7:17
**shaped**  39:7
**share**  57:19 159:16
**shave**  75:17 85:21
**sheet**  200:2,16 201:2
202:2
**shoes**  133:4
**short**  172:25 186:15
**shorthand**  12:4
23:12 87:19,21 88:5
115:8
**show**  52:4 129:18
**showed**  192:18
**showing**  50:22
**shown**  91:19
**shows**  54:14 93:11
**side**  153:14 174:14

**signature**  197:24
201:24 202:24
**signed**  5:13,15
**significant**  64:3 68:4
72:23 91:11,19
108:2 114:20
**significantly**  57:14
**signs**  49:24
**similar**  13:4 104:8
144:14 191:13
**similarly**  1:6
**simple**  26:25
**simply**  109:16
112:19 115:12
118:23 119:7 149:4
165:17 167:12
**sis**  46:22 47:2
109:18 111:8,21
113:7 114:15
133:16 136:20
150:20 151:8,10
**sissy**  166:21
**situated**  1:6
**situation**  87:12
112:13 114:13
116:5,6
**situations**  142:13
**six**  33:12,14 54:4,9
55:11,16 65:10
130:18,20
**sketchy**  92:12
**skews**  141:2
**skills**  51:13,14,15
**skin**  73:7 111:5
**slaves**  99:24 100:3
**sleeping**  66:17
**slip**  12:16
**small**  92:15 93:19
94:3,6 110:24 190:4
190:7
**soc**  83:17,19 84:8,14
84:15,18,21 107:8
142:14
**social**  51:13,14,15
57:15 72:23 96:16

96:22,24 97:7,10,24
99:19,20 110:8
156:5,19 157:6,11
157:19 158:14
163:11 164:18,19
167:7 170:6 172:9
174:5,9,13
**socially**  166:13
167:2,4,24
**societies**  100:10
**society**  3:4
**society's**  188:19
**solely**  30:12 112:4
115:15 118:10
119:12,19 120:16
120:23 125:22,25
126:19
**solid**  164:12
**somebody**  54:14
72:13,19,21 75:15
75:22 77:2,12,23
80:2 131:14 149:9
149:15 167:9
179:22
**somewhat**  51:11
64:5
**sorry**  20:13 95:10
**sort**  64:19 65:6,7
78:9 85:20 87:2
114:8 116:25 117:4
128:14 161:6
163:18 181:10
184:16
**sought**  141:7
**source**  169:25
**southern**  1:3 6:25
100:2
**speak**  136:13 159:23
159:24 181:14,15
181:18,19,21
**speaking**  28:18
53:10 171:6 181:25
**special**  185:19
**specialized**  105:10

**specific**  84:25 85:2,4
85:19 116:3
**specifically**  20:5,10
58:12 65:10 143:2
**specifier**  59:11,20
59:21,24
**spectrum**  50:24
51:5,21
**speeded**  66:23
**spitzer**  33:22
**spoke**  22:7 48:17
50:19 52:8 178:15
**ss**  197:4
**stab**  138:9
**stable**  144:11
**stages**  181:2,3
**standard**  53:21,23
79:11 82:23 84:14
84:15 88:7 142:21
144:25 194:22
**standardized**
189:16
**standards**  78:15,17
78:25 79:2,14,23
81:25 82:12,18,20
82:24 84:14 86:12
86:15,24 87:5,9,23
88:13,19,22 89:6,25
92:24 105:24 106:3
106:6,7,10 108:9,12
143:23 145:15,20
154:6,14,18,24
193:18 194:3,7,15
195:2 198:19
**start**  7:8,25 8:3
12:19 13:24 22:14
39:19 51:24 54:7
72:16 75:24 76:11
97:8 138:13 187:18
**started**  60:3 93:24
163:7
**starting**  18:14 71:12
129:23 192:5
**starts**  26:15

**state**  1:10 2:7,11 4:5
  6:8,14,16 19:22
  21:4 25:6,7,16 29:7
  29:9,16,23 33:14
  83:20 84:8,18,21
  87:6 108:16 121:17
  122:10 124:12
  128:7,18 129:8,17
  136:23 164:12
  197:3,8 200:25
**stated**  179:18
**statement**  19:25
  25:20 69:10 71:11
  84:14 99:7,9,11
  109:15 130:8 132:6
  143:8 146:7 165:21
  171:10 191:10,24
  192:17 193:5,15
**states**  1:2 15:14
  95:18,24 96:7,12
  99:3 111:16 156:4
  159:15 162:15
**stating**  26:15
**statistical**  14:10,16
**status**  94:18
**stay**  62:6 103:17
**stepping**  181:11
**stipulated**  5:3,7,11
**stoller**  46:11,12
**stop**  17:6 87:18
  175:8
**stopping**  63:18
**stops**  60:21
**store**  133:2
**story**  166:5
**street**  3:7,19 6:11
**stress**  92:10 98:4,7
  98:13,19 99:2 152:2
  152:3 188:17
**strike**  39:19 54:6
  72:16 85:5 88:20
  138:12 194:4
**strong**  64:13,18,20
  66:8 130:25 132:12

**strongly**  131:18
**studied**  42:9
**studies**  51:17,23,24
  52:4 91:19 92:13,14
  93:4,14 94:25 95:7
  95:12,16 142:4
  171:21 189:16
  192:5,25
**study**  33:22 42:12
  61:6 93:7,11,16,19
  93:21,21,22 94:2,4
  94:10,13,21 95:5,9
  95:21 166:22 188:7
  191:21,25 192:2,18
  192:22 193:4,5
**studying**  96:13
**sub**  33:7,12,15
**subdivision**  118:8
  119:11
**subheading**  190:22
**subject**  23:18
**subjective**  31:14
  66:19 90:21 97:21
  130:21 138:24
  191:6
**subjectively**  53:13
  116:10 138:2,18
**subjectivities**  151:8
**subjectivity**  78:6
  137:15 151:8,9
**subjects**  166:3
  191:22
**submit**  165:24
**submitting**  103:10
**subpoena**  15:5,14
  15:21,25 198:14
**subscribed**  196:10
  200:21
**subsection**  27:4
**substance**  30:24
  92:3,11 98:21
**substances**  151:21
**subtle**  133:11
**subtleties**  132:23

**subtly**  133:13
**success**  139:4
**successfully**  108:25
**suffering**  115:24
**suggest**  98:19 127:9
**suggesting**  177:17
**suggestive**  127:13
**suggests**  79:15
  92:22 191:19
**suicidal**  41:24 63:20
  68:15 176:5 179:12
  180:7
**suicide**  179:5,18
  180:4,6
**suing**  9:19
**suits**  10:4
**summarizing**  185:8
  185:24
**sunday**  155:7,8,15
  155:16 166:8
  172:16 199:8,9
**suny**  29:19,21 128:8
**support**  41:23 73:3
  171:22
**supporting**  164:13
  164:18
**supports**  157:22
**supposed**  149:24
**suppressed**  40:21
**suppressing**  192:14
**suppression**  40:8,12
  40:14 164:25 177:4
  178:18 191:19
  192:20
**sure**  7:18 11:23
  21:25 26:8 85:19
  93:15 96:23 97:23
  104:23 105:4,13
  112:24 132:20
  139:7 143:9,13
  144:3 151:10
  152:21 162:7
  163:24 179:25
  180:2 182:24
  187:14 190:14

**surgeons**  72:2 75:14
**surgeries**  85:9 88:24
  89:3 110:25 111:3
  111:17,20 143:3,13
**surgery**  24:22 26:10
  44:13,15,16 59:15
  83:22 84:10,20,24
  85:2,3,8,13,20 88:8
  88:11 91:5 93:25
  108:5 110:10,18
  117:20 118:9
  119:11 123:3 137:3
  137:4,10,11 142:16
  142:25 143:5 144:5
  144:8,8,10,22 145:2
  145:3,7,9,10,23
  146:3 147:23
  149:12,17 156:5,14
  168:18,25 193:23
  194:3,6,19 199:14
**surgical**  44:11 45:4
  71:9,17 73:13 74:21
  76:10,12 80:4 83:20
  84:9,19 85:7 87:6
  88:20 89:13,16,20
  89:24 90:5 107:15
  108:13 118:22
  141:14,19 146:2,23
  147:5 153:22
  176:23,24 177:11
  190:16
**surgically**  44:19
**surrounding**  42:24
**sweden**  94:13,23
  99:4
**swedes**  96:10
**swedish**  94:22 95:19
  95:21,22
**sworn**  5:12,15 6:3
  8:19 10:25 196:10
  197:12 200:21
**sylvia**  3:17 11:12
**symptom**  55:19 56:9
  66:20 70:2 130:9
  131:3 132:13

**symptoms** 53:14
  55:6,22,25 56:13,21
  58:6,7,9 59:12
  65:20 66:10,11,16
  66:20,25 69:21,23
  69:24 70:17 72:16
  78:9,11 90:21 92:25
  97:20
**syndrome** 166:22
**synonym** 36:8
**system** 127:24
  128:23
**systems** 157:17

**t**

**t** 4:6 46:12 78:14
  82:10 99:23 124:2
  178:2 197:2,2
**table** 12:3
**tact** 162:21
**take** 8:6 17:7,20
  52:19 55:10 77:4
  101:8 107:22
  123:14,17 133:18
  138:9 149:14
  156:13 163:2
  169:21 172:25
  186:15
**taken** 17:10 67:4
  101:19 123:16
  173:4 186:17 193:9
  195:23 200:11
**takes** 26:24 53:12
  57:25
**talk** 8:7 28:10 62:23
  64:11,23 68:6 79:5
  85:16 88:7 97:16
  144:21 158:2
  176:12
**talked** 167:22
**talking** 7:25 8:4
  12:10,14 13:24
  23:17 27:5 37:25
  49:6,8,18 56:24
  58:6 64:23 85:6

86:9,22 87:2,21
  88:3 91:14,24 114:5
  115:5,9 134:6
  138:10 144:3,5
  146:18,22 147:10
  147:17,21,22 148:6
  148:8,11,12,18
  151:24 162:9
  164:19,20 165:7
  170:5 171:14 173:9
  173:19 176:13,15
  177:21 180:14
  181:9
**talks** 57:8 88:10,19
  98:8
**tanner** 180:25 181:3
**task** 8:9
**tasked** 32:13
**teach** 174:17
**teacher** 134:23
  135:9,15
**teachers** 134:4
**tease** 132:20
**teased** 65:5 143:15
**technical** 31:24
**technique** 175:22
**techniques** 71:7
**telephone** 171:4
**tell** 14:7,22 16:17
  24:16 31:20 32:23
  35:14,21 70:20
  73:23 153:12,13
  156:25 168:8,12
  170:18 196:4
**telling** 168:13
**temporal** 54:17,25
**tend** 13:19 92:17
**tends** 61:11,19
  70:10 92:24
**term** 12:16 13:5,7
  23:14 31:7,24 32:4
  32:4 36:7,7 43:23
  43:25 44:4 46:10,15
  46:23 47:2,6 60:16
  66:13 73:19 77:11

77:15 78:12 80:11
  85:11 93:4 98:3
  109:10 136:17
  137:21 143:17,24
  143:25 144:17,22
  145:2,3 158:16
  180:18 191:21
  192:2,13
**terminology** 127:21
**terms** 11:25 13:3
  47:4 50:18 60:19
  62:20 67:15 68:13
  73:11 75:25 79:8,20
  84:24 93:17 97:25
  104:18 105:7
  113:18 143:11
  144:4 150:22 152:6
  157:22 158:17,23
  162:11 182:25
  191:5
**testified** 6:4 186:25
  190:13
**testify** 8:23
**testifying** 81:19
**testimony** 8:13,18
  9:25 10:2,11,14,17
  10:22,25 15:25 18:3
  45:25 51:16 52:3
  62:14 72:6 79:25
  81:15 88:21 90:24
  102:13 111:6
  116:16 135:20
  177:7 178:9 181:8
  193:15,19 194:2,10
  194:12 197:14
**testing** 95:5
**tests** 192:20
**text** 25:13 53:3
  57:17 118:18
  125:12
**thank** 89:14 184:8
  196:2,5
**thanks** 17:12 137:20
**themself** 59:19
  116:12 162:18

**theoretically** 115:2
**therapeutic** 136:15
  172:4
**therapy** 10:20
  107:19,21 129:2
  141:20 145:10
  154:10
**thesis** 166:19
**thin** 108:10
**thing** 71:5 81:7
  132:15 150:5 172:9
  174:24 176:16
**things** 17:9 19:2
  43:22 48:16,17
  49:11,12,14,18
  58:13 63:12 66:16
  133:17 144:5
  151:22 152:25
  187:10,10
**think** 8:3 9:22 10:18
  11:11 13:18 17:18
  26:7 29:25 35:17,19
  35:23 37:3 39:16
  42:3 43:20 44:14
  50:11 58:21 61:6,20
  61:21 62:18,20
  71:10,22 72:12,17
  75:8 77:18,21 89:9
  92:8 93:20,25 96:5
  96:12,14 100:18
  101:4 108:9 109:12
  109:22 114:6,7,20
  115:10 116:11,13
  118:20 129:10
  130:10 133:17
  143:10 144:15,20
  147:25 154:8
  157:14 163:12
  164:3 169:7 171:25
  175:17,18,23
  177:18 180:11,11
  180:13 181:8,13
  186:18 194:9
**thinking** 49:16
  133:6

| | | | |
|---|---|---|---|
| **third**   107:2 145:19 | **top**   15:13 16:10 24:8 | 156:7,19 157:6,11 | 161:15,24 178:4 |
| 147:24 164:10 | 91:16 94:12 121:18 | 157:14,19,21,23 | 183:7,15 199:16 |
| 169:11 190:11 | 155:15 159:9 | 158:15 161:6 | **treatment**   19:24 |
| **thought**   10:6,8 12:2 | 188:16 192:8 | 163:12 164:13,19 | 25:8 28:11,20 30:22 |
| 105:8 137:6 176:14 | **topic**   20:2 90:9 | 165:13,16,18 167:7 | 37:16,17 38:3,4 |
| 176:19 177:21 | **toronto**   33:2 34:11 | 167:12,24 170:6 | 41:20,21,22,24,25 |
| **thoughts**   42:21 | 163:25 165:8 | 172:10 174:9 175:5 | 42:10,22,24 43:3,9 |
| **threat**   179:18 | 172:22 | **transitioned**   166:13 | 44:6,9 45:8,14 59:7 |
| **threats**   179:5 | **tracheal**   75:16 | 167:2,10 | 59:14,16 61:23 62:5 |
| **three**   10:24 68:15,17 | **traditional**   80:8 | **transitioning**   167:5 | 63:5,9,18 69:7 70:5 |
| 89:25 128:9 164:23 | **tragedy**   62:8 | **transsexual**   42:2 | 70:8,18,25 71:9,16 |
| 166:3 171:15,22,25 | **trans**   35:24 81:4 | 80:16 82:2,13 | 73:6,10 75:7 76:5,9 |
| 172:17,19 174:3,22 | 136:18 156:7,16 | 115:11 198:21 | 76:13 77:18 78:4,5 |
| 176:13,14,18 | 160:14 166:23 | **transsexualism**   36:6 | 78:22 79:7,12,22 |
| 181:20 189:12 | **transcript**   7:14 | 36:6,10,17,22 70:11 | 81:10 87:17 90:20 |
| 191:14 | 196:3 200:10 | 162:19,23 172:6 | 91:4 93:12,24 |
| **time**   5:10 7:3,25 | **transforming**   70:9 | **trauma**   149:6,10 | 101:24 102:2,3 |
| 12:7,16 17:6 18:23 | **transgender**   21:16 | **treacherous**   169:17 | 104:19 105:2,10,12 |
| 26:24 31:25 34:2 | 23:8 25:14 42:14 | 169:22 170:7,9 | 105:17 106:7 107:8 |
| 45:16 47:9 54:11 | 46:22,24,25 47:3,4 | **treat**   27:19 28:23 | 107:15,16 108:7,13 |
| 59:23 61:8 62:2 | 63:13 82:3,11,13 | 30:7,19,20,20,21,23 | 109:22,25 112:21 |
| 67:11 71:10 108:2 | 83:4 108:24 109:2 | 35:12 38:9,16 42:15 | 113:13,13,16 116:9 |
| 123:14 124:20 | 111:22 112:2,18 | 45:5,18 49:25 54:22 | 129:4,16,18,19 |
| 133:12 173:7 | 113:3,9,19 114:16 | 74:14 77:25 80:5,23 | 137:20 141:8,10 |
| 175:24 186:11,13 | 115:3,14 118:22 | 113:11 148:13 | 144:2 146:15 |
| 187:4,5 196:5,6 | 122:17 131:12 | 154:4,11,25 167:15 | 147:10,11,13 148:8 |
| **times**   9:3 12:23 | 136:22 137:7,14 | 167:17 | 150:25 152:7,9,11 |
| 61:22 155:6,7,15 | 140:11 144:19,20 | **treated**   37:5,10,24 | 152:20 153:16,17 |
| 165:23 168:16,24 | 144:23 149:20 | 38:11 41:2,6,7,10 | 154:19 159:3,4 |
| 199:7,8,12 | 150:9,14,21 151:9 | 41:14 42:4 45:16 | 162:4,13,15 163:21 |
| **timing**   84:2 | 156:20,20 160:2,4,8 | 59:3 73:12 131:2 | 164:22 166:16,24 |
| **tired**   66:18 | 160:9,12,25 168:4 | 132:21,23 134:25 | 174:2,11 176:20,22 |
| **title**   19:14 82:12 | 168:17,25 169:19 | 140:21 166:20 | 177:3 179:14 182:2 |
| 183:15,20 184:4,6 | 170:11 180:8 183:8 | **treater**   77:6 78:9 | 182:8,11,19 184:24 |
| **titled**   24:7 26:10 | 183:15 198:21 | **treating**   27:15 28:17 | 189:14 190:8,16,23 |
| 124:13 168:24 | 199:14,17 | 29:2 35:25 40:23 | 190:25 191:4 |
| 185:7 | **transgenderism** | 41:12 42:13 43:5 | 195:14 |
| **today**   6:22 7:4,9,10 | 136:19 | 45:17 65:14 66:5 | **treatments**   19:20 |
| 7:21 8:13,18 10:6 | **transient**   54:12,22 | 74:17,19 75:7,10 | 20:8,11 22:7,19 |
| 11:5 12:7,8,11,14 | **transition**   44:19 | 77:12,22 80:2 87:14 | 30:9 38:9,21 39:6,7 |
| 13:2 15:22,24 18:4 | 59:11,21,24 80:19 | 109:15 112:15 | 39:18,20,22 41:18 |
| 23:5 43:12 46:16 | 80:22,24 81:13 84:4 | 113:4 114:22 | 43:11,17 73:13 |
| 172:14 | 85:15 92:19,22 | 115:20 136:22 | 75:11,12,21,25 76:3 |
| **told**   66:4 | 94:16 109:2 122:17 | 139:10,13 141:24 | 76:6,8 77:2,4,7 78:7 |
| | 137:9 141:3,5 156:5 | 154:16 157:7 158:7 | 79:3 87:22 141:11 |

144:13 153:6
173:16 189:8
**treats**  154:23
**trial**  5:10
**tries**  119:6
**trouble**  134:22
**true**  59:5 80:16
97:17 104:22,25
111:16 150:2,22
180:9 197:14
200:13
**truthfully**  8:23
**try**  7:5,11 8:6,7 36:5
36:9 44:4 71:5
97:15,16 139:11
144:13 160:13
162:16,19 172:5,6
172:11
**trying**  72:12,17
76:18 88:5 99:15
100:4 117:4 133:14
147:16 148:3
163:17 167:7
171:13 184:7 188:8
**tuesday**  1:18
**turn**  19:13 69:4
83:13 106:25
124:23 129:21
**twenties**  93:10
**two**  10:24 11:8
21:12 31:23 54:5
55:8,16 98:17 103:9
132:4,15 151:7
172:4 173:10
180:24 181:18
187:25 189:12
**type**  37:16 38:2 51:4
59:22 111:13
115:14 141:10
149:6 174:16
**types**  41:18 64:14
76:25 86:11,16
140:3
**typical**  85:25

**u**

**u.s.**  178:16
**ulm**  33:5
**um**  12:12 57:2
125:10 143:22
169:5
**unable**  107:22
**unacceptable**  99:20
**unaware**  73:9
**uncomfortable**
50:15
**undergoing**  139:15
139:15 179:22
**understand**  7:3,5
8:2,15 12:9,12,20
12:22 13:10,11,20
13:22 14:16 23:11
23:17 25:12 27:5
37:21 38:25 39:10
41:13 45:25 51:16
52:3 56:24 57:6
61:15 62:14 76:24
78:16 81:15 84:16
88:3,6 96:19,23
102:13,23 111:6
112:24 116:16
126:5 135:5 138:5
146:12,17 147:9
152:21 153:15
176:15 177:7
182:10,16,17,18,19
**understanding**  13:2
14:9 25:2,5 70:23
73:24 74:13 77:10
77:14 84:7,21,23
87:4 88:12 91:8
95:4 96:6 143:25
147:14 167:6 182:8
200:16
**understood**  35:19
134:9 135:20 162:7
**underwent**  192:19
**unfold**  163:7

**unfolding**  172:7
**unfortunately**
142:24
**unique**  57:5,17,25
69:11 71:14 73:15
90:14,16,20 136:11
**uniqueness**  70:7
**united**  1:2 15:14
95:18,24 96:7,11
99:3 111:16 162:15
**universe**  21:19
75:21 88:12
**unknown**  51:2
60:22,24 61:2
**unquote**  114:17
115:4
**unrelated**  113:16
118:24
**unusual**  179:21
180:2
**update**  19:9 121:11
121:16 122:22,24
124:6,13 199:4,6
**updated**  186:5
**updates**  122:4,10
**upper**  82:9
**usa**  10:6
**use**  9:19 13:5,22
23:14 31:6 43:23,25
44:4 47:6 78:12
79:20 85:11,12
87:19 91:6 102:6
109:9 111:7,21
113:7 127:21
137:21 139:22
140:5 170:8,17
172:6 180:23
192:14
**uses**  104:14 143:17
143:23
**usual**  179:25
**usually**  44:20 46:5
50:2 58:25 139:18
157:16 176:3

**utilize**  83:6
**utilized**  83:9

**v**

**v**  12:5 14:21,24
15:15 24:21 26:10
26:20 32:5,8,12
35:2 52:8,13,16
53:7,7,24 59:9,23
61:9 64:14 69:24
71:22 72:8 86:6,18
87:25 88:4 101:17
102:15 104:2,17
115:7 117:11,14,16
117:20 118:3,8,15
119:9,18 120:4,6,14
120:22 140:5,23
145:5,7,11 148:16
148:19 149:11
194:18
**vague**  64:5 181:5
**validated**  189:17
**valuation**  94:22
**value**  14:16
**vanity**  109:3,10
110:6,12,14 111:9
111:13,17,23 113:8
114:18 115:12,15
115:22 116:19
**variant**  159:17
**variants**  185:7
**varied**  62:20
**varies**  57:22
**variety**  62:15
109:17
**various**  12:15 42:21
62:3 93:23 113:4
130:22 161:24
176:12
**vary**  47:10 61:4
**verbally**  7:19
**version**  14:19,24
103:23,24,25 104:6
174:15 179:3

**versus**  49:2,2 99:20
  142:15 143:12
**vi**  184:18
**victims**  144:9
**viewed**  135:23 136:5
  168:3
**views**  162:10
**vigorous**  191:5
**vii**  184:19
**violation**  9:20
**viral**  48:25
**visible**  66:23
**vitae**  18:13,17 19:6
**vitality**  188:20
**voice**  7:9,11,12
  145:9
**volume**  14:4
**vs**  1:9 200:4

**w**

**w**  82:10
**wait**  7:23 55:18
**waived**  5:6
**walk**  132:25,25
**walking**  131:15
**wanderlust**  99:25
**wane**  61:24 62:12
**waning**  63:4
**want**  48:8,16,22,25
  49:4 54:22 55:10,18
  67:22 75:8 111:13
  115:3 117:5,5 120:5
  133:4 161:4 166:14
  168:12 171:19
  187:9
**wanted**  35:4 75:16
  80:17 111:22
  112:19 113:6,8,10
  166:4 173:8
**wanting**  111:8
**wants**  75:7 109:19
  115:11
**washington**  33:14
**water**  3:7

**wax**  61:24 62:12
**waxing**  63:3
**way**  31:16 39:16,17
  50:11 65:5 67:23
  68:6 70:21 92:23
  101:3,18 104:2
  116:14 117:6 129:5
  136:6 138:14
  139:24 166:25
  186:6 188:2,3,12
  197:19
**ways**  71:6 90:15
  107:4,5,6
**website**  9:16
**wednesday**  166:7
**week**  19:9 54:14
  55:8
**weigh**  74:25 75:4
**welcome**  138:8
**went**  19:8
**west**  3:19 6:10
**whereof**  197:21
**white**  117:7 148:5,7
**wide**  65:19
**widely**  12:25
**wilkie**  11:13
**william**  33:13
  183:18,19
**willkie**  3:11 11:10
**wind**  168:12
**wish**  44:18 67:17,18
  71:20 109:16 110:9
**wished**  80:19
**wishes**  110:10
**wishing**  109:16
**witness**  6:3 9:10
  16:19 89:12 123:11
  197:11,15,21 198:3
**wohlmark**  33:13
**woman**  68:24 80:18
  80:18 137:18,19
**women**  80:20
  177:25
**women's**  133:9

**word**  170:7,8
**words**  169:21
**work**  32:12,19 33:7
  33:12,15 34:17
  58:11 68:9 99:12
  103:8,11,12,13,13
  103:15 128:8
  188:10
**working**  32:19 33:9
  33:10,11,15 65:21
  68:8 101:19 102:25
  103:9 138:7 170:19
**world**  21:15 82:10
  83:3 101:7 102:24
  103:7,20 138:8
  150:10
**worse**  62:9
**worsened**  63:19
**wpath**  78:14,15,17
  78:24 79:2,11,14,23
  82:10 83:4 87:5,8
  105:24 106:2,6
  107:8 108:9,12
  142:11,14 143:10
  143:17 146:10
  147:22 154:6,14
  194:15
**wrapping**  25:25
  26:7 155:20
**write**  28:13 45:10
  165:25 166:2
**writer**  159:10
**writing**  17:24 21:20
  24:14,17 28:19
  136:21
**written**  42:23,25
  44:12,14,24 45:6
  136:19 151:10
  155:22 157:8
  159:13
**wrong**  131:17
  149:23 150:10,14
**wrote**  155:23 192:4
  192:5

**x**

**x**  1:4,12 198:2

**y**

**y**  106:12
**year**  9:21 10:23
  34:24 93:7 109:18
**years**  10:5,24 27:25
  29:5 41:8,15 93:11
  93:23 128:9,10
  163:9,14,16 164:2,3
**york**  1:3,10,17,17
  2:8,9,10,12 3:8,8,14
  3:14,20,20 4:5,9,9
  6:11,11,14 7:2
  19:22 21:4 24:9
  25:6,15 29:7,9,16
  29:23 33:6 121:17
  122:9 124:12 128:6
  128:18 129:8,17
  155:6,7,15 165:23
  168:16,23 170:23
  197:3,9 199:7,8,12
  200:5
**young**  41:7 93:8
  165:13,15 166:19
  177:19 181:17
**younger**  42:11
  178:4
**youngest**  41:9,13

**z**

**zoey**  4:11
**zucker**  1:10 12:6
  15:15 33:2,17 34:3
  34:5,14,19 35:8
  36:14,16,20 200:4
**zucker's**  35:11
  165:8 166:15,18,20
  167:3

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1,
2014.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.