# EXHIBIT 39

Page 1

1

2          UNITED STATES DISTRICT COURT

3          SOUTHERN DISTRICT OF NEW YORK

4   ----------------------------X

    ANGIE CRUZ, I.H., AR'ES

5   KPAKA, and RIYA CHRISTIE, on

    behalf of themselves and all

6   others similarly situated,

7

                    Plaintiffs,

8

9          vs.         No. 14-CV-4456(JSR)(GWG)

10  HOWARD ZUCKER, as Commissioner

    of the New York State

11  Department of Health,

12                  Defendant.

    ----------------------------X

13

14

15

16      DEPOSITION OF JACK DRESCHER, M.D.

17              New York, New York

18           Tuesday, August 11, 2015

19

20

21

22

23

    Reported by:

24  Diane Buchanan

25

Page 3

1

2    A P P E A R A N C E S:

3

4        THE LEGAL AID SOCIETY

5        Attorneys for Plaintiffs and Jack

6        Drescher, M.D.

7               199 Water Street

8               New York, New York 10038

9        BY:    BELKYS GARCIA, ESQ.

10

11       WILLKIE, FARR & GALLAGHER, LLP

12       Attorneys for Plaintiffs

13              787 Seventh Avenue

14              New York, New York 10019

15       BY:    CHRISTOPHER J. McNAMARA, ESQ.

16

17       SYLVIA RIVERA LAW PROJECT

18       Attorneys for Plaintiffs

19              147 West 24th Street

20              New York, New York 10011

21       BY:    MIK KINKEAD, ESQ.

22

23

24

25

Page 4

```
 1

 2

 3    A P P E A R A N C E S:

 4

 5        STATE OF NEW YORK OFFICE OF THE ATTORNEY

 6        GENERAL ERIC T. SCHNEIDERMAN

 7        Attorneys for Defendant

 8             120 Broadway

 9             New York, New York 10271

10        BY:   JOHN GASIOR, ESQ.

11              ZOEY S. CHENITZ, ESQ.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 6

1          J. Drescher, M.D.

2   J A C K   D R E S C H E R, M.D., called as a

3   witness, having been duly sworn by a Notary

4   Public, was examined and testified as

5   follows:

6   EXAMINATION BY

7   MR. GASIOR:

8        Q.    Would you state your name and

9   address.

10       A.    Jack Drescher, M.D., 440 West 24th

11  Street, New York, New York 10011.

12       Q.    Good morning.  I'm John Gasior.

13  I'm an Assistant Attorney General for the

14  State of New York, counsel for Defendant in

15  this action.

16            Will you state your name for the

17  record.

18       A.    Jack Drescher.

19       Q.    Good morning.  Is it Dr. Drescher?

20       A.    Yes, Dr. Drescher.

21       Q.    Good morning.  I'm going to be

22  asking you a series of questions today

23  regarding an expert opinion that you offered

24  in this proceeding.  This proceeding is a

25  case pending in the Southern District of

1                    J. Drescher, M.D.

2      to change his appearance and then he

3      continued to have plastic surgeries.  So to

4      outside observers it was -- looked like he

5      has relatively bizarre facial skin.

6           Q.    So do I understand your testimony

7      to say that with respect you use the example

8      of a SIS gender girl wanting a nose job,

9      would you consider that a vanity-based

10     desire?

11          A.    Often it may be.

12          Q.    Can that have a cultural component,

13     to want that type of vanity-based procedure?

14          A.    It could.

15               MR. GARCIA:  Object to form.

16          Q.    Is that true in the United States,

17     that people get vanity-based surgeries based

18     on cultural?

19          A.    I am not an expert on why people

20     get cosmetic surgeries.

21          Q.    You use the example of a SIS gender

22     girl who wanted a nose job.  Are transgender

23     individuals immune to vanity-based desires to

24     improve their appearance?

25          A.    No.

Page 112

1              J. Drescher, M.D.

2         Q.    To the extent that a transgender

3    individual were to seek out a procedure that

4    was solely to improve their appearance, would

5    you consider such a procedure medically

6    necessary?

7              MR. GARCIA:  Object to form.

8         A.    I would say that that would be --

9    you would have to look at that on an

10   individual basis.  You know, it would -- I

11   have not personally had such a case, so I

12   don't know what I would do in such a

13   situation.  But I would imagine it would

14   require the individuals' input from the

15   treating physicians because they will have

16   opinions on that.

17        Q.    But if the conclusion was that the

18   transgender person was seeking a cosmetic

19   procedure simply because they wanted to

20   improve their appearance, would you consider

21   that treatment then to be medically

22   necessary?

23              MR. GARCIA:  Object to form.

24        A.    I'm not sure I understand the

25   question.

Page 113

1             J. Drescher, M.D.

2        Q.    Let's assume that you have a

3    transgender person who has come in and after

4    an assessment by various treating

5    professionals, the determination was made

6    that the reason they wanted a rhinoplasty to

7    use your example of SIS gender girl who

8    wanted it for vanity-based reasons, if the

9    determination was made that the transgender

10   person wanted the rhinoplastic only to

11   improve their appearance, but not to treat

12   gender dysphoria per se.

13       A.    If a treatment -- if a treatment

14   would reduce gender dysphoria, then I would

15   consider it medically necessary.  If the

16   treatment seemed unrelated to gender

17   dysphoria, then probably wouldn't be by

18   insurance terms medically necessary.

19       Q.    So would a transgender person who

20   came in and had gender dysphoria but the

21   determination was made that the procedure

22   they were looking for, rhinoplasty or some of

23   the other procedures listed in the regulation

24   at 505.2(1), if they were purely to enhance

25   their appearance, to improve their

Page 114

```
 1              J. Drescher, M.D.
 2    appearance, would you consider that medically
 3    necessary?
 4              MR. GARCIA:   Object to form.
 5         A.   Well, again, we are talking
 6    hypotheticals and I think it's more
 7    complicated than that.   I think you really
 8    have to be able to, you know, sort out
 9    whether or how much it related to gender
10    dysphoria or not.   And since I have never
11    seen such a case like that before, I'm
12    reluctant to say what I would do in that
13    situation.
14         Q.   Is it fair to say that it is
15    possible as with a SIS gender person, a
16    transgender person could be motivated to get
17    a quote/unquote cosmetic procedure for
18    vanity-based reasons?
19         A.   I would say it is possible, but I
20    think that is not a reason, significant
21    justification to have to have a blanket for
22    the procedures without input from treating
23    practitioners.
24         Q.   So your answer to my question is
25    yes?
```

Page 115

1          J. Drescher, M.D.
2      A.   It is theoretically possible.
3      Q.   For a transgender person to want a
4  quote/unquote cosmetic procedure?  And when I
5  am talking about cosmetic procedures, the
6  procedures listed in the regulation at
7  paragraph 4, Roman V, just using cosmetic
8  procedure as shorthand.
9      A.   We are talking about a rhinoplasty.
10  I don't think, for example, a male-to-female
11  transsexual person who wants electrolysis is
12  simply looking for a vanity-based procedure.
13     Q.   But is it beyond possibility that a
14  transgender person would seek that type of
15  procedure solely for a vanity-based reason?
16     A.   Anything is possible.
17     Q.   But is that possible?
18     A.   Anything is possible.
19     Q.   How does a medical practitioner who
20  is treating a person with gender dysphoria
21  differentiate between a patient's
22  vanity-based desire to improve their
23  appearance and a procedure that is medically
24  necessary to alleviate the suffering caused
25  by gender dysphoria?