UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGIE CRUZ et al., on behalf of themselves
and all other similarly situated,

                      Plaintiffs,

    -against-

HOWARD ZUCKER, as Commissioner of the
Department of Health,
                      Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2016

14 **CIVIL** 4456 (JSR)

**JUDGMENT**

By bottom line Order dated October 24, 2016, this Court granted plaintiffs' motion for reconsideration of the Court's Opinion and Order dated July 5, 2016, based on the new developments, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on November 14, 2016, having rendered its Memorandum and Order granting plaintiff's motion for reconsideration of the July 5, 2016 Opinion and Order and hereby directing the entry of final judgment for the plaintiffs in all respects, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated November 14, 2016, plaintiffs' motion for reconsideration of the July 5, 2016 Opinion and Order is granted and final judgment is hereby entered for the plaintiffs in all respects.

**Dated:** New York, New York
         November 15, 2016

                                                  **RUBY J. KRAJICK**
                                                   Clerk of Court
                                  BY:
                                                     Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** 11/16/2016